IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

ODYSSEY MARINE EXPLORATION, INC.

        Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

        *in rem*

        Defendant(s).
_____/

CIVIL ACTION

Case No.:  8:06-CV-1685-T23-TBM

## WARRANT OF ARREST *IN REM*

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

**TO:** THE MARSHAL OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GREETINGS:**

**WHEREAS**, on the 13th day of September, 2006, Plaintiff Odyssey Marine Exploration, Inc., a Nevada corporation licensed to do business in Florida, filed a Complaint *in rem* against the Defendant Unidentified Shipwrecked Vessel or Vessel, its apparel, tackle, appurtenances, and cargo located within the center point coordinates: 49° 25' N, 6° 00' W; Radius: 5 nautical miles ("Defendant Shipwrecked Vessel") and any artifacts recovered therefrom ("the Artifacts");

**NOW THEREFORE**, you are commanded to take into your possession the portion of a glass bottle which has now been brought up by the Plaintiff from the Defendant Shipwrecked

Vessel and brought within the jurisdiction of this Honorable Court, as well as future artifacts recovered from the Shipwrecked Vessel itself.

**YOU ARE HEREBY** further commanded forthwith to cite and admonish the salvage from the Defendant vessel to be and appear before the District Court at the Clerk's Office thereof, in said District, within sixty (60) days after service, and then and there, to interpose in writing, a claim, and therewith or thereafter a responsive pleading to the Complaint filed herein within twenty (20) days following such claim, a copy of which Complaint you shall serve upon the salvage from the Defendant Shipwrecked Vessel with this Writ directing the *in rem* Defendant Shipwrecked Vessel to serve a copy of its claim and of its responsive pleading upon the Plaintiff's attorney.

And how you shall have executed this Writ, make known to the Court with your Certificate of Execution thereof written.

BY:_____

DATED:_____