IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within center
point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

    *in rem*

    Defendant(s).

CIVIL ACTION

NO. 8:06-cv-1685-T23-TBM

## CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned attorneys, and Odyssey Marine Exploration, Inc., the proposed substitute custodian, hereby expressly release the U.S. Marshal for this District, and the U.S. Marshal's Service, from any and all liability and responsibility for the care and custody of the Unidentified Shipwrecked Vessel, its apparel, tackle, appurtenances and cargo located at coordinates: 49° 25' N, 6° 00' W; Radius: 5 nautical miles, while in the hands of the substitute custodian, Odyssey Marine Exploration, Inc.

Plaintiff and Substitute Custodian, Odyssey Marine Exploration, Inc., also expressly agree to hold the U.S. Marshal for this District and the U.S. Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this Consent and Indemnification Agreement for, and on behalf of the Plaintiff.

SIGNED this 15th day of September, 2006, at Tampa, Florida.

                                                Allen von Spiegelfeld
                                                Florida Bar No. 256803
                                                avonsp@fowlerwhite.com
                                                FOWLER WHITE BOGGS BANKER, P.A.
                                                P. O. Box 1438
                                                Tampa, Florida   33601
                                                (813) 228-7411
                                                (813) 229-8313 - Facsimile
                                                Attorneys for Plaintiff

#2274523v1