IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY


ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

v.                                          Case No. 8:06-CV-1685-T23-TBM

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within center
point coordinates:
49°25'N, 6°00'W; Radius: 5 nautical miles
*in rem,*

      Defendant(s).
_____/


ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST

Pursuant to Supplemental Rule (C)(3) and Local Admiralty Rule 7.03(b)(1), the Clerk

is directed to issue a warrant of arrest in the above-styled action.

DONE and ORDERED at Tampa, Florida, this 15th day of September, 2006.


THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels      Doc. 6