| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Odyssey Marine Exploration, Inc. | 8:06-CV-1685-T-22-TBM |
| **DEFENDANT** The Unidentified Shipwrecked Vessel or Vessel, her apparel, etal, located within center point coordinates 49° 25'N, 6°00'W, Radius 5 nautical miles | **TYPE OF PROCESS** ARREST |

| SERVE ➤ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Unidentified vessel and its apparel, et al. located with center point coordinates 49° 25' N, 6°00' W, Radius 5 nautical miles |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) c/o Odyssey marine Exploration, Inc., 5215 W. Laurel St. Tampa, FL 33607 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Allen von Spiegelfeld<br>P.O. Box 1438<br>Tampa, FL 33601 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Artifacts are located at office of plaintiff, Odyssey Marine Exploration, Inc., and will be brought to U.S. Marshal's office.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>813-222-1135 | DATE<br>9/15/06 |
|---|---|---|---|
| Allen von Spiegelfeld | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk mg | Date 9/18/06 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual. company. corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Melinda MacDonnell | |
| Address (complete only if different than shown above) | Date of Service 9/15/06  Time 16:00 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.— | | | 45.— | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|