UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

<u>IN REM</u>

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                                         CASE NO: 8:06-cv-1685-T-23TBM

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion for preliminary injunction (Doc. 3) is **REFERRED** to United States Magistrate Judge Thomas B. McCoun to issue a report and recommendation on the motion.

ORDERED in Tampa, Florida, on September 25, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
        Courtroom Deputy