# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:06-cv-1685-T-23TBM | DATE: | October 3, 2006 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| **ODYSSEY MARINE EXPLORATION, INC.**<br>Plaintiff,<br>v.<br><br>**THE UNIDENTIFIED, SHIPWRECKED VESSEL**<br>Defendant | | **PLAINTIFF'S COUNSEL**<br>Allen Von Spiegelfeld | |
| | | **DEFENSE COUNSEL** | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:40-10:43 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:**   Telephonic Status Conference

**Counsel to file affidavits by end of week. Hearing on Motion for preliminary injunction set for 10/10/06 at 11:00 a.m.**

Dockets.Justia.com