IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

ODYSSEY MARINE EXPLORATION, INC.

        Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

      *in rem*

        Defendant(s).
_____/

CIVIL ACTION

Case No.:  8:06-CV-1685-T23-TBM

## NOTICE OF FILING

**COMES NOW** Plaintiff Odyssey Marine Exploration, Inc. and files herewith, in support of its Motion for Order Granting Preliminary Injunctive Relief and Incorporated Memorandum of Law in Support (Docket #3), the Affidavit of John Morris.

DATED this 6th day of October, 2006.

                Respectfully submitted,

                s/ Allen von Spiegelfeld
                Allen von Spiegelfeld
                Florida Bar No. 256803
                FOWLER WHITE BOGGS BANKER P.A.
                P. O. Box 1438
                Tampa, Florida  33601
                (813) 228-7411
                (813) 229-8313 - Facsimile
                avonsp@fowlerwhite.com
                Attorneys for Plaintiff