# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:06-cv-1685-T-23TBM | **DATE:** | October 10, 2006 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| **ODYSSEY MARINE EXPLORATION, INC.** <br> Plaintiff, <br> v. <br> **THE UNIDENTIFIED, SHIPWRECKED VESSEL** <br> Defendant | | **PLAINTIFF'S COUNSEL** <br> Allen Von Spiegelfeld <br><br> **DEFENSE COUNSEL** | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 11:05-11:25 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:**   Motion Hearing

**Court hears arguments from Plaintiff regarding motion for preliminary injunction. Notice of arrest has been filed in newspapers. Counsel does not know of any other claimants at this time. Counsel requests that they be appointed as substitute custodian for all future artifacts, etc. that may be found on the vessel. Report and recommendation to follow.**