# The Tampa Tribune

Published Daily

Tampa, Hillsborough County, Florida

State of Florida        }
County of Hillsborough } SS.

Before the undersigned authority personally appeared C. Pugh, who on oath says that she is the Advertising Billing Supervisor of The Tampa Tribune, a daily newspaper published at Tampa in Hillsborough County, Florida; that the attached copy of the

Legal Ads    IN THE    Tampa Tribune

In the matter of            Legal Notices

was published in said newspaper in the issues of

09/30/2006

Affiant further says that the said The Tampa Tribune is a newspaper published at Tampa in said Hillsborough County, Florida, and that the said newspaper has heretofore been continuously published in said Hillsborough County, Florida, each day and has been entered as second class mail matter at the post office in Tampa, in said Hillsborough County, Florida for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she has neither paid nor promised any person, this advertisement for publication in the said newspaper.

Sworn to and subscribed by me, this 2 day of October, A.D. 2006

Personally Known ✓  or Produced Identification ___
Type of Identification Produced _____

Ana Maria Hodel
Commission #DD551367
Expires: MAY 11, 2010
www.AaronNotary.com

---

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.
Plaintiff,
v.
THE UNIDENTIFIED, SHIPWRECKED VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates:
49 degrees 25'N, 6 degrees 00' W; Radius: 5 nautical miles
CIVIL ACTION
Case No.: 8:06-CV-1685-T23-TBM

**NOTICE OF ADMIRALTY ARREST**

In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Local Admiralty Rule 7.03(d), notice is hereby given of the arrest of the UNIDENTIFIED, SHIPWRECKED VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates: 49 degrees 25' N, 6 degrees 00' W; Radius: 5 nautical miles, in accordance with a Warrant of Arrest issued on September 15, 2006.

Pursuant to Supplemental Rule (C)(6) and Local Admiralty Rule 7.03(f), any person having a claim against the vessel and/or property shall file a claim with the Court not later than ten (10) days after process has been effected, and shall file an answer within twenty (20) days from the date of filing their claim.

Dated this 30th day of September, 2006.

Allen von Spiegelfeld
Florida Bar No. 256803
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
813-228-7411
813-229-8313-Facsimile
avonsp@fowlerwhite.com
Attorneys for Plaintiff

5192 9/30/06

Order #  0001876321          1023763 -- FOWLER WHITE   BOGGS BAN