UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                CASE NO: 8:06-cv-1685-T-23TBM

UNIDENTIFIED, SHIPWRECKED VESSEL
OR VESSELS,

    Defendant(s),

_____/

## ORDER

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), a September 25, 2006, order (Doc. 10) referred the plaintiff's motion (Doc. 3) for preliminary injunction to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's October 11, 2006, report and recommendation (Doc. 16), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 16) is **ADOPTED** and the plaintiff's motion (Doc. 3) for preliminary injunction is **GRANTED**. The plaintiff is engaged in the ongoing recovery of a 17th Century merchant vessel located within a radius of five nautical miles of 49° 25' N, 6° 00' W ("the shipwrecked vessel"). The court preliminarily appoints the plaintiff as the exclusive finder-in-possession of the shipwrecked vessel, its apparel, tackle, appurtenances, and cargo. Until further order of this court, the plaintiff retains the exclusive right to possess and

recover the shipwrecked vessel.  All other persons or entities are enjoined from interfering with the plaintiff's exclusive finders rights or from engaging in any salvage or recovery operations.  This injunction shall become effective immediately upon the plaintiff's posting with the Clerk of this court a good and sufficient bond of $5,000.00.

ORDERED in Tampa, Florida, on October 30, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE