UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.

               Plaintiff,            CIVIL ACTION

        v.                        Case No.:  8:06-CV-1685-T23-TBM

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

       *in rem*

              Defendant(s).
_____/

### REQUEST FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, above named, requests the Clerk to enter default against the Defendant above named and all claimants who have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as amended, in that any and all claimants were required to plead or otherwise defend on or before October 30, 2006, and have failed to do so.

Plaintiff filed notice in the *Tampa Tribune* on September 30, 2006, requiring answers to be filed by October 30, 2006.

### MEMORANDUM IN SUPPORT

Rule 55(a) of the Federal Rules of Civil Procedure, as amended, provides that when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the Clerk shall enter the party's default.

WHEREFORE, it is respectfully requested that a default be entered against any and all claimants who have failed to plead or otherwise defend.

                        Respectfully submitted,

                        s/ Allen von Spiegelfeld
                        Allen von Spiegelfeld
                        Florida Bar No. 256803
                        FOWLER WHITE BOGGS BANKER P.A.
                        P. O. Box 1438
                        Tampa, Florida  33601
                        (813) 228-7411
                        (813) 229-8313 - Facsimile
                        avonsp@fowlerwhite.com
                        Attorneys for Plaintiff

Date:  April 5, 2007