UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,       CIVIL ACTION

  v.           Case No.: 8:06-CV-1685-T23-TBM

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

   *in rem*

   Defendant(s).
_____/

## ENTRY OF CLERK'S DEFAULT

  Pursuant to Federal Rule of Civil Procedure 55(a), default is entered against THE UNIDENTIFIED, SHIPWRECKED VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within the center point coordinates: 49° 25' N, 6° 00' W; Radius: 5 nautical miles, *in rem*, and any and all other claimants who have failed to plead or otherwise defend this _____ day of _____, 2007, at Tampa, Florida.

            SHERYL L. LOESCH,
            Clerk of the Court


            By_____
              Deputy Clerk