# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ODYSSEY MARINE EXPLORATION, INC.,**

         **Plaintiff,**

-vs-                                        **Case No. 8:06-cv-1685-T-23TBM**

**THE UNIDENTIFIED, SHEIPWRECKED VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within center point coordinates: 49 25' N, 6 00' W; Radius: 5 nautical miles,**

         **Defendant.**
_____/

## ENTRY OF CLERK'S DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), default is entered against THE UNIDENTIFIED, SHIPWRECKED VESSEL OR VESSELS, their apparel, tackle, appurtenances and cargo located within the center point coordinates: 49 25' N, 6 00' W; Radius: 5 nautical miles, in rem, and any and all other claimants who have failed to plead or otherwise defend this 6th day of April, 2007, at Tampa, Florida.

                                                SHERYL L. LOESCH, CLERK

                                                By: S/R. Moglia, Deputy Clerk

Copies furnished to:

Counsel of Record
Any Unrepresented Party