UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

**ODYSSEY MARINE EXPLORATION, INC.**

      **Plaintiff,**        CIVIL ACTION

      v.        Case No.: 8:06-CV-1685-T23-TBM

**THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:**

49° 25' N, 6° 00' W; Radius: 5 nautical miles

*in rem*

      **Defendant(s).**
_____/

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, the Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned attorneys, and respectfully moves this Honorable Court for entry of a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and in support thereof would state:

1. On the 6th day of April, 2007, a default was entered by the Clerk of the Court in this action.

2. Subsequent to the default, there has been no further activity from any other party wishing to assert a claim. The action brought by Plaintiff in this case is to quiet title in a submerged wreck. The Plaintiff brought this action as an action under the law of finds and salvage.

3. There has been no one forthcoming to claim to be an owner; therefore, title should go to the salvor, Plaintiff.

4. Since Plaintiff has shown that it has found the wreck and has the ability to recover items from the wreck, it is entitled to a judgment giving it title to the wreck pursuant to *Hener v. United States,* 525 F. Supp. 350, 355 (S.D.N.Y. 1981).

WHEREFORE, Plaintiffs respectfully requests this Honorable Court to enter a judgment in favor of Odyssey Marine Exploration, Inc. granting it title to the wreck described in the Complaint.

## MEMORANDUM OF LAW

This is an action in finds and in salvage. Under the law of finds, a salvor who notifies the world of his find and no owner comes forward gains title to said find. Plaintiff filed its claim, made the world aware of the claim and has had no response. A default was entered, and Plaintiff is now entitled to a judgment awarding it title to the sunken wreck. *Hener v. United States,* 525 F. Supp. 350, 356 (S.D.N.Y. 1981)

WHEREFORE, it is respectfully requested that the Court enter a judgment in favor of the Plaintiff and award title to the wreck set forth in the Complaint.

Respectfully submitted,

Allen von Spiegelfeld
Florida Bar No. 256803
FOWLER WHITE BOGGS BANKER, P.A.
P. O. Box 1438
Tampa, Florida  33601
(813) 228-7411
(813) 229-8313 - Facsimile
Attorneys for Plaintiff
avonsp@fowlerwhite.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 15th day of May, 2007, a true and copy of the foregoing was furnished electronically by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                          Allen von Spiegelfeld  
                                          Florida Bar No. 256803  
                                          Fowler White Boggs Banker, P.A.  
                                          P. O. Box 1438  
                                          Tampa, Florida   33601  
                                          (813) 228-7411  
                                          (813) 229-8313 - Facsimile  
                                          Attorneys for Plaintiff  
                                          avonsp@fowlerwhite.com

2343406v1