Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels                                                   Doc. 23

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                               CASE NO: 8:06-cv-1685-T-23TBM

UNIDENTIFIED, SHIPWRECKED VESSEL
OR VESSELS,

    Defendant(s),

_____/

## **ORDER**

    Engaged in the ongoing recovery of a 17th Century merchant vessel located within a radius of five nautical miles of 49° 25' N, 6° 00' W ("the shipwrecked vessel"), the plaintiff moves pursuant to Rule 55(b), Federal Rules of Civil Procedure, for a default judgment (Doc. 22), which motion is **GRANTED**. The Clerk is directed to (1) enter final judgment awarding the plaintiff title to the unidentified shipwrecked vessel, its apparel, tackle, appurtenances, and cargo; (2) terminate any pending motion; and (3) close the case.

    ORDERED in Tampa, Florida, on May 30, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE