IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.    )
                                    )
      Plaintiff,                   )
                                    )   Case No. 8:06-cv-01685-SDM-TBM
                                    )
v.                                  )
                                    )
THE UNIDENTIFIED, SHIPWRECKED VESSEL,)
OR VESSELS, *their apparel, tackle, appurtenances* )
*and cargo located within center point coordinates:* )
*49° 25' N, 6° 00' W; Radius: 5 nautical miles*    )
                                    )
      Defendant.                   )
                                   /

**UNOPPOSED MOTION FOR ADMISSION TO APPEAR PRO
HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

James A. Goold, Esquire of the law firm of Covington & Burling, LLP, under Local Rule

2.02, Local Rules for the Middle District of Florida, moves for special admission to appear in

this case *pro hac vice* as counsel for the Kingdom of Spain ("**Spain"**), and states as follows:

1.      Local Rule 2.02 of the Local Rules for the Middle District of Florida provides:

> An attorney who is not a resident of Florida but who is a member in good standing of the bar of any District Court of the United States outside Florida may appear specially as counsel of record without formal or general admission; provided, however, such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida; and provided further that whenever appearing as counsel by filing any pleading or paper in any case pending in this Court, a non-resident attorney shall file within ten (10) days a written designation and consent-to-act on the part of some member of the bar of this Court, resident in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney. In addition to filing the written designation, the non-resident attorney shall comply with both the fee and e-mail

registration requirements of Rule 2.01(d), and the written designation shall certify the non-resident attorney's compliance.

2. Mr. Goold resides in Washington, D.C., and is not a resident of the State of Florida.

3. Mr. Goold is, and has been, a member in good standing of the bar of the United States District Court for the District of Columbia since 1991 (Bar No. 430315). Mr. Goold is also a member in good standing of the bars of the State of Illinois (Bar No. 0101972), and he has been admitted to practice before the United States Supreme Court, and before the United States First, Fourth, and District of Columbia Circuit Courts of Appeals.

4. David C. Banker, Esquire of the law firm of Bush Ross, P.A. (**"Bush Ross"**), a member in good standing of the bars of the State of Florida and of this Court, consents to act and accepts designation as local counsel for the Kingdom of Spain in this case. Accordingly, all notices given or required to be given in this case and all papers served in this case may be given to and served upon the Kingdom of Spain at the following address:

> David C. Banker, Esquire
> Bush Ross, P.A.
> Post Office Box 3913
> Tampa, Florida 33601-3913
> (813) 224-9255 (telephone)
> (813) 223-9620 (telecopy)
> dbanker@bushross.com

5. Mr. Goold has not previously requested pro hac vice admission before this Court and has not abused the privilege of appearance by special admission in other cases to such a degree as to constitute maintenance of the regular practice of law in Florida. Mr. Goold is simultaneously requesting appearance on behalf of the Kingdom of Spain in three cases brought by Odyssey Marine Exploration, Inc., because the three cases may concern shipwrecks and/or

cargo belonging to or under charter by the Kingdom of Spain. The three cases in which Mr. Goold is seeking special admission are: *Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels, their apparel, tackle, appurtenances and cargo located within center point coordinates: 49 25' N, 6 00' W; Radius: 5 nautical miles,* Case No. 8:06-cv-01685-SDM-TBM; *Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel, its apparel, tackle, appurtenances and cargo located within center point coordinates, in rem,* Case No. 8:07-cv-00614-SCB-MAP; and *Odyssey Marine Exploration, Inc. v. The Unidentified Shipwrecked, Vessel, its apparel, tackle, appurtenances and cargo located within center point coordinates, in rem,* Case No. 8:07-cv-00616-JSM-MSS.

6. The Kingdom of Spain seeks special admission of Mr. Goold in these cases because Mr. Goold has represented the Kingdom of Spain in similar cases for many years, and Mr. Goold has a unique understanding of the Kingdom of Spain's claims regarding shipwrecks and cargo belonging to or under charter by the Kingdom of Spain.

7. Mr. Goold has submitted to the Clerk the required Special Admission Attorney Certification and will pay the fee required for special admission.

8. Counsel for the plaintiff does not object to Mr. Goold's request for special admission as counsel for the Kingdom of Spain.

WHEREFORE, James A. Goold respectfully requests entry of an order granting his request to appear pro hac vice as counsel for the Kingdom of Spain in this case and such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June, 2007, I electronically filed and sent by U.S. Mail the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I furnished by U.S. Mail delivery the foregoing and the notice of electronic filing to the Plaintiff c/o **Allen K. Von Spiegelfeld** and **Eric Christopher Thiel**, Fowler White Boggs & Banker, P.A., 501 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33601.

By: s/ James A. Goold
James A. Goold
District of Columbia Bar No. 430315
COVINGTON & BURLING, LLP
1201 Pennsylvania Avenue NW
Washington, D.C. 20004
(202) 662-5507- Telephone
(202) 662-6291- Facsimile
jgoold@cov.com

and

By: s/ David C. Banker
David C. Banker, FBN 352977
BUSH ROSS, P.A.
P.O. Box 3913
Tampa, FL 33602-3913
(813) 224-9255- Telephone
(813) 223-9620- Facsimile
dbanker@bushross.com
Attorneys for Kingdom of Spain