UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles, *in rem*

    Defendant(s).

CIVIL ACTION

Case No.: 8:06-CV-1685-T23-TBM

The motion--stipulation--petition is
GRANTED--APPROVED--DENIED
DENIED AS MOOT---in Tampa, FL, on
6/28, 20 07.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
KINGDOM OF SPAIN'S MOTION FOR AN ORDER REQUIRING PLAINTIFF TO
PROVIDE A MORE DEFINITE STATEMENT AND ACCESS TO RELEVANT
INFORMATION BEFORE KINGDOM OF SPAIN FILES RESPONSIVE PLEADING**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to respond to the KINGDOM OF SPAIN's Motion for an Order Requiring Plaintiff to Provide a More Definite Statement and Access to Relevant Information Before Kingdom of Spain Files Responsive Pleading (Docket #28) in this matter, and in support thereof would state:

1.     ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and have agreed that an extension should be granted until July 23, 2007.

2.     The reason for the extension is to allow ODYSSEY to conduct more research and to respond fully and completely to the Motion for an Order Requiring Plaintiff to Provide a More Definite Statement and Access to Relevant Information Before Kingdom of Spain Files Responsive Pleading.