IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates:

49° 25' N, 6° 00' W; Radius: 5 nautical miles

*in rem*

    Defendant(s).

CIVIL ACTION

Case No.: 8:06-CV-1685-T23-TBM

This motion---stipulation---petition is
GRANTED---APPROVED---DENIED---
DENIED AS MOOT---in Tampa, FL, on
7/26, 2007.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

**OPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME
TO RESPOND TO KINGDOM OF SPAIN'S MOTION FOR MORE
DEFINITE STATEMENT AND OTHER DISCLOSURE BEFORE
KINGDOM OF SPAIN INTERPOSES A RESPONSIVE PLEADING**

Odyssey Marine Exploration, Inc., Plaintiff, moves the Court for an additional extension of time for Plaintiff to respond to the Kingdom of Spain's Motion for More Definite Statement and Other Disclosure Before Kingdom of Spain Interposes a Responsive Pleading (Dkt. 28). By this Motion, Plaintiff requests the entry of an Order granting Plaintiff until Monday, August 6, 2007, in which to file its response to the Kingdom of Spain's Motion.

**MEMORANDUM IN SUPPORT OF MOTION**

The foregoing Motion for an additional extension of time to file responsive pleading is made in accordance with Rule 6(b)(1) Federal Rules of Civil Procedure. From the record