UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles, *in rem*

    Defendant(s).

CIVIL ACTION

Case No.: 8:06-CV-1685-T23-TBM

*[Stamp: This motion---stipulation---petition is GRANTED---APPROVED---DENIED---DENIED AS MOOT---in Tampa, FL, on 7/30/2007*
*Signed: STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
COMPLETED CASE MANAGEMENT REPORT**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC., and Claimant KINGDOM OF SPAIN, by and through undersigned counsel, and respectfully moves this Honorable Court to allow the parties to submit a completed Case Management Report thirty (30) days after the filing of the Amended Complaint, which is to be filed no later than August 6, 2007, by Odyssey Marine Exploration, Inc., and in support thereof would state:

    1.    The parties have met in compliance with Rule 3.05.

    2.    During the meeting, it became apparent that the parties would be in a better position to prepare a completed Case Management Report if they waited until after the Amended Complaint is filed on or before August 6, 2007.

    3.    The parties have agreed that settlement is unlikely; the parties do not agree to binding arbitration; the parties do not consent to jurisdiction by a magistrate judge, and the parties do request a preliminary pretrial conference.