IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.          :
                                          :
                  Plaintiff,              :          CIVIL ACTION
                                          :
        v.                                :
                                          :     Case No: 8:06-CV-01685-SDM-TBM
                                          :
THE UNIDENTIFIED SHIPWRECKED VESSEL :
its apparel, tackle, appurtenances and    :
cargo located within center               :
point coordinates: 49° 25' N, 6° 00' W;   :
Radius: 5 nautical miles,                 :
                                          :
                                          :
                  Defendant;              :
                  *in rem*                :
and                                       :
                                          :
                                          :
The Kingdom of Spain,                     :
                                          :
                                          :
                  Claimant and Defendant. :
_____/ :


**ORDER**

        NOW, this ___ day of _____, 2007, upon consideration of Plaintiff,

Odyssey Marine Exploration, Inc.'s ("Plaintiff") Motion for Protective Order Regarding

Preliminary Site Assessment and Memorandum of Law in support thereof, the Motion is hereby

GRANTED.

        The Court further orders as follows:

        (1)     Odyssey shall submit the Preliminary Site Assessment (hereinafter, "PSA") to the

Court under seal;

1

Dockets.Justia.com

(2)     The Court will hold the PSA under seal, and

(3)     Information contained within the PSA which is relevant to the claim of Claimant/Defendant Spain and which, if released, will not jeopardize the security of the Unidentified Shipwrecked Vessel, be released to Claimant/Defendant Spain and counsel for Spain once Claimant/Defendant Spain designates a particular authority within Spain to take possession and control over the information and that authority and counsel for Spain both sign a Confidentiality Agreement not to release the information to any other person or authority, even authorities within the Spanish government, without leave of Court.

**IT IS SO ORDERED.**

_____