UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ODYSSEY MARINE EXPLORATION, INC.,

     Plaintiff,

v.                                            CASE NO: 8:06-cv-1685-T-23TBM

UNIDENTIFIED, SHIPWRECKED VESSEL
OR VESSELS,

     Defendant(s),

_____/


**ORDER**

     Pursuant to Rules 55(c) and 60(b), Federal Rules of Civil Procedure, the Kingdom

of Spain moves (Doc. 28) to vacate the default judgment entered on May 31, 2007

(Doc. 25), which motion is unopposed by the plaintiff.  Accordingly, the motion to vacate

judgment (Doc. 28) is **GRANTED** and the default judgment (Doc. 25) is **VACATED**.

Also, the Kingdom of Spain moves under Rule 12(e) for a more definite statement

(Doc. 28).  Because the plaintiff has amended the complaint (Doc. 35), the motion for a

more definite statement (Doc. 28) is **DENIED AS MOOT**.  Finally, the Kingdom of

Spain's unopposed motion  (Doc. 40) for an extension of time to (1) respond to the

amended complaint and (2) respond to the plaintiff's motion for protective order is

Dockets.Justia.com

- 2 -

**GRANTED**.  On or before **September 19, 2007,** the Kingdom of Spain shall respond to

the amended complaint (Doc. 35) and the motion for protective order (Doc. 38).

ORDERED in Tampa, Florida, on August 17, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE