AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
MIDDLE District of FLORIDA

ODYSSEY MARINE EXPLORATION, INC.
    Plaintiff

v.

THE UNIDENTIFIED SHIPWRECKED VESSEL,
its apparel, tackle, appurtenances and cargo located
within center point coordinates: 49 degrees 25' N,
6 degrees 00' W; Radius: 5 nautical miles,
    Defendant, in rem
and

The Kingdom of Spain,
    Claimant

## SUMMONS IN A CIVIL CASE

CASE NO: 8:06-CV-01685-SDM-MAP

TO: (Name and address of Defendant)

    The Kingdom of Spain
    c/o Spanish Central Authority
    Secretaria General Tecnica
    Subdireccion de Cooperacion Juridica Internacional
    Ministerio de Justicia
    c/San Bernardo, 62
    28071 Madrid, Spain

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Allen von Spiegelfeld
    Fowler White Boggs Banker P.A.
    P. O. Box 1438
    Tampa, FL 33601

Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels    Doc. 50

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK

27 SEP 2007

DATE