IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC. :
:
      Plaintiff, : CIVIL ACTION
:
v. :
: Case No: 8:06-CV-01685-T-23MAP
:
THE UNIDENTIFIED, SHIPWRECKED VESSEL,:
if any, its apparel, tackle, appurtenances and :
cargo located within a five mile radius of the :
center point coordinates provided to the Court :
under seal, :
:
      Defendant; :
      *in rem* :
and :
:
The Kingdom of Spain, :
:
      Claimant. :
_____/:

*[Stamp: This motion--stipulation--petition is GRANTED--APPROVED--DENIED--DENIED AS MOOT. Tampa, FL 9/28, 2007. STEVEN D. MERRYDAY, UNITED STATES DISTRICT JUDGE]*

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY TO CLAIMANT KINGDOM OF SPAIN'S
<u>OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER</u>**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("ODYSSEY"), by and through undersigned counsel, and pursuant to Local Rules 3.01(c) and (d), hereby moves this Honorable Court for leave to file a reply of no more than five (5) pages to Claimant THE KINGDOM OF SPAIN's ("SPAIN") Opposition to Plaintiff's Motion for Protective Order. In support of this Motion, Plaintiff states: