UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates: 49° 25' N, 6° 00'
Radius: 5 nautical miles, *in rem*

    Defendant(s).

CIVIL ACTION

Case No.: 8:06-CV-1685-T23-MAP

*This motion / stipulation / petition is
GRANTED / APPROVED / DENIED /
DENIED AS MOOT — in Tampa, FL, on
10/4, 2007.*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO
KINGDOM OF SPAIN'S MOTION TO DISMISS AMENDED COMPLAINT**

COMES NOW, Plaintiff, ODYSSEY MARINE EXPLORATION, INC. ("Odyssey"), by and through undersigned counsel, and moves this Honorable Court for an extension to respond to the KINGDOM OF SPAIN's Motion To Dismiss Amended Complaint Regarding Preliminary Site Assessment (Docket #46) in this matter, and in support thereof would state:

1.     ODYSSEY and the KINGDOM OF SPAIN have discussed this matter in detail and have agreed that an extension should be granted until October 22, 2007.

2.     The reason for the extension is to allow ODYSSEY sufficient time to research and reply fully and completely to the complicated issues raised in the Kingdom of Spain's Motion to Dismiss.

2403622