UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                CASE NO: 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS,

    Defendant.
_____/

## **ORDER**

The parties' joint motion (Doc. 56) to enlarge the time for filing a case management report is **GRANTED**. The parties shall jointly file, on or before **October 30, 2007**, a case management and scheduling report pursuant to Local Rule 3.05.

ORDERED in Tampa, Florida, on October 10, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE