UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO.  8:06-cv-1685-T-23MAP;
8:07-cv-614-T-23MAP;
8:07-cv-616-T-23MAP          DATE  11/26/07

TITLE  Odyssey Marine Explorations, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc. and The Kingdom of Spain, Claimant
TIME  10:10 a.m.- 11:57 a.m.          TAPE  digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Michelle T. Taylor

Court Reporter:  N/A

Attorney(s) for Odyssey Marine Explorations, Inc:
  Melinda MacConnel
  Allen K. Von Spiegelfeld
  David Doney

Attorney(s) for Kingdom of Spain:
  David Banker
  James Goold

Attorney(s) for Keith Bray:
  Frank D. Butler

PROCEEDINGS:     Preliminary Pre-Trial Conference

\* The Court requested that the parties review their positions on the protective order and to try to resolve the confidentiality issues.  If the parties reach an agreement, they are to notify chambers by December 9, 2007.  If necessary, the parties should contact chambers to arrange for a telephone conference.

\* The Court scheduled another preliminary pre-trial conference for January 10, 2008, at 9:30 a.m. The parties should be prepared to discuss discovery issues, including whether discovery should be staged according to issue, and whether the cases should be treated alike.  The parties also should be prepared to discuss whether good cause exists for a protective order.

\* Counsel for Mr. Bray was directed to prepare a separate case management report with Odyssey, and to explore whether early mediation is an option.