UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATIONS, INC.,

        Plaintiff,

v.                                                  CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

        Defendant,
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

## **ORDER**

This cause came on before the Court upon Keith Bray's Motion to Intervene (doc. 58). Because no responses have been filed to the motion, the Court presumes there are no objections to Bray's requested relief. *See* Local Rule 3.01(b). Additionally, at the preliminary pretrial conference on November 26, 2007, the Kingdom of Spain affirmatively stated that it had no objections to Bray's intervention, and Odyssey Marine Explorations, Inc. ("Odyssey") stated that it had no procedural objections to Bray's intervention. Accordingly, it is hereby

ORDERED:

1.        Bray's motion to intervene (doc. 58) is GRANTED.

2.        On or before January 4, 2008, Bray may refile separately his Intervening Complaint.

3. On or before February 15, 2008, Bray and Odyssey shall file a Case Management Report relating to Bray's claims.

DONE and ORDERED at Tampa, Florida on December 3, 2007.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE