ORIGINAL
FILED 07 DEC -6 AM 11: 12
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case Nos. 8:06-cv-1685-T-23MAP
8:07-cv-614-T-23MAP
8:07-cv-616-T-23MAP

November 26, 2007
Tampa, Florida

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

vs.

THE UNIDENTIFIED SHIPWRECKED VESSEL
OR VESSELS, their apparel, tackle,
appurtenances and cargo, etc.,

    Defendant,
    In Rem

and

THE KINGDOM OF SPAIN,

    Claimant.

_____:

TRANSCRIPT OF DIGITALLY-RECORDED
PRELIMINARY PRETRIAL CONFERENCE
BEFORE THE HONORABLE MARK A. PIZZO,
UNITED STATES MAGISTRATE JUDGE

Appearances of Counsel:

    For the Plaintiff:    Ms. Melinda MacConnel
                             Mr. Allen K. Von Spiegelfeld
                             Mr. David Doney

    For the Kingdom of Spain:  Mr. David Christopher Banker
                             Mr. James Goold

    For Keith Bray:       Mr. Frank D. Butler

Transcribed by:    Dennis Miracle, Official Reporter

Dennis Miracle, Official Reporter (352) 369-7401