UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

          Plaintiff,                         CIVIL ACTION

          v.                             Case No.:  8:06-CV-01685-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles, *in rem*

          Defendant(s).

_____/

## <u>NOTICE OF APPEARANCE</u>

     **COMES NOW** Melinda J. MacConnel (Florida Bar No. 0871151), and files this Notice of Appearance as counsel of record for Plaintiff, Odyssey Marine Exploration, Inc., in the above-referenced matter, and hereby requests that copies of all future pleadings and notices which Odyssey Marine Exploration, Inc. is entitled to receive be sent to the following:

Melinda J. MacConnel
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL  33607
(813) 876-1776, ext. 2240
Fax:  (813) 830-6609
E-mail:  mmacconnel@shipwreck.net

     An identical filing is being made in Case Nos.:  8:07-cv-614-SDM-MAP and 8:07-cv-616-SDM-MAP.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain*; and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

2426462