UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

      Plaintiff,

      v.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel, tackle,
appurtenances and cargo located within
center point coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles, in rem

      Defendant(s).

CIVIL ACTION

Case No.: 8:06-CV-01685-SDM-MAP

### PLAINTIFF'S NOTICE OF STATUS OF SERVICE OF PROCESS ON KINGDOM OF SPAIN

**COMES NOW** the Plaintiff, ODYSSEY MARINE EXPLORATION, by and through its undersigned attorneys, and states that it is filing similar, but not identical, filings in the following case numbers: 8:06-cv-1685-T-23MAP, 8:07-cv-614-T-23MAP, and 8:07-cv-616-T-23MAP.

Plaintiff, Odyssey Marine Exploration, files this Notice of Status of Service of Process on the Kingdom of Spain in the instant matter, and would respectfully state as follows:

1. Plaintiff filed its Amended Complaint on August 7, 2007.

2. Plaintiff has caused the Amended Complaint, its attachments, Motion for Protective Order Regarding Preliminary Site Assessment, and Affidavit of Gregory P. Stemm in Relation to Plaintiff's Motion for Entry of a Protective Order Regarding Preliminary Site Assessment to be translated into Spanish.

3.   The undersigned counsel for the Plaintiff has sought to complete service on the Claimant, Kingdom of Spain, pursuant to Fed.R.Civ.P. 4(j)(i) by serving them via USM-94 Request for Service Abroad, directed to the Spanish Central Authority, pursuant the Hague Convention.

4.   At the present time, the Amended Complaint and the aforementioned motions and affidavit are in the hands of the Spanish Central Authority, and we are awaiting a Certificate from the Spanish Central Authority advising that service has been made on the Kingdom of Spain.

5.   Upon receipt of Certificate of Service, Plaintiff will file proof of service pursuant to Fed.R.Civ.P. 4(L).

Respectfully submitted,

_____
Allen von Spiegelfeld
Florida Bar No. 0256803
Eric C. Thiel
Florida Bar No. 016267
FOWLER WHITE BOGGS BANKER, P.A.
P. O. Box 1438
Tampa, Florida 33601
813-228-7411
813-229-8313 – Facsimile
avonsp@fowlerwhite.com
ethiel@fowlerwhite.com

Melinda J. MacConnel
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
mmacconnel@shipwreck.net
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant.* and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

_____
Allen von Spiegelfeld
Florida Bar No. 0256803
Eric C. Thiel
Florida Bar No. 016267
FOWLER WHITE BOGGS BANKER, P.A.
P. O. Box 1438
Tampa, Florida 33601
813-228-7411
813-229-8313 – Facsimile
avonsp@fowlerwhite.com
ethiel@fowlerwhite.com

Melinda J. MacConnel
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
mmacconnel@shipwreck.net
Attorneys for Plaintiff

2423424v1