IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff**,**

                                  CIVIL ACTION

v.                                          Case No. 8:06-CV-01685-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, their apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49º 25'N, 6º 00'W;
Radius: 5 nautical miles,

      Defendant,
      *in rem,*

and

THE KINGDOM OF SPAIN,

      Claimant/Defendant.
_____/

## **NOTICE OF APPEARANCE**

COMES NOW, J. Carter Andersen, Esquire of Bush Ross, P.A., and hereby files this Notice of Appearance as counsel for Claimant, Kingdom of Spain, in the above-referenced action, and requests that he be served with copies of all future correspondence and pleadings and any other documents in connection with the above-styled cause to the following:

                J. Carter Andersen, Esquire
                Bush Ross, P.A.
                P.O. Box 3913
                Tampa, FL  33601-3913
                (813) 224-9255 - Telephone
                (813) 223-9620 - Facsimile
                Email: candersen@bushross.com

An identical filing is being made in Case Nos. 8:07-cv-00614-SDM-MAP and 8:07-cv-00616-SDM-MAP.

          By: s/ James A. Goold
             James A. Goold
             District of Columbia Bar No. 430315
             COVINGTON & BURLING, LLP
             1201 Pennsylvania Avenue NW
             Washington, D.C. 20004
             (202) 662-5507- Telephone
             (202) 662-6291- Facsimile
             jgoold@cov.com

           and

          By: s/ J. Carter Andersen
             David C. Banker; FBN 352977
             dbanker@bushross.com
             J. Carter Andersen; FBN 0143626
             candersen@bushross.com
             BUSH ROSS, P.A.
             P.O. Box 3913
             Tampa, FL 33602-3913
             (813) 224-9255- Telephone
             (813) 223-9620- Facsimile
             dbanker@bushross.com
             Attorneys for Claimant Kingdom of Spain

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: **Allen von Spiegelfeld, Esquire,** Fowler White Boggs Banker P.A., P.O. Box 1438, Tampa, Florida 33601 and **Melinda J. MacConnel, Esquire,** Odyssey Marine Exploration, Inc., 5215 West Laurel Street, Tampa, Florida 33607, Attorneys for Plaintiff; and **Frank D. Butler, Esquire,** Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, Florida 32782, Attorney for Intervenor Plaintiff.

             s/ J. Carter Andersen