IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff**,**

                               CIVIL ACTION

v.                                   Case No. 8:06-CV-01685-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, their apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49º 25'N, 6º 00'W;
Radius: 5 nautical miles,

      Defendant,
      *in rem,*

and

THE KINGDOM OF SPAIN,

      Claimant/Defendant.
_____/

## **NOTICE OF APPEARANCE**

COMES NOW, Keith D. Skorewicz, Esquire of Bush Ross, P.A., and hereby files this Notice of Appearance as counsel for Claimant, Kingdom of Spain, in the above-referenced action, and requests that he be served with copies of all future correspondence and pleadings and any other documents in connection with the above-styled cause to the following:

                Keith D. Skorewicz, Esquire
                Bush Ross, P.A.
                P.O. Box 3913
                Tampa, FL  33601-3913
                (813) 224-9255 - Telephone
                (813) 223-9620 - Facsimile
                Email: kskorewicz@bushross.com

An identical filing is being made in Case Nos. 8:07-cv-00614-SDM-MAP and 8:07-cv-00616-SDM-MAP.

          By: s/ James A. Goold
              James A. Goold
              District of Columbia Bar No. 430315
              COVINGTON & BURLING, LLP
              1201 Pennsylvania Avenue NW
              Washington, D.C. 20004
              (202) 662-5507- Telephone
              (202) 662-6291- Facsimile
              jgoold@cov.com

     and

By: s/ Keith D. Skorewicz
    David C. Banker; FBN 352977
    dbanker@bushross.com
    Keith D. Skorewicz; FBN 583618
    kskorewicz@bushross.com
    BUSH ROSS, P.A.
    P.O. Box 3913
    Tampa, FL 33602-3913
    (813) 224-9255- Telephone
    (813) 223-9620- Facsimile
    Attorneys for Claimant Kingdom of Spain

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following: **Allen von Spiegelfeld, Esquire,** Fowler White Boggs Banker P.A., P.O. Box 1438, Tampa, Florida 33601 and **Melinda J. MacConnel, Esquire,** Odyssey Marine Exploration, Inc., 5215 West Laurel Street, Tampa, Florida 33607, Attorneys for Plaintiff; and **Frank D. Butler, Esquire,** Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, Florida 32782, Attorney for Intervenor Plaintiff.

                                                  s/ Keith D. Skorewicz