IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　:　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　Case No: 8:06-CV-01685-SDM-MAP
　　　　　　　　　　　　　　　　　　　　　　:
THE UNIDENTIFIED SHIPWRECKED VESSEL　:
its apparel, tackle, appurtenances and　　　　:
cargo located within center　　　　　　　　　:
point coordinates: 49° 25' N, 6° 00' W;　　　　:
Radius: 5 nautical miles,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant,　　　　　　　　　:
　　　　　　　　*in rem*　　　　　　　　　　:
and　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
The Kingdom of Spain,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Claimant,　　　　　　　　　 :
and　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
KEITH BRAY,　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Intervening Plaintiff,　　　　:
　　v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
ODYSSEY MARINE EXPLORATION, INC.　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendant.　　　　　　　　　:
_____/:

**PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES
TO INTERVENING COMPLAINT**

COMES NOW the Plaintiff, ODYSSEY MARINE EXPLORATION, INC., by

and through its undersigned counsel, pursuant to Rule 8b and 8c of the Federal Rules of

Civil Procedure, and files this, its Answer and Affirmative Defenses to Intervening Plaintiff, KEITH BRAY'S Intervening Complaint and states as follows.

With respect to each numbered Paragraph of the Intervening Complaint, Plaintiff, ODYSSEY, states as follows:

1. Denied.

2. Admitted that Petitioner, BRAY has moved to Intervene. Denied that the Motion of Petitioner, BRAY'S Complaint has merit.

3. Admitted.

4. Admitted that Spain has filed a claim. Denied that Spain's claim has merit.

5. Admitted.

6. Without knowledge, therefore denied.

7. Admitted.

8. Admitted.

9. Admitted for jurisdictional purposes. Otherwise denied.

10. Admitted for jurisdictional purposes. Otherwise denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Admitted that ODYSSEY has recovered some artifacts from the Defendant site. Otherwise denied.

19. Admitted.

20. Denied.

21. Denied.

22. Admitted that Bray accepted a cash payment from ODYSSEY as full satisfaction of ODYSSEY'S obligations. Otherwise denied.

23. Denied.

24. The allegations in Paragraph 24 of the Complaint are not sufficiently clear for ODYSSEY to form a proper response or are based on allegations denied by ODYSSEY and are therefore denied.

## COUNT I.

### FRAUD IN THE INDUCEMENT

25. Plaintiff, ODYSSEY, realleges and incorporates its responses to Paragraphs 1-24 of the Intervening Complaint.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## COUNT II

### RESCISSION

31. Plaintiff, ODYSSEY, realleges and incorporates its responses to

Paragraphs 1-30 of the Intervening Complaint.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied. Plaintiff, ODYSSEY, further denies that any Agreement existed between the parties other than that attached hereto.

37. Denied.

## COUNT III

## MUTUAL MISTAKE

38. Plaintiff, ODYSSEY, realleges and incorporates its responses to Paragraphs 1-37 of the Intervening Complaint.

39. Denied. Plaintiff, ODYSSEY, further denies that any Agreement existed between the parties other than that attached hereto.

40. Denied. Plaintiff, ODYSSEY, further denies that any Agreement existed between the parties other than that attached hereto.

41. Denied. Plaintiff, ODYSSEY, further denies that any Agreement existed between the parties other than that attached hereto.

42. Denied. Plaintiff, ODYSSEY, further denies that any Agreement existed between the parties other than that attached hereto.

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

## ACCORD AND SATISFACTION

Pursuant to the contract between the Parties (attached hereto as Exhibit A), Petitioner, Bray provided services, and he has been fully paid and satisfied by Plaintiff, ODYSSEY, according to the contract, and ODYSSEY has no further obligation to Petitioner, Bray.

## SECOND AFFIRMATIVE DEFENSE

## LACK OF VOLUNTARINESS

Petitioner, Bray's Complaint is a claim for salvage in that Petitioner claims he is owed seven and one-half percent of Odyssey's recovery. Despite the fact that no such agreement was ever made, Petitioner Bray entered into a contract for payment for his services with ODYSSEY. Because Bray entered into a contract for payment and was paid in full for his services, he may not receive a salvage award or any part of one.

## THIRD AFFIRMATIVE DEFENSE

## RELEASE

Petitioner, Bray, has released Odyssey from any and all claims he may have regarding any salvage performed by Odyssey.

## FOURTH AFFIRMATIVE DEFENSE

## NON-PERFORMANCE

Even if there was a contract, other than Exhibit A, which is denied, Petitioner did not perform.

WHEREFORE, Odyssey respectfully moves this Honorable Court to dismiss the action brought by Petitioner Bray and to award Odyssey costs and such other relief as the Court deems appropriate.

Respectfully submitted,

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain.*

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

2432936v1