UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO.   8:06-cv-1685-T-23MAP;
           8:07-cv-614-T-23MAP;
           8:07-cv-616-T-23MAP           DATE   1/10/08

TITLE   Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc.
        and The Kingdom of Spain, Claimant
TIME  9:39 a.m.- 11:07 a.m.              TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Michelle T. Taylor

Court Reporter:        Sandy Lee

Attorney(s) for Odyssey Marine Explorations, Inc:
    Melinda MacConnel
    Allen K. Von Spiegelfeld

Attorney(s) for Kingdom of Spain:
    James Goold
    Keith Skorewicz

Attorney(s) for Keith Bray:
    Frank D. Butler

PROCEEDINGS:       Preliminary Pre-Trial Conference

* The parties reached an agreement as to a protective order except for a few points, which they addressed with the Court.  The Court heard argument.

* The Court will issue a protective order.

* Within 14 days of the issuance of the protective order, Odyssey shall provide to the Kingdom of Spain the location of the vessels, any information material to the identification of the vessels, a listing and description of the artifacts, and any photographs or videotapes of the site or vessel.

* The Court will hold another preliminary pretrial conference on March 5, 2008, at 9:30 a.m.