UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                              CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

    Defendants,
    *in rem*

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

For the reasons stated at the January 10, 2008, hearing, Odyssey Marine Exploration Inc.'s Motion for Protective Order Regarding Preliminary Site Assessment (doc. 38) is granted in part and denied in part. The protective order will be issued in a separate document.

Within 14 days of the issuance of the protective order, Odyssey shall provide to the Kingdom of Spain (1) the exact location of the vessel or vessels; (2) any information material to the identification of the vessel or vessels; (3) a listing and description of the artifacts uncovered to date; and (4) any photographs or videotapes of the site or vessel. The parties also shall arrange an opportunity for the Kingdom of Spain to inspect the artifacts retrieved to date at a mutually agreeable time and place.

The parties shall appear at another preliminary pretrial conference before Magistrate Judge

Mark A. Pizzo on March 5, 2008, at 9:30 a.m., in Courtroom 11B at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

DONE and ORDERED at Tampa, Florida on January 10, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE