```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF FLORIDA
           CASE Nos.  8:06 CV 1685 T 23 MAP
                      8:07 CV 614 T 23 MAP
                      8:07 CV 616 T 23 MAP
```

ODYSSEY MARINE EXPLORATIONS

      Plaintiff,

v.                                  January 10, 2008
                                    9:30 a.m.

THE UNIDENTIFIED SHIPWRECKED
VESSELS, et al

      Defendants.
_____/


   TRANSCRIPT OF PRELIMINARY PRETRIAL CONFERENCE
      BEFORE THE HONORABLE MARK A. PIZZO
        UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:      Allen Von Spiegelfeld
                        Fowler, White, Boggs
                        & Banker
                        501 E. Kennedy Blvd.
                        Tampa, FL  33602


For the Defendant:      James Goold
                        Covington & Burling
                        1201 Pennsylvania Ave N.W.
                        Washington, D.C. 20044

                        Keith D. Skorewicz
                        Bush Ross
                        1801 North Highland Avenue
                        Tampa, FL  33602


For the Intervenor:     Frank D. Butler
                        10550 U.S. Highway 19 N.
                        Pinellas Park, FL 33782

SANDRA K. LEE, RPR   OFFICIAL UNITED STATES COURT REPORTER