

**Additional Info**

Project Overview
Press Release
Pictures
FAQ



### Black Swan

**OVERVIEW:**

The "*Black Swan*", a Colonial period site was discovered by Odyssey Marine Exploration in the Atlantic Ocean. Yielding over 500,000 silver coins weighing more than 17 tons, hundreds of gold coins, worked gold, and other artifacts, it is believed that this recovery constitutes the largest collection of coins ever excavated from a deep ocean site. The wreck is located in an area where a number of Colonial period era ships sank and which is believed to have immense historical significance.

To read the press release, click here.

**Status**

Odyssey has completed an extensive pre-disturbance archaeological survey and the preliminary excavation of the "*Black Swan*", recovery of the artifacts recovered to date has been accomplished under the supervision of two archaeologists and has followed rigorous archaeological protocols using advanced robotic technology.

All items were recovered in conformity with Salvage Law and the Law of the Sea Convention, beyond the territorial waters or legal jurisdiction of any country. They have been legally imported into the Unites States and placed in a secure, undisclosed location where they are undergoing documentation and a meticulous conservation process by some of the world's most experienced coin conservators.

There are still a large number of artifacts and

EXHIBIT 4

possibly more coins on the wreck site. Odyssey is planning a major expedition back to the site that may correlate with an announcement of the identity of the shipwreck.

Based on the results of extensive research, there were a number of Colonial period shipwrecks that were lost in the area where this site is located. The site which is believed to have immense historical significance is carefully documented and recorded.

BACK TO TOP | E-mail this | Subscribe to receive free Email Updates ! | Submit

© Copyright, 1998 - 2007, Odyssey Marine Exploration, Inc., Tampa, FL 33679-2057, USA - All Rights Reserved

\* Names of shipwrecks, dates and other information may have been changed for security purposes. The values estimated for this project may have used assumptions based on research that could prove to be erroneous. It is also possible that research into the potential value could be incomplete or not have taken into account prior sales of similar cargoes or artifacts which are deemed to have been marketed poorly, or not sold with certification that the artifacts came from a properly supervised archaeological excavation. The net value of the expedition to Odyssey may prove to be significantly less than the estimates given here as a result of operational expenses, percentages to governments, and inability to completely salvage a site. As enunciated in Risk Factors, there may be nothing of value whatsoever recovered from this project.