UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

      Plaintiff,

v.                                                                                 CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

      Defendants,
      *in rem*

and

THE KINGDOM OF SPAIN,

      Claimant.
_____/

## **ORDER**

This cause is before the Court on the Kingdom of Spain's motion for leave to file under seal (doc. 92) and Odyssey Marine Exploration, Inc.'s motion to conduct the March 5, 2008 hearing in camera (doc. 89). Upon consideration, it is hereby

ORDERED that:

1. The Kingdom of Spain's motion for leave to file under seal (doc. 92) is GRANTED. The Clerk is directed to seal the exhibits attached to the Kingdom of Spain's motion for leave to file under seal. Those items shall remain under seal until further order of the Court.

2. Odyssey's motion to conduct the March 5, 2008 hearing in camera (doc. 89) is DENIED.

3. On or before March 4, 2008, at noon, Odyssey is directed to file a response to the arguments the Kingdom of Spain makes in its motion for leave to file under seal, stating as to each

item that has been filed under seal (1) the basis for claiming confidentiality (i.e., as a trade secret or otherwise); (2) what language in the protective order Odyssey is relying on in asserting the document is properly designated as confidential; and (3) the reasons that the item purportedly satisfied the asserted basis for claiming confidentiality.

DONE and ORDERED at Tampa, Florida on March 3, 2008.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE