UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO.   8:06-cv-1685-T-23MAP;
           8:07-cv-614-T-23MAP;
           8:07-cv-616-T-23MAP          DATE   3/5/08

TITLE     Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc.
          and The Kingdom of Spain, Claimant
TIME  9:30 a.m.- 11 a.m.                TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Michelle T. Taylor

Court Reporter:        Sherrill L. Jackson

Attorney(s) for Odyssey Marine Explorations, Inc:
    Melinda MacConnel
    Allen K. Von Spiegelfeld

Attorney(s) for Kingdom of Spain:
    James Goold
    David Banker

Attorney(s) for Keith Bray:
    Frank D. Butler

PROCEEDINGS:       Preliminary Pre-Trial Conference

* The Court heard argument on the pending motions, and took the motions under advisement.

* Counsel for the Kingdom of Spain stated that he could evaluate whether his client would voluntarily dismiss its claim in 07-cv-616 within 30 days. The Court stated that an order would be forthcoming.

* The Court gave the parties until Friday, March 7, to notify the Court if they have resolved the discovery disputes themselves; otherwise, they will be left with the Court's resolution.