UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES - GENERAL

CASE NO.    8:06-cv-1685-T-23MAP;
            8:07-cv-614-T-23MAP;
            8:07-cv-616-T-23MAP            DATE   4/2/08

TITLE    Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc. and The Kingdom of Spain, Claimant

TIME   11:15 a.m.- 11:45 a.m.             TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Michelle T. Taylor

Court Reporter:

Attorney(s) for Odyssey Marine Explorations, Inc:
    Melinda MacConnel
    Allen K. Von Spiegelfeld

Attorney(s) for Kingdom of Spain:
    James Goold

Attorney(s) for Keith Bray:
    Frank D. Butler

PROCEEDINGS:    Telephone conference to clarify the relief requested in Odyssey's motions to conduct a hearing *in camera*.

\* The Court asked Odyssey to clarify whether it sought an *in camera* hearing regarding the disclosures required by this Court's January 10, 2008 orders, or whether it sought an *in camera* hearing regarding the disclosures required by this Court's March 12, 2008 interrogatories issued in 06-cv-1685 and 07-cv-614. Odyssey informed the Court that its concern related to the responses to the interrogatories.

\* The Court directed Odyssey to respond to the Court's interrogatories by April 11, 2008, as required by the Court's March 12, 2008 orders in 06-cv-1685 and 07-cv-614. The Court instructed Odyssey that if necessary, Odyssey may seek a protective order requesting that the answers or portions of the answers be submitted in camera. The Court, upon reviewing these filings, will determine whether it is necessary to conduct a hearing in camera.

\* The Court extended the time for the Kingdom of Spain to file its responses to Court interrogatories to May 9, 2008.

\* The Court directed the parties to attempt to resolve all other disputes on their own, or to file a motion. The Court stated that if motions are filed, it would not hesitate to award sanctions.

\* Orders will follow.