UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                                                 CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

        Defendants,
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

## **ORDER**

This cause is before the Court on Odyssey Marine Exploration, Inc.'s motion to conduct hearing *in camera* (doc. 100). Odyssey has clarified to the Court that it seeks an *in camera* hearing relating to the disclosures required by the Court interrogatories issued on March 12, 2008. Odyssey's request for an *in camera* hearing is denied without prejudice.

As required by this Court's March 12, 2008 order, Odyssey's responses to the court interrogatories in the cases numbered 8:06-cv-1685-T-23MAP and 8:07-cv-614-T-23MAP are due on April 11, 2008. Along with its responses, Odyssey may file a motion for protective order asking for leave to file its responses or a portion of its responses *in camera*. After reviewing those submissions, the Court will determine whether it is necessary to hold a hearing (*in camera* or in open court) to determine whether a sufficient showing has been made.

The time for the Kingdom of Spain to respond to the Court's interrogatories is extended to May 9, 2008.

Accordingly, it is ORDERED that:

1. Odyssey's Motion to Conduct Hearing in Camera (doc. 100) is DENIED without prejudice.

2. The Kingdom of Spain shall respond to the Court's interrogatories on or before May 9, 2008.

DONE and ORDERED at Tampa, Florida on April 2, 2008.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE