UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                          CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

    Defendants,
    *in rem*

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

## **ORDER**

Before the Court is Odyssey Marine Exploration, Inc.'s Motion for Admission *Pro Hac Vice* (doc. 103). Odyssey moves the Court to allow K. Russell LaMotte, Esq. to appear *pro hac vice* as co-counsel. Pursuant to the Local Rule 2.02(a), Mr. LaMotte is directed to participate in electronic filing by registering for CM/ECF and obtaining a password within twenty (20) days of this Order.[1] He is further directed to electronically file notices of compliance with CM/ECF registration within twenty (20) days of this Order. Upon consideration, it is hereby

    ORDERED:

---

[1] Counsel may obtain passwords from the Court by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel have registered for CM/ECF, they must also register an email address.

1. Odyssey's Motion for Admission *Pro Hac Vice* (doc. 103) is GRANTED.

DONE AND ORDERED in Tampa, Florida on April 15, 2008.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record