UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO.    8:06-cv-1685-T-23MAP;
            8:07-cv-614-T-23MAP            DATE   4/17/08

TITLE    Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc.
         and The Kingdom of Spain, Claimant
TIME  11:08 a.m.- 11:15 a.m.               TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Michelle T. Taylor

Court Reporter: _____

Attorney(s) for Odyssey Marine Explorations, Inc:
    Melinda MacConnel
    Allen K. Von Spiegelfeld

Attorney(s) for Kingdom of Spain:
    James Goold

Attorney(s) for Keith Bray:
    Frank D. Butler

PROCEEDINGS:    Telephone conference relating to Odyssey's motions for protective order in
                8:06-cv-1685-T-23MAP (doc. 105) and 8:07-cv-614-T-23MAP (doc. 99).

* The Court informed the parties it would be issuing its orders today.