IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC.  :
                                  :
    Plaintiff,                    :         CIVIL ACTION
                                  :
    v.                            :
                                  :  Case No: 8:06-CV-01685-SDM-MAP
                                  :
THE UNIDENTIFIED SHIPWRECKED VESSEL :
its apparel, tackle, appurtenances and :
cargo located within center          :
point coordinates: 49° 25' N, 6° 00' W; :
Radius: 5 nautical miles,            :
                                     :
    Defendant.                       :
    *in rem*                         :
                                     :
and                                  :
                                     :
The Kingdom of Spain,                :
                                     :
    Claimant.                        :
_____/   :
                                     :
KEITH BRAY,                          :
                                     :
    Intervening Plaintiff/Claimant,  :
                                     :
    v.                               :
                                     :
ODYSSEY MARINE EXPLORATION, INC.,    :
                                     :
    Defendant.                       :
_____/

**PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S NOTICE OF
<u>SERVING VERIFIED ANSWERS TO INTERROGATORIES</u>**

1

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | Case No: 8:06-CV-01685-SDM-MAP |
| THE UNIDENTIFIED SHIPWRECKED VESSEL | : | |
| its apparel, tackle, appurtenances and | : | |
| cargo located within center | : | |
| point coordinates: 49° 25' N, 6° 00' W; | : | |
| Radius: 5 nautical miles, | : | |
| | : | |
| Defendant. | : | |
| *in rem* | : | |
| and | : | |
| | : | |
| The Kingdom of Spain, | : | |
| | : | |
| Claimant. | : | |
| _____/ | : | |
| | : | |
| KEITH BRAY, | : | |
| | : | |
| Intervening Plaintiff/Claimant, | : | |
| v. | : | |
| | : | |
| ODYSSEY MARINE EXPLORATION, INC., | : | |
| | : | |
| Defendant. | : | |
| _____/ | | |

**PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S NOTICE OF
<u>SERVING VERIFIED ANSWERS TO INTERROGATORIES</u>**

COMES NOW, the Plaintiff, ODYSSEY MARINE EXPLORATION, INC., by

and through its undersigned counsel, and hereby gives notice that it has served Claimant,

1

THE KINGDOM OF SPAIN, and Claimant, BRAY, with an original and one copy of Verified Answers to Interrogatories presented by the Court in its Order dated March 12, 2008.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by hand delivery on April 11, 2008, to: James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and by U.S. Mail to David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain* and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division
In Admiralty

ODYSSEY MARINE EXPLORATION, INC. :
:
    Plaintiff, : CIVIL ACTION
  v. :
    Case No: 8:06-CV-01685-SDM-MAP
:
THE UNIDENTIFIED SHIPWRECKED VESSEL :
its apparel, tackle, appurtenances and :
cargo located within center :
point coordinates: 49° 25' N, 6° 00' W; :
Radius: 5 nautical miles, :
:
    Defendant. :
    *in rem* :
:
and :
The Kingdom of Spain, :
:
    Claimant. :
_____/ :
:
KEITH BRAY, :
:
    Intervening Plaintiff/Claimant, :
  v. :
:
ODYSSEY MARINE EXPLORATION, INC., :
:
    Defendant. :
_____/

**PLAINTIFF ODYSSEY MARINE EXPLORATION, INC.'S
<u>ANSWERS TO INTERROGATORIES</u>**

COMES NOW, the Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned counsel and responds to the Interrogatories presented by the Court in its Order dated March 12, 2008, as follows:

3

**Interrogatory #1: State the identity of the vessel relating to the site.**

Answer: We do not believe that there is sufficient evidence to provide a reasonable certainty as to the identity of the vessel related to the site.

**Interrogatory #2: If you are not certain of the identity of the vessel relating to the site, state your good faith belief as to the identity of the vessel.**

Answer: We do not think that sufficient evidence exists to state a good faith belief as to the identity of the vessel related to the site.

**Interrogatory #3: State your working hypothesis that the site relates to a particular vessel or one among several vessels.**

Answer: At this point in the investigation, there is no confirmation that this site is related to any specific vessel. Certain characteristics of the site, including the location, the size, cargo, number of cannon and the rough correspondence of the dates of various artifacts appear to correspond positively with the loss of the *Merchant Royall (British Merchant vessel Captained by John Limbrey and lost in 1641)*. There is some information under review, however, which may be inconsistent with a hypothesis that the wreck site is that of the Merchant Royall. This site lies in a heavily traveled area, and there were possibly other ships lost during the Colonial period which could account for this site, but have so far eluded our researchers and archivists.

Analysis of data from the site is ongoing, and individual artifacts are being conserved and analyzed to determine whether their dates correspond with the Merchant Royall.

Odyssey believes that additional research and archaeological excavation will need to be undertaken at the site in order to prove or disprove the theory that this site is associated with the Merchant Royall.

**Interrogatory #4: If you are unable to provide the name of a particular vessel or vessels in response to the first three interrogatories, state which vessel you thought you had located to justify the expenditure of corporate funds in exploring the site and recovering artifacts.**

Answer: Not applicable.

ODYSSEY MARINE EXPLORATION, INC.

By: _____

GREG STEMM
(Print Name)

CEO
(Title)

STATE OF FLORIDA

COUNTY OF Hillsborough

VERIFICATION

BEFORE ME, the undersigned authority, appeared Greg Stemm as CEO of Odyssey Marine Exploration, Inc., who is personally known to me or who produced personally known as identification, who swears and deposes that he/she has read the foregoing Answers to Interrogatories and that the same are true and correct to the best of his/her knowledge and belief.

SWORN TO AND SUBSCRIBED before me this 11 day of April, 2008.

_____
Notary Public

My commission expires:

PENNY CUBBEDGE GREENE
MY COMMISSION # DD 378351
EXPIRES: December 9, 2008
1-800-3-NOTARY   FL Notary Discount Assoc. Co.

6