FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA   08 APR 28  AM 10: 56

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

ODYSSEY MARINE EXPLORATION, INC.,

       Plaintiff(s)

v.                          CASE NO. 8:06-CV-1685-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, et al.
       Defendant(s)
_____/

RECEIPT FOR EXHIBITS AND/OR EXHIBIT SUBSTITUTES

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

X  See below

Sealed envelope filed by Kingdom of Spain re: motion for leave to file under seal. Being returned pursuant to the Court's order entered on 03/12/08.

April 28, 2008

_____

                                      Signature

                        Pete Stand____ BUSH ROSS
                        Relationship to party/counsel