IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

**ODYSSEY MARINE EXPLORATION, INC.**,

        Plaintiff,

vs.

        CASE NO.: 8:06-CV-01685-T-23MAP

**THE UNIDENTIFIED SHIPWRECK VESSEL**,
its apparel, tackle, appurtenances and
cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles

        Defendant,
        i*n rem*

and

**THE KINGDOM OF SPAIN**,

        Claimant,

and

**KEITH BRAY**,

        Intervening Plaintiff,

vs.

**ODYSSEY MARINE EXPLORATION, INC**.

        Defendant.
_____/

### **NOTICE OF UNAVAILABILITY**

    **COMES NOW** the Intervening Plaintiff, KEITH BRAY, by and through the

undersigned counsel, and hereby notices the Court and all parties to this action that **FRANK D. BUTLER, ESQUIRE**, counsel for the Intervening Plaintiff in this case, will be unavailable June 16 - June 27, 2008, and therefore respectfully request that no trial or substantive proceeding be scheduled during the aforementioned time period.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>April 28, 2008</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: ***Allen von Spiegelfeld, Esq.,*** Fowler White Boggs Banker P.A., P. O. Box 1438, Tampa, FL 33601; ***Melinda J. MacConnell, Esq.***, 5215 West Laurel Street, Tampa, FL 33607; ***James A Goold, Esq.***, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington DC 20004; and ***David C. Banker, Esq.***, ***J. Carter Andersen, Esq.***, ***Keith D. Skorewicz, Esq.***, Bush Ross P.A., 220 S. Franklin Street, P.O. Box 3913, Tampa, FL 33601.

Respectfully Submitted,

/s/Frank D. Butler
Frank D. Butler, Esquire
Fla. Bar No. 940585
David M. Bulluck, Esquire
Fla. Bar No. 0021476
10550 U.S. Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Attorneys for Plaintiff
fdblawfirm@aol.com