IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.

CASE NO. 8:06-CV-1685-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,
in rem,

    Defendant

and

THE KINGDOM OF SPAIN,

    Claimant
_____/

## ANSWERS OF CLAIMANT KINGDOM OF SPAIN
## TO THE COURT'S INTERROGATORIES

Claimant Kingdom of Spain ("Spain") answers the interrogatories propounded by the

Court in its March 12, 2008 Order (Dkt. 99) as follows:

**Interrogatory # 1: Describe what evidence supports a Spanish claim to the vessel or artifacts.**

**Spain's Response:**

The vessel and its contents which are the subject of this case are believed to be the

remains of the Merchant Royall, based on the location of the site, the characteristics of the site,

the characteristics of artifacts disclosed by Odyssey Marine Exploration, Inc. ("Odyssey")

pursuant to the Court's Order of January 10, 2008, and Odyssey's Answers to the Court's Interrogatories (Dkt. 111).

Merchant Royall was an English ship that was present in Cádiz, Spain, beginning on or about March 4, 1641, and sailed from Cádiz on or about September 20-22, 1641. While in Cádiz, Merchant Royall was engaged by agents of the King of Spain to transport funds of the Monarchy to Flanders.

The Royal revenue loaded on Merchant Royall consisted of funds collected and appropriated for the military operations of Spain in the Thirty Years War. At the time of the shipment, the Royal Army of Spain was engaged in war in Flanders against armies of other European States. The monetary authority responsible for the shipment was the Tesorero General de la Cruzada, an agent and official in the service of King Philip IV of Spain, whose responsibilities included arranging for the transport to Flanders of the Royal revenues necessary to maintain Spanish military operations in the War.

Merchant Royall was reported to have been lost at sea en route from Cádiz, at a location which corresponds to the location information provided by Odyssey in the caption to the Complaint in this case.

Under the Foreign Sovereign Immunities Act, 28 U.S.C. Section 1611(b), the funds of a foreign state's "monetary authority held for its own account" are immune from attachment, execution, or other U.S. legal process.

**Interrogatory # 2: From Spain's viewpoint, what vessel is most likely associated with this site?**

**Spain's Response:**

Please see answer to Interrogatory # 1.

Respectfully submitted on May 8, 2008 by

*[signature]*

James A. Goold  
District of Columbia Bar # 430315  
Covington & Burling LLP  
1201 Pennsylvania Ave., NW  
Washington, DC 20004  
Telephone: (202) 662-5507  
Fax: (202) 662-6291  
E-mail: jgoold@cov.com

David C. Banker  
Florida Bar # 352977  
Bush Ross, PA  
220 S. Franklin Street  
P.O. Box 3913  
Tampa, Florida 33601-3913  
Telephone: (813) 224-9255  
Fax: (813) 223-9255  
E-mail: dbanker@bushross.com

## Verification

I, Jorge Sobredo, am the Chief of the Cultural Office of the Embassy of Spain to the United States of America.

I have read the foregoing Answers of the Kingdom of Spain to Interrogatories and declare under penalty of perjury that the same are true and correct to the best of my knowledge, information and belief.

Signed this 1 day of May 2008 in Madrid, Spain.

*[signature]*
Jorge Sobredo

## Certificate of Service

I hereby certify that I caused the foregoing Answers of Claimant Kingdom of Spain to the Court's Interrogatories to be served on Plaintiff's counsel, Allen von Spiegelfeld, Eric C. Thiel, K. Russel LaMotte, and Melinda J. MacConnel, and to Intervenor's counsel, Frank D. Butler, via the Court's CM/ECF system on May 8, 2008.

James A. Goold
District of Colombia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com