UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                              CASE NO.: 8:06-cv-1685-T23-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

        Defendants,
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a proceeding has been scheduled in the above-styled cause for the place, date, and time set forth below. Please govern yourselves accordingly.

DATE:        June 9, 2008

TIME:        9:30 a.m.

PLACE:        United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

TYPE OF
HEARING:        Rule 16(a) Pretrial Conference
\* Please be prepared to discuss the case management reports previously filed, the current status of the case, and appropriate discovery deadlines.

                                  /s/ Michelle T. Taylor
                                  Michelle T. Taylor
                                  Law Clerk to Honorable Mark A. Pizzo