UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO.      8:06-cv-1685-T-23MAP;
              8:07-cv-614-T-23MAP            DATE    6/9/08

TITLE       Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels, etc.
            and The Kingdom of Spain, Claimant
TIME   9:35 a.m.- 10:45 a.m.                 TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:   Michelle T. Taylor

Court Reporter:

Attorney(s) for Odyssey Marine Explorations, Inc:
      Melinda MacConnel
      Allen K. Von Spiegelfeld

Attorney(s) for Kingdom of Spain:
      James Goold
      Keith Skorewicz

Attorney(s) for Keith Bray:
      Frank D. Butler

PROCEEDINGS:         Preliminary Pretrial Conference

* The parties updated the Court on the current status of discovery.

* The Court heard argument relating to the timing and sequencing of discovery.

* Written orders will follow.