Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels    Doc. 123

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED SHIPWRECKED VESSEL
its apparel, tackle, appurtenances and
cargo located within center
point coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

    Defendant.
    *in rem*

and

The Kingdom of Spain,

    Claimant.

_____/

KEITH BRAY,

    Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

    Defendant.

_____/

CIVIL ACTION

Case No: 8:06-CV-01685-SDM-MAP

**MEMORANDUM IN OPPOSITION TO KINGDOM OF SPAIN MOTION TO
COMPEL COMPLIANCE WITH RULE 34 REQUEST FOR PRODUCTION OF
DOCUMENTS**

Dockets.Justia.com

Plaintiff, ODYSSEY MARINE EXPLORATION, INC., ("Odyssey") by and through its undersigned counsel, hereby responds to the motion to compel the production of documents filed by the Kingdom of Spain ("Spain") on October 7, 2008 (Dkt. No. 121).

A response to the request for production of documents is being prepared by Odyssey. This was communicated to counsel for Spain. Prior to the Motion to Compel being filed, undersigned counsel was in lengthy discussions with counsel for Spain regarding a possible partial resolution of this matter. These discussions included consideration of postponing discovery efforts until such time as the Court would narrow the issues for trial. (This was suggested due to Spain's concession that it has no claim to any property which is the subject of this case).

Surprisingly, during these negotiations, counsel for Spain, without consulting the undersigned, filed the Motion to Compel. Apparently he had decided that since a resolution had not been reached, it was best that the documents requested be produced. Undersigned counsel again responded with further attempts to partially resolve the case in order to avoid unnecessary costs and time and informed counsel for Spain that the response to the request would be forthcoming.

## MEMORANDUM OF LAW

Claimant Spain's Motion to Compel does not comply with Rule 3.01(g) of the Local Rules of Civil Procedure for the Middle District of Florida. There is no Certificate of Compliance. Therefore, the motion should be denied.

Had counsel for Spain conferred with undersigned counsel regarding a date when the documents would be produced, agreement would have been reached and the motion and this

response would have been unnecessary. Odyssey Marine Exploration, Inc. will respond to the request for production no later than October 20, 2008. Plaintiff, Odyssey, has stood ready to respond to the request for production, but was hopeful that the issues could be resolved and the request made moot.

WHEREFORE, it is respectfully submitted that the Motion to Compel should be denied for its failure to comply with the Local Rules of Civil Procedure, in particular, Local Rule 3.01(g).

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain,* and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

40466173v1