UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                                    Case No. 8:06-cv-1685-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

        Defendant.
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

KEITH BRAY,

        Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

        Defendant.
_____/

## **ORDER**

    Before the Court is Claimant Kingdom of Spain's motion to compel compliance with

Rule 34 request for production of documents (doc. 121).

On August 8, 2008, Claimant Kingdom of Spain served its Rule 34 request for production of documents on Plaintiff Odyssey.[1] Odyssey did not respond within the time set out in Rule 34 (b)(2)(A), and to the Court's knowledge still has not responded. By failing to file a timely response Odyssey has waived any objections it may have had to Claimant's Rule 34 request. *See Marx v. Kelly, Hart & Hallman, P.C.*, 929 F.2d 8, 12 (1st Cir. 1991); *Drexel Heritage Furnishings, Inc. v. Furniture USA, Inc.*, 200 F.R.D. 255, 258 (M.D.N.C. 2001). Accordingly, it is hereby

ORDERED:

1. Claimant Kingdom of Spain's motion to compel compliance with Rule 34 request for production of documents (doc. 121) is granted;

2. Odyssey has waived any objections it may have had to Claimant Kingdom of Spain's Rule 34 request for production of documents; and

3. Odyssey must respond to Claimant Kingdom of Spain's Rule 34 request for production of documents on or before October 20, 2008, the date Odyssey set out in its opposition to Claimant's motion.

DONE AND ORDERED at Tampa, Florida on October 16, 2008.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record

---

[1] The Court notes this date was provided in Claimant's motion. Plaintiff Odyssey has not provided any information to the contrary.