UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | |
|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | |
| Plaintiff, | CIVIL ACTION |
| v. | |
| | Case No: 8:06-CV-01685-SDM-MAP |
| THE UNIDENTIFIED SHIPWRECKED VESSEL its apparel, tackle, appurtenances and cargo located within center point coordinates: 49° 25' N, 6° 00' W; Radius: 5 nautical miles, | |
| Defendant. *in rem* | |
| and | |
| The Kingdom of Spain, | |
| Claimant. | |
| _____/ | |
| KEITH BRAY, | |
| Intervening Plaintiff/Claimant, v. | |
| ODYSSEY MARINE EXPLORATION, INC., | |
| Defendant. | |
| _____/ | |

## MOTION FOR PRELIMINARY PRETRIAL CONFERENCE

**COMES NOW,** ODYSSEY MARINE EXPLORATION, INC., by and through undersigned counsel, and moves this Honorable Court to conduct a preliminary pretrial

conference in regards to this matter so as to limit and better define the issues that need to be tried in this matter, and in support thereof would state:

1.  At this time, there are very few artifacts within the Middle District of Florida that were recovered from the wreck that is at issue in this case.

2.  The Court is limited in its jurisdictional authority to determine ownership in this case.

3.  The parties believe that a preliminary pretrial conference can sufficiently limit the issues to be decided by the Court at the date set for trial so that all matters to be heard can be decided within no more than two (2) days.  It is in the best interest of judicial economy and justice to conduct a preliminary pretrial conference, which will have the effect of limiting discovery, court hearings, and trial time.

WHEREFORE, ODYSSEY MARINE EXPLORATION, INC. respectfully requests the Court to enter an Order setting a preliminary pretrial conference in the very near future to define the issues that have to be tried at this time.

## CERTIFICATE UNDER LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that he has conferred with counsel for The Kingdom of Spain and Keith Bray in a good faith effort to resolve the issues by this Motion.  Counsel for Mr. Bray agrees on the resolution of the same; counsel for The Kingdom of Spain is not in agreement.

Respectfully submitted,

s/ Allen von Spiegelfeld
Allen von Spiegelfeld – FBN 256803
avonsp@fowlerwhite.com
Eric C. Thiel – FBN 016267
ethiel@fowlerwhite.com
FOWLER WHITE BOGGS BANKER P.A.
P.O. Box 1438
Tampa, Florida 33601
(813) 228-7411
Facsimile: (813) 229-8313


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 17, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain*; and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff*.

                                         s/ Allen von Spiegelfeld
                                         Allen von Spiegelfeld – FBN 256803
                                         avonsp@fowlerwhite.com
                                         Eric C. Thiel – FBN 016267
                                         ethiel@fowlerwhite.com
                                         FOWLER WHITE BOGGS BANKER P.A.
                                         P.O. Box 1438
                                         Tampa, Florida 33601
                                         (813) 228-7411
                                         Facsimile: (813) 229-8313

                                         s/ Melinda J. MacConnel
                                         Melinda J. MacConnel – FBN 871151
                                         Odyssey Marine Exploration, Inc.
                                         5215 West Laurel Street
                                         Tampa, FL 33607
                                         (813) 876-1776, ext. 2240
                                         Fax: (813) 830-6609
                                         E-mail: mmacconnel@shipwreck.net
                                         Attorneys for Plaintiff