IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                                          CASE NO. 8:06-CV-1685-SDM-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates: 49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,
in rem,

    Defendant

and

THE KINGDOM OF SPAIN,

    Claimant

and

KEITH BRAY,

    Claimant
_____/

**MEMORANDUM IN RESPONSE TO MOTION
FOR PRELIMINARY PRETRIAL CONFERENCE**

Claimant Kingdom of Spain ("Spain") by and through its undersigned counsel, hereby responds to the Motion for Preliminary Pretrial Conference submitted on October 17, 2008 by counsel for Odyssey Marine Exploration (Dkt. 125).

The motion requests that a Preliminary Pretrial Conference be conducted in the "very near future" and suggests that such a conference can limit the issues to be decided at trial so as to fit within two days of trial time. Spain agrees that a Preliminary Pretrial Conference would be appropriate at a time when an informed discussion of all parties' positions can be held. However, the time for such a conference to be a productive and efficient use of the time of the Court and the parties is after Odyssey has complied with the Court's Order of October 16, 2008 granting Spain's motion to compel compliance with its Rule 34 request for production of documents and the documents have been reviewed by Spain's counsel, consultants and/or experts[1].

As noted in Spain's Motion to Compel Compliance with its Rule 34 request, document production by Odyssey is necessary to obtain critical information concerning, among other things, the provenance of the artifacts taken from the shipwreck, the provenance and nature of other artifacts taken from or observed by Odyssey at the site, the identity and history of the shipwreck, and Odyssey's April 17, 2008 Answers to the Court's Interrogatories stating that "certain characteristics of the site .... appear to correspond positively with the loss of the *Merchant Royall* . . ." . At the same time, however, Odyssey's Interrogatory Answers state that "We do not think that sufficient evidence exists to state a good faith belief as to the identity of the vessel related to the site."

Spain agrees that a pretrial conference would be appropriate, at the proper time, to define the issues for trial. But a preliminary pretrial conference would more appropriately be held after

---

[1] Once the documents have been produced, Spain's counsel can also determine whether to proceed with the depositions it has noticed.

Odyssey has complied with the Court's Order of October 16 and counsel for Spain has had the opportunity to review the documents.

Respectfully submitted,

s/James A. Goold
James A. Goold
District of Colombia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com

David C. Banker
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
dbanker@bushross.com

Dated: October 20, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, I caused the attached Memorandum In Response To Motion For Preliminary Pretrial Conference to be served on counsel of record for Plaintiff Odyssey Marine Exploration and Plaintiff - Intervenor Keith Bray by filing the aforementioned motion electronically via the Court's CM/ECF system, which will forward copies to all counsel of record.

James A. Goold
District of Colombia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291