IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

**ODYSSEY MARINE EXPLORATION, INC.**,

Plaintiff,

vs.

CASE NO.:  8:06-CV-01685-T-23MAP

**THE UNIDENTIFIED SHIPWRECK VESSEL**,
its apparel, tackle, appurtenances and
cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles

Defendant,
i*n rem*

and

**THE KINGDOM OF SPAIN**,

Claimant,

and

**KEITH BRAY**,

Intervening Plaintiff,

vs.

**ODYSSEY MARINE EXPLORATION, INC**.

Defendant.

_____/

## <u>INTERVENOR, KEITH BRAY'S, MOTION TO EXTEND DISCOVERY DEADLINES</u>

COMES NOW the Intervening Plaintiff, Keith Bray, by and through the

undersigned attorney, and files the following Motion To Extend Discovery Deadlines, and

states the reasons therefore as follows:

1.      Intervenor-Bray filed this action against Defendant-Odyssey for fraudulent inducement, rescission and mutual mistake after Odyssey induced Bray to change his position with regard to payment from the recovery of artifacts from instant wreck site.

2.      The Court is aware of the procedural history of this case.  Intervenor will not repeat it here.  Suffice it to say that the majority of time spent by the parties in this case has not been spent in conducting discovery.  At a pretrial conference held in January, undersigned counsel alluded to the prospect that-- based upon the past history of the case-- completing discovery on or before October 23, 2008 might be very difficult.

3.      Undersigned fears have come to pass and the parties are not near the completion of discovery.  In fact, the most recent history on the case demonstrates the difficulty in the parties exchanging discovery.  (Specifically the Court has just entered an order compelling Odyssey to turn over discovery without objections.)  Odyssey also made objections to the Intervenor's discovery, and it is the position of the Intervenor that Odyssey had waived objections.  (Bray is filing a Motion To Compel)

4.      Pursuant to Local Rule 3.01(g), the undersigned has contacted counsel for the Kingdom of Spain who does not oppose an extension of time for discovery.  The undersigned counsel has contacted counsel-Von Spiegelfed for Odyssey but who is unavailable today and the position of Odyssey is not known today.

5.      The discovery cutoff dates according to the latest Case Management Report are set to expire on or about October 23, 2008. Therefore, the Intervenor is desirous of having the court move back the discovery dates by at least six months.

WHEREFORE, the Intervenor-KEITH BRAY, requests the Court to extend the discovery deadlines by six months, and for any other relief deemed appropriate by the Court.

## MEMORANDUM OF LAW

Fundamentally the court has the ability to govern and control its docket. In the present case much of the time in this action has been spent on procedural issues, rather than discovery itself.  The Intervenor seeks to move the discovery time lines by six months so that actual discovery may be conducted. This motion is not meant for purposes of delay. The Intervenor has not previous he sought an extension of discovery time lines in this case.

## CONCLUSION

For the foregoing reasoning the Court should grant the requested relief and extend discovery time lines.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 23, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  *Allen von Spiegelfeld, Esq.,* Fowler White Boggs Banker P.A., P. O. Box 1438, Tampa, FL 33601; *Melinda J. MacConnell, Esq.*, 5215 West Laurel Street, Tampa, FL 33607; *James A Goold, Esq.*, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington DC 20004; and *David C. Banker, Esq.*, *J. Carter Andersen, Esq.*, *Keith D. Skorewicz, Esq.*, Bush Ross P.A., 220 S. Franklin Street, P.O. Box 3913, Tampa, FL 33601.

Respectfully Submitted,


*Frank D. Butler*
Frank D. Butler, Esquire
Fla. Bar No. 940585
David M. Bulluck, Esquire
Fla. Bar No. 0021476
10550 U.S. Highway 19 North
Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Attorneys for Intervening Plaintiff
fdblawfirm@aol.com