UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | CASE NO.  8:06-CV-1685-SDM-MAP |
| THE UNIDENTIFIED, SHIPWRECKED VESSEL | : | |
| its apparel, tackle, appurtenances and | : | |
| cargo located within center | : | |
| point coordinates: 49º, 25' N, 6 º 00' W; | : | |
| Radius: 5 nautical miles, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| *in rem* | : | |
| | : | |
| and | : | |
| | : | |
| THE KINGDOM OF SPAIN, | : | |
| | : | |
| Claimant. | : | |
| _____/: | | |
| KEITH BRAY, | : | |
| | : | |
| Intervening Plaintiff/Claimant, | : | |
| v. | : | |
| | : | |
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Defendant. | : | |
| _____/: | | |

**Response of Claimant Kingdom of Spain
to Motion to Extend Discovery Deadlines**

Claimant Kingdom of Spain ("Spain") submits this memorandum of partial opposition in

response to Plaintiff-Intervenor Keith Bray's Motion to Extend Discovery Deadlines (Dkt. 129).

Spain has no direct interest in the dispute between Mr. Bray and Odyssey and therefore advised counsel to Mr. Bray that it does not object to Mr. Bray seeking additional time to pursue discovery as to his dispute with Odyssey. Spain does have a direct interest, however, in obtaining compliance from Odyssey with Spain's discovery served on a timely basis in accordance with the October 23 deadline for discovery established by the Case Management and Scheduling Order (Dkt. 119) currently in effect in this case, and avoiding unnecessary delay and expense.

Claimant Spain therefore suggests and requests that, if Plaintiff-Intervenor Bray's motion is granted in whole or in part and the issuance of any post-October 23 discovery requests or demands is permitted, they should be limited to discovery requests served by Mr. Bray (or Odyssey) on each other as to the dispute between Mr. Bray and Odyssey. As to the matters in dispute between Spain and Odyssey, Spain has pending its Rule 34 requests with respect to which a renewed motion to compel compliance has been filed today (Dkt. 129) and has noticed depositions to be conducted upon compliance by Odyssey with the Rule 34 requests. Spain believes that it is entitled to obtain compliance with its timely-served Rule 34 requests, and to conduct previously noticed depositions once the documents have been produced, and that the October 23 deadline now in effect should otherwise remain in place as between Spain and Odyssey. If Spain determines that any further discovery should be initiated once Odyssey has complied with the Court's October 16 Order and/or Spain's renewed motion to compel filed today (Dkt. 129), Spain would agree that it should seek leave of court.

Spain would also agree that, if the Court grants Mr. Bray's motion in whole or in part, the trial date for this case should be adjusted to take the changed schedule into account and have all matters tried at the same time.

Spain would also suggest that the current trial setting (January 5, 2008 trial term) should be delayed in any event in view of Odyssey's failure to comply with Spain's Rule 34 requests and the Court's Order of October 16, 2008 (Dkt. 124). Spain also anticipates that it will likely seek leave to submit a reply to Odyssey's response due November 17, 2008 to Spain's Motion to Dismiss or for Summary Judgment in Related Case 8:07-cv-00614-SDM-MAP (Dkt. 131). If such leave is granted, it would adversely affect the time available to prepare for trial of this case and Spain respectfully suggests that Case 8:07-cv-00614 should be given priority for the reasons set forth in Spain's Motion to Dismiss or for Summary Judgment and Motion to Show Cause (Dkt. 132) in that Case.

Dated: October 24, 2008

      s/James A. Goold
James A. Goold
District of Columbia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com

David C. Banker
Florida Bar 352977
Bush Ross, PA
1801 North Highland Avenue
Tampa, Florida 33602-2656
(813) 244-9255
(813) 223-9620
dbanker@bushross.com

## Certificate of Service

I hereby certify that I caused the above Responses of Claimant Kingdom of Spain to

Motion to Extend Discovery Deadlines to be served on counsel of record for Plaintiff Odyssey

Marine Exploration and Intervening Claimant Keith Bray by filing it with the Court's CM/ECF

system on October 24, 2008.

James A. Goold
District of Columbia Bar 430315
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-5507
Fax: (202) 662-6291
E-mail: jgoold@cov.com
