UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                  CASE NO: 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates 49˚, 25' N, 6˚, 00' W;
Radius: 5 nautical miles,

    Defendant.
    <u>in</u> <u>rem</u>

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

KEITH BRAY,

        Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION,
INC.,

        Defendant.
_____/

## **ORDER**

    The plaintiff's "Motion for Preliminary Pretrial Conference" (Doc. 125) is **DENIED**

**WITHOUT PREJUDICE** to its renewal at a proper time. Particularly in light of

outstanding discovery requests, see Doc. 124, and a forthcoming motion to compel, see Doc. 126 ¶ 2, a pretrial conference for the purpose stated in the motion would be premature.

ORDERED in Tampa, Florida, on October 27, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE