UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

| | | |
|---|---|---|
| ODYSSEY MARINE EXPLORATION, INC. | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | Case No: 8:06-CV-01685-SDM-MAP |
| | : | |
| THE UNIDENTIFIED SHIPWRECKED VESSEL | : | |
| its apparel, tackle, appurtenances and | : | |
| cargo located within center | : | |
| point coordinates: 49° 25' N, 6º 00' W; | : | |
| Radius: 5 nautical miles, | : | |
| | : | |
| Defendant. | : | |
| *in rem* | : | |
| and | : | |
| | : | |
| The Kingdom of Spain, | : | |
| | : | |
| Claimant. | : | |
| _____/ | : | |
| | : | |
| KEITH BRAY, | : | |
| | : | |
| Intervening Plaintiff/Claimant, | : | |
| v. | : | |
| | : | |
| ODYSSEY MARINE EXPLORATION, INC., | : | |
| | : | |
| Defendant. | : | |
| _____/ | | |

**MEMORANDUM IN RESPONSE TO INTERVENING PLAINTIFF**
**KEITH BRAY'S MOTION TO EXTEND DISCOVERY DEADLINES (DKT. 128)**

ODYSSEY MARINE EXPLORATION, INC., does not oppose an extension of time

for discovery in this matter. When contacted by counsel for Mr. Bray, undersigned counsel

agreed to an extension; therefore, undersigned counsel is not sure why this motion was filed. It is respectfully submitted that there seems to be some confusion as to the scope of the trial. In <u>R.M.S. Titanic, Inc. v. Haver</u>, 171 F. 3d 943, 964 (4th Cir. 1999), the Court pointed out that, in order for a Court to award title to property, "the Court must have the res within its jurisdiction." Mr. Goold, on behalf of Spain, has argued repeatedly to the Court that Spain's interest in this wreck site evolves from the belief that it may be the wreck of the sailing vessel MERCHANT ROYALL, which he asserts had property from the Kingdom of Spain in the way of silver coins. (Transcript of June 9, 2008, hearing at page 23) However, there are no silver coins from this wreck within the jurisdiction of this Court. The other issues to be decided by the Court at this trial are Odyssey's rights to continue having salvor-in-possession status as to the site and Mr. Bray's contractual rights or lack thereof as regards Odyssey.

In conclusion, Odyssey Marine Exploration, Inc., by and through its undersigned counsel, do not object to an extension of time for discovery.

               Respectfully submitted,

               s/ Allen von Spiegelfeld
               Allen von Spiegelfeld – FBN 256803
               avonsp@fowlerwhite.com
               Eric C. Thiel – FBN 016267
               ethiel@fowlerwhite.com
               FOWLER WHITE BOGGS BANKER P.A.
               P.O. Box 1438
               Tampa, Florida 33601
               (813) 228-7411
               Facsimile: (813) 229-8313

               -and-

s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL  33607
(813) 876-1776, ext. 2240
Fax:  (813) 830-6609
E-mail:  mmacconnel@shipwreck.net
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 1801 North Highland Avenue, Tampa, Florida 33602-2656, *Attorneys for Claimant, Kingdom of Spain*; and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff*.

    s/ Allen von Spiegelfeld
    Allen von Spiegelfeld – FBN 256803
    avonsp@fowlerwhite.com
    Eric C. Thiel – FBN 016267
    ethiel@fowlerwhite.com
    FOWLER WHITE BOGGS BANKER P.A.
    P.O. Box 1438
    Tampa, Florida 33601
    (813) 228-7411
    Facsimile: (813) 229-8313

    s/ Melinda J. MacConnel
    Melinda J. MacConnel – FBN 871151
    Odyssey Marine Exploration, Inc.
    5215 West Laurel Street
    Tampa, FL 33607
    (813) 876-1776, ext. 2240
    Fax: (813) 830-6609
    E-mail: mmacconnel@shipwreck.net
    Attorneys for Plaintiff