UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


ODYSSEY MARINE EXPLORATION, INC.,

                Plaintiff,

v.                                       Case No. 8:06-cv-1685-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

                Defendant.
                *in rem*

and

THE KINGDOM OF SPAIN,

                Claimant.
_____/

KEITH BRAY,

                Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

                Defendant.
_____/


## **<u>ORDER</u>**

This cause is before the Court on Claimant Kingdom of Spain's motion to compel

compliance with court order directing compliance with Rule 34 request and for Rule 37 sanctions (doc. 129).

On October 7, 2008, Spain moved for an order compelling Odyssey to comply with its Rule 34 request for production of documents. On October 16, 2008, the Court granted Spain's motion and ruled that by "failing to file a timely response Odyssey has waived any objections it may have had to Claimant's Rule 34 request." (Doc. 121) The Court further ruled that Odyssey was required to respond to Spain's Rule 34 request by October 20, 2008. In its October 20 response to the request for documents, Odyssey asserted, *inter alia*, privilege and trade secret objections. Spain now seeks an order compelling full production from Odyssey and imposing sanctions on Odyssey for its failure to comply with the Court's October 16, 2008 Order. Spain's motion is well taken.

Once this Court has issued an order compelling discovery, "unexcused failure to comply with such an order is treated by the Court with special gravity and disfavor." Middle District Discovery (2001) at I.E.3. Odyssey is to respond to Spain's Rule 34 requests (including emails and documents stored in any other form) as required by this Court's October 16 Order on or before November 6, 2008.

Finally, the Court must address the issue of what sanctions are appropriate here. During the April 17, 2008, telephone conference in this case, the Court informed the parties it would not hesitate to award sanctions for discovery violations if necessitated by a party's misconduct. Odyssey's disregard of this Court's discovery order necessitates such an award. Per Rule 37(b)(2), Spain is entitled to the full amount of attorneys fees it incurred in filing the instant motion to compel.

Based on the foregoing, it is hereby

ORDERED:

1.   Kingdom of Spain's motion to compel compliance with court order directing
     compliance with Rule 34 request and for Rule 37 sanctions (doc. 129) is
     GRANTED;

2.    Odyssey must respond to Spain's Rule 34 requests (including emails and
     documents stored in any other form) as required by this Court's October 16 Order
     on or before November 6, 2008; and

3.   Odyssey must compensate Spain in the full amount of attorneys fees incurred by
     Spain in filing the instant motion to compel.

IT IS SO ORDERED at Tampa, Florida on October 31, 2008.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record