UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,                               CIVIL ACTION

       v.

                                      Case No: 8:06-CV-01685-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
And cargo located within center point
Coordinates:     49° 25' N, 6º 00' W;
Radius: 5 nautical miles

    Defendant.
    *in rem*

THE KINGDOM OF SPAIN,

    Claimant.
_____/

KEITH BRAY,

       Intervening Plaintiff/Claimant,
       v.

ODYSSEY MARINE EXPLORATION, INC.,

       Defendant.
_____/

**NOTICE CONCERNING COUNSEL FOR ODYSSEY MARINE EXPLORATION, INC.**

COME NOW counsel for Odyssey Marine Exploration, Inc., Allen von Spiegelfeld and Eric Thiel, and hereby provide notice to the Court they are now with the law firm of Banker Lopez Gassler P.A., 501 E. Kennedy Blvd., Suite 1500, Tampa, FL 33602, Phone 813-221-1500, Facsimile 813-222-3066, and request that copies of all future pleadings, orders, etc. be served upon them in accordance with Rule 5 of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        s/_____
        Allen von Spiegelfeld – FBN 256803
        avonsp@bankerlopez.com
        Eric C. Thiel – FBN 016267
        ethiel@bankerlopez.com
        BANKER LOPEZ GASSLER P.A.
        501 E. KENNEDY BLVD.
        SUITE 1500
        (813) 221-1500
        Facsimile: (813) 222-3066

        s/ Melinda J. MacConnel
        Melinda J. MacConnel – FBN 871151
        Odyssey Marine Exploration, Inc.
        5215 West Laurel Street
        Tampa, FL  33607
        (813) 876-1776, ext. 2240
        Fax: (813) 830-6609
        E-mail: mmacconnel@shipwreck.net

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain,* and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 E. KENNEDY BLVD.
SUITE 1500
(813) 221-1500
Facsimile: (813) 222-3066


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff