UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**
=================================================================================

CASE NO.  8: 06-cv-1685                         DATE   11/26/08

TITLE       Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels.
TIME   11:38 a.m.- 11:57 a.m.                  TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Allison Goodman Gold

Court Reporter:            N/A

=================================================================================
Attorney(s) for Plaintiff:                              Attorney(s) for Claimant Spain:
   Allen Von Spiegelfeld, via telephone                    James Goold, via telephone

Attorney for Intervenor Keith Bray:
    Frank Butler, via telephone

PROCEEDINGS:        Telephone Conference re: need for PTC on 12/1/08


Parties informed the Court as to where they are in discovery and additional informal discovery they may be conducting.

Court will cancel pretrial conference scheduled for 12/1/08 and will hold a status conference on 1/8/09 at 1:30 pm.  Court went over its basic policy that the Court will get involved in discovery issues if those issues arose before the close of formal discovery.  Although the parties may agree to informal discovery, they do so at their own peril.  The Court generally will not get involved.  The parties can discuss at the 1/8/09 status conference whether this case should be an exception.