UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                           Case No. 8:06-cv-1685-MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

        Defendant.
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

KEITH BRAY,

        Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

        Defendant.
_____/

### **NOTICE OF HEARING**

    PLEASE TAKE NOTICE that the pre-trial conference in the above-styled cause scheduled for December 1, 2008, at 10:00 a.m. is cancelled and a status conference is scheduled for the date, place, and time set forth below. Please govern yourselves accordingly.

    DATE:        January 8, 2009

TIME: 1:30 p.m.

PLACE: Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602

TYPE OF
HEARING: Status conference

 /s/ Allison Goodman Gold
Allison Goodman Gold
Law Clerk to Honorable Mark A. Pizzo
(813) 301-5011


cc: Counsel of Record