UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL
==============================================================================

CASE NO.  8:06-cv-1685-T-23MAP					DATE  1/8/09

TITLE   Odyssey Marine Exploration v. The Unidentified Shipwrecked Vessel or Vessels et al.
TIME   1:36 p.m.- 2:38p.m.				TAPE   digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Allison Goodman Gold

Court Reporter:          Linda Starr

==============================================================================
Attorney(s) for Plaintiff Odyssey:			Allen K. Von. Spiegelfeld and Melinda MacConnel
Attorney(s) for Claimant Spain:			James Goold and David Banker
Attorney(s) for Intervenor-Plaintiff Bray:		Frank D. Butler

PROCEEDINGS:		Status Conference

The parties were heard on the status of the case.

Odyssey asks the Court to adjudicate its rights to the res already salvaged.