UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION,
INC.,

    Plaintiff,

v.                                  CASE NO: 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates 49˚, 25' N, 6˚, 00' W;
Radius: 5 nautical miles,

    Defendant.
    in rem
and

THE KINGDOM OF SPAIN,

              Claimant.
_____/

KEITH BRAY,

              Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION,
INC.,

              Defendant.
_____/

**ORDER**

    Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's "Motion to Bifurcate

Claims of Spain from Claim of Claimant Keith Bray" (Doc. 145) is **REFERRED** to United States Magistrate Judge Mark A. Pizzo for disposition.

ORDERED in Tampa, Florida, on May 1, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE