UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

        Plaintiff,

v.                                                                         Case No. 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

        Defendant.
        *in rem*

and

THE KINGDOM OF SPAIN,

        Claimant.
_____/

KEITH BRAY,

        Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

        Defendant.
_____/

### **NOTICE OF HEARING**

      PLEASE TAKE NOTICE that a hearing in the above-styled cause is scheduled for the date, place, and time set forth below. Counsel are to appear in person. Please govern yourselves accordingly.

      DATE:        June 23, 2009

| | |
|---|---|
| TIME: | 2:00 p.m. |
| PLACE: | Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602 |
| TYPE OF HEARING: | Hearing on Plaintiff's motion to bifurcate (doc. 145) and Status Conference |

      /s/ Allison Goodman Gold
Allison Goodman Gold
Law Clerk to Honorable Mark A. Pizzo
(813) 301-5011

cc: Counsel of Record