UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,                            CIVIL ACTION

    v.

                                  Case No: 8:06-CV-01685-SDM-MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
And cargo located within centerpoint
Coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles

    Defendant.
    *in rem*

THE KINGDOM OF SPAIN,

    Claimant.
_____/

KEITH BRAY,

    Intervening Plaintiff/Claimant,
    v.

ODYSSEY MARINE EXPLORATION, INC.,

    Defendant.
_____

**NOTICE OF APPEARANCE OF COUNSEL**

David F. Pope of Banker Lopez Gassler P.A. 501 E. Kennedy Blvd., Suite 1500, Tampa, Florida 33602, Telephone Number 813-221-1500, Facsimile No. 813-222-3066, hereby gives notice of his appearance as counsel for Odyssey Marine Exploration, Inc., Plaintiff, and requests that copies of all pleadings, orders, etc. be served upon him in accordance with Rule 5(b), Federal Rules of Civil Procedure.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

David F. Pope
Florida Bar No. 0164452
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1500
Tampa, Florida 33602
813-221-1500 - Telephone
813-222-3066 – Facsimile
dpope@bankerlopez.com
Attorneys for Odyssey Marine Exploration, Inc.