UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL
================================================================================

CASE NO. 8: 06-cv-1685-T-23MAP          DATE 6/23/09

TITLE    Odyssey Marine Exploration, Inc. v. The Unidentified, Shipwrecked Vessel or Vessels.
TIME  2:03p.m.- 2:26 p.m.          TAPE  digital

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy: Allison Goodman Gold

Court Reporter:       Sandra Lee

================================================================================

Attorney(s) for Plaintiff Odyssey:     Melinda MacConnel and David Pope

Attorney(s) for Claimant Spain:        James Goold and David Banker

Attorney for Intervenor Keith Bray:    Frank Butler

PROCEEDINGS:    Hearing on Odyssey's motion to bifurcate claims of Spain from claim of Claimant, Keith Bray (doc. 145) and Status Conference

*Odyssey informed Court as to the status of its operations at the site.

*The Court will hold a status conference on November 9, 2009, at 1:30 p.m. Odyssey is to provide a report to the Court on or before November 6, 2009, as to the status of its investigation of the site, whether it plans to return to the site, and an inventory of what has been recovered.

*The Court will at this stage deny without prejudice Odyssey's motion to bifurcate.

*Written Order to follow.