UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

       Plaintiff,

v.                                                                                      Case No. 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
and cargo located within center point
coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

       Defendant.
       *in rem*

and

THE KINGDOM OF SPAIN,

       Claimant.
_____/

KEITH BRAY,

       Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

       Defendant.
_____/

## **NOTICE OF HEARING**

    PLEASE TAKE NOTICE that a hearing in the above-styled cause is scheduled for the date, place, and time set forth below. Counsel are to appear in person. Please govern yourselves accordingly.

    DATE:       November 9, 2009

| | |
|---|---|
| TIME: | 1:30 p.m. |
| PLACE: | Sam Gibbons United States Courthouse, 801 N. Florida Avenue, Courtroom 11B, Tampa, FL 33602 |
| TYPE OF HEARING: | Status Conference |

/s/ Allison Goodman Gold
Allison Goodman Gold
Law Clerk to Honorable Mark A. Pizzo
(813) 301-5011

cc: Counsel of Record