UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

       Plaintiff,

v.                                       CASE NO.: 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED SHIPWRECKED
VESSEL OR VESSELS, their apparel,
tackle, appurtenances and cargo located
within center point coordinates:  49°, 25'
N, 6°, 00' W; Radius: 5 nautical miles,

       Defendant,
       *in rem*

and

THE KINGDOM OF SPAIN,

       Claimant.
_____/

KEITH BRAY,

       Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

       Defendant.
_____/

## **ORDER**

      This cause was before the Court today for a hearing on Plaintiff Odyssey's motion to bifurcate claims of Spain from claim of Claimant, Keith Bray (doc. 145), and for a status conference.  For the reasons stated at the hearing, it is hereby

ORDERED:

1.  Plaintiff Odyssey's motion to bifurcate claims of Spain from claim of Claimant, Keith Bray (doc. 145) is DENIED WITHOUT PREJUDICE;

2.  The parties are to appear before the Court for a status conference on November 9, 2009, at 1:30 p.m. in Courtroom 11B; and

3.  On or before November 6, 2009, Odyssey is to file a brief report informing the Court of the status of Odyssey's investigation of the *res*, including whether it plans to return to the site of the *res*, and providing an inventory of the items Odyssey has recovered from the site of the *res*.

DONE and ORDERED at Tampa, Florida on June 23, 2009.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE