IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE No. 8:06 CV 1685 T 23 MAP


ODYSSEY MARINE EXPLORATION, INC.


            Plaintiff,
v.                                June 23, 2009
                                  2:00 p.m.

THE UNIDENTIFIED, SHIPWRECKED
VESSEL OR VESSELS

            Defendant.
_____/



TRANSCRIPT OF MOTION TO BIFURCATE AND STATUS
CONFERENCE
BEFORE THE HONORABLE MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:      MELINDA MACCONNEL
                        Odyssey Marine Exploration,
                        Inc.
                        5215 West Laurel Street
                        Tampa, FL 33607

                        DAVID POPE
                        Baker Lopez
                        501 East Kennedy Blvd.
                        Tampa, FL  33602

For the
Intervenor Plaintiff:   FRANK BUTLER
                        10550 US Hwy 19 N
                        Pinellas Park, FL  33782

For the Defendant:      JAMES GOOLD
                        Covington & Burling
                        1201 Pennsylvania Avenue NW
                        Washington, DC  20004

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

DAVID BANKER
Bush Ross
1801 North Highland Avenue
Tampa, FL  33601


Reported By:        Sandra K. Lee, RPR
                    Official Court Reporter
                    U.S. District Court
                    801 North Florida Avenue
                    Tampa, FL 33602
                    (813) 301-5699

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

1           P R O C E E D I N G

2           THE COURT:  Good afternoon.  We have a

3   status hearing today in the case of United States

4   --  I have been doing so many guilty pleas that

5   I'm --  which I have two at 4 o'clock so --  this

6   is Odyssey Marine Exploration, Inc., plaintiff,

7   versus the Unidentified Shipwrecked Vessel.  Case

8   06 Civil 1685 T 23 MAP.

9           Will counsel please announce their

10  appearances.

11          MS. MACCONNEL:  Melinda MacConnel with

12  Odyssey.  Also David Pope from Allen Spiegelfeld's

13  office here today.

14          THE COURT:  Good to see you again, Mr.

15  Pope, Miss MacConnel.

16          MR. BUTLER:  For the intervenor Keith

17  Bray, Frank Butler.

18          THE COURT:  Thank you, Mr. Butler.

19          MR. GOOLD:  Jim Goold and David Banker,

20  if you don't mind, for Spain.

21          THE COURT:  I was reading again the

22  transcript that -- it's hard to believe that

23  almost -- well, it's over a year ago that we had

24  our June 9, 2008.  And since the deadlines have

25  since passed with respect to the case management

order, and this case is just kind of floundering
around a little bit.  I thought I'd have a status
conference and see where we are.

Miss MacConnel, at the time of the
status conference last year Mr. Von Spiegelfeld
represented that the vessel was, I think at the
time, either onsite or coming back from that site
or that was the information that he had.

And I don't know whether it's been back
or whether Odyssey has more information or whether
the parties have different theories so if we could
discuss that and see where we are and --  and I
apologize in advance for the rumbling in the
building, but there's construction going on in the
12th floor I think directly above us.  So --  if
you hear some weird noises, that's what it is.

MS. MACCONNEL:  Okay.  We were back last
year, Your Honor.  In fact we have been back just
recently about a month ago.  We still do not have
an identification of the site, however, we did
locate some cannons on there.

We have some equipment problems right
now.  We can't do some heavy lifting.  We brought
our vessels back in for repairs.  They will go
back out and in an attempt to recover one or two

1    of the cannons to try to date those and identify

2    the wreck.  We don't have a lot more clarity but

3    we are proceeding with the efforts on the site.

4              THE COURT:  The theory at the time --

5    well, the theory was that this hopefully was the

6    Merchant Royal, but nobody could even, I think,

7    suggest with any accuracy that was the situation.

8              But Mr. Goold had mentioned that it

9    looked like this site had been scavenged before.

10   Is there anything to believe that this area might

11   be an amalgamation of wrecks or that it's probably

12   one wreck or do we even know at this point?

13             MS. MACCONNEL:  We don't know.  We don't

14   know.  That's all I can say.  I'm hoping when we

15   pull the cannon up and we're able to date that and

16   narrow it down -- it would be great if we could

17   confirm that it's the Merchant Royal.  Or even if

18   it weren't.

19             But right now, no, Your Honor, we have

20   no more evidence regarding the identity of the

21   wreck there.

22             THE COURT:  There was also some

23   discussion at last year's conference that Odyssey

24   from, I guess, a business standpoint would maybe

25   wrap this up in a couple years.  That they'd do it

1    in one or two years, and then call it quits.

2          Given that we're one year further along

3    in the process, has Odyssey made any determination

4    as to what it's future efforts will be?

5          MS. MACCONNEL:  No.  We are hopeful

6    again that we can either confirm that it is or

7    confirm that it isn't the Merchant Royal, and then

8    make a decision based upon that information.  We

9    are hoping that will be within the next month or

10   so, and we can make some decisions what it is we

11   want to do with the site.

12         THE COURT:  Do you have any idea whether

13   you are going to be going back to the site and, if

14   so, what the time frame might be?

15         MS. MACCONNEL:  We're going back in

16   about a month, maybe even sooner, about three

17   weeks, as I say, to try to lift the cannon once

18   our equipment is repaired.

19         THE COURT:  Okay.

20         MS. MACCONNEL:  And then after that

21   depending on what we find, I can't really say what

22   we'll be doing after that.

23         THE COURT:  This case unlike the

24   previous case where there was a notice sent out

25   identifying or advising potential claimants to

1    file their claims, that hasn't been done here.

2              MS. MACCONNEL:  Yes, it has, Your Honor.

3    We sent notice out.

4              THE COURT:  You have?  I missed that.

5              MS. MACCONNEL:  It was probably in the

6    London Times, and I'm guessing probably about two

7    years ago.

8              THE COURT:  Okay.  I know there's an

9    outstanding motion to bifurcate.  And let me put

10   that aside for just a moment and let me ask you

11   with respect to the identification of the vessel,

12   is there anything that you want to add or --

13             MS. MACCONNEL:  There isn't, Your Honor.

14   As I said, I wish I had more information, but we

15   don't and we are hopeful we will have information

16   very soon.

17             THE COURT:  Have any more artifacts been

18   recovered from what were originally recovered?

19             MS. MACCONNEL:  No, Your Honor.

20             THE COURT: Okay.

21             MS. MACCONNEL:  I should say not that

22   I'm aware of.  I will look into that, but I would

23   think that I would know if there had been.

24             THE COURT:  Mr. Goold?

25             MR. GOOLD:  Uhm, we do have a status

1    conference or whatever it's called -- I don't

2    remember -- in January where we talked about, and

3    I haven't seen a transcript of it --

4           THE COURT:  The one I'm reading -- I

5    have read is the June 8th one.

6           MR. GOOLD:  But then if you don't mind

7    my refreshing your recollection.

8           THE COURT:  No.  Please, listen, senior

9    moments are coming more and more.

10          MR. GOOLD:  They're all the time for me.

11    So at that time I thought we had a deal or more or

12    less a deal, a joint proposal --

13          THE COURT: Now, you refresh my

14    recollection as to the Alabama experience.

15          MR. GOOLD:  That's right.  And I brought

16    copies of the orders again from the Alabama case

17    that I previous provided.

18          THE COURT:  And that was a matter that I

19    had on my check list to discuss with you as to

20    what would be the merits of doing that at this

21    stage.

22          MR. GOOLD:  I'm guess I'm not sure in

23    light of what's just been discussed.  Maybe -- I'm

24    not going to tell the Court how to run itself, but

25    maybe a status conference three months from now or

1  six months from now for an update would be a more

2  efficient way of dealing with that leaving aside

3  the bifurcation question in which I don't really

4  have a direct --

5          THE COURT:  You don't have a dog in that

6  fight.

7          MR. GOOLD:  I don't have a dog at all,

8  nor one in that one.  As to the identity of the

9  site, the only thing I would add what I see on

10  T.V. suggests there was doubt on Odyssey's part

11  about the identify of the site.

12          I don't believe everything on T.V.   It

13  was supposed to be a reality T.V. show, though,

14  and they were intending to go back and look.

15          The notice suspense from last season was

16  stay tuned for the coming season, as the search --

17          THE COURT: I may have missed that

18  episode.  I saw some that were quite entertaining,

19  though, I must add.

20          MR. GOOLD:  Well, to each his own.  But

21  to -- leaving aside the bifurcation, it would seem

22  to me sensible from my point of view to roll over

23  for whether it's three months or six months --  I

24  don't know -- for another status conference and/or

25  give Odyssey the option to submit a report in

1    advance if that's a more efficient way.

2              MS. MACCONNEL:  Your Honor, we are

3    planning on submitting a report at the close of

4    the season.  Regardless of what happens we'll

5    submit a report with the Court.

6              THE COURT:  When you say "season," what

7    is your season?

8              MS. MACCONNEL:  June generally in that

9    area would end probably beginning of October.

10             THE COURT: Weather --  weather after

11   October makes it prohibitive?

12             MS. MACCONNEL:  Right, exactly.  I don't

13   have any objection to postponing any hearings or

14   status conferences until after that, of course,

15   and we do have the bifurcation issue and we can

16   address that.

17             THE COURT:  All right.  Has there been

18   any --  I had mentioned a June 8th hearing which I

19   still think has some appeal to it, and perhaps you

20   can't engage in discussions until you figure out

21   what's there and who it might --  what it might be

22   --  but has there been any thought more to

23   mediation?

24             MS. MACCONNEL:  We haven't discussed it.

25             MR. GOOLD:  Nope.  No, we haven't

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1   discussed it and I don't know where it would lead

2   or what it would be about.  The one thing I would

3   mention -- by the way just as filling in blanks

4   over time was, if your focusing on June as the

5   last of these transcripts, I think it was October

6   Spain prepared and provided Odyssey and the others

7   an expert report, a --  I love academia -- a man

8   who's world is 17th Century, the finances of the

9   17th Century Spanish monarchy -- I won't say

10  definitive but you are talking 17th Century, that

11  the ship, the Merchant Royal, which at other times

12  or some times was also the San Jorge under the

13  Spanish flag depending on who knows what, was in

14  Cadiz, Spain, served at times as a troop transport

15  for Spain.

16          They were carrying cannons and other

17  times appears to have done things like smuggle

18  French lingerie, various service --

19          THE COURT:  Eclectic vessel.

20          MR. GOOLD:  Eclectic vessel, and I'm

21  sure an eclectic crew.  I'll call it an a very

22  high likelihood, near certainty, that it was

23  sitting in Cadiz, Spain, into the late -- into the

24  season in about October when the danger months

25  begin as Miss MacConnel has referred to, waiting

1    for clearance to take a lot of the king's money

2    Spanish king's money to Flanders to support an

3    army that was defending the faith.

4            But whether this particular shipwreck is

5    the Merchant Royal is from what I have seen as

6    well unclear at best.

7            Do we have any sense of what the size of

8    debris field is?  Or whether it's homogenized

9    debris field?

10           MR. GOOLD:  I'll say, and they can

11   correct me if I'm wrong, everything suggests a

12   very coherent vessel with an a well-defined hall

13   from which there has been some scatter in the

14   sinking or from fishing nets dragging things away

15   some distance.

16           But it is not like, for example, the

17   Mercedes.  There's a hull.  Everything suggests

18   this ship sank in a storm or something intact and

19   there's a definable outline of a hull within which

20   cannons lie, not all of cannons lie within it.

21           And my advice I received is that there

22   are always signs and I've seen statements by

23   others claiming they have looked at the site

24   before odyssey.  What the significance of that is

25   in the long run, I can't say.

1          THE COURT:  And refresh my recollection

2     -- if I have read it, I have forgotten it.  But

3     what is the depth of the wreck approximately?

4          MS. MACCONNEL:  I don't recall.  About

5     300 meters.  Does that sound about right?

6          MR. GOOLD:  I have a feeling it's more

7     like a hundred meters, which would be 300 feet.

8          MS. MACCONNEL:  I think it's deeper than

9     that.

10          MR. GOOLD:  Neither of us want to be

11     under oath about that.

12          MS. MACCONNEL:  Right.  I don't recall.

13          THE COURT:  Going out to the --  to the

14     motion to bifurcate, frankly it doesn't make much

15     sense to bifurcate it if we're going to have a

16     status conference, say, in October to see where we

17     are.

18          MS. MACCONNEL:  Your Honor, with respect

19     to the motion to bifurcate with respect to Keith

20     Bray's claim, regardless of what site --

21     regardless of what vessel is at this particular

22     site, Mr. Bray's claim is as to the Merchant Royal

23     regardless of where it is.  So if we could move

24     forward --

25          THE COURT:  But you're not --  that case

1    is dependent upon the identification of the wreck

2    being the Merchant Royal.  If we're not going to

3    have any --  we don't know now --

4             MS. MACCONNEL:  But Mr. Bray could get a

5    judgment -- assuming everything Mr. Bray alleges

6    is correct, he could get a judgment for the

7    percentage of the Merchant Royal and have that --

8             THE COURT:  That's going to require

9    judicial work in coming to a judgment, having

10   potentially a bench trial.  I didn't look at the

11   complaint to see whether it's a jury trial.

12            Why would a judge want to invest

13   24 hours or 48 hours of court time on trying a

14   matter where we don't even know if that's --

15            MS. MACCONNEL:  You may not want to do

16   that, Your Honor, but, I mean, if this could be a

17   state court case -- if he had chosen to attach it

18   here -- or federal court case because he alleges

19   that it may be related to this particular site.

20            THE COURT:  Mr. Butler, do you have any

21   position on this?

22            MR. BUTLER:  Your Honor, I have a

23   question as the Court does as well, what would we

24   be accomplishing.  If we move forward in discovery

25   -- we're prepared to go forward in discovery.

1   We'd like to go forward in discovery.

2   But I think ultimately the outcome of

3   Mr. Bray's case depends on identification of the

4   ship, and I wonder what would happen if we come

5   back in October and these two parties Odyssey and

6   Bray have moved forward with discovery and we

7   still don't have a clear answer what the vessel

8   is.

9   I think Mr. Bray agrees if this ship is

10  not the Merchant Royal, he is not entitled to

11  anything.

12  For instance, if they used this

13  information and found this wreck, and it turns out

14  on be artifacts there, I don't think he's making a

15  claim that he would be entitled to something.

16  I would want to talk more with him about

17  that, but it seems to me so much of this is tied

18  up into the identity of the wreck.

19  And at some point what we had talked

20  about, I don't have a general negative view of

21  proceeding forward with discovery and bifurcating

22  this case; we want to move forward and we want to

23  find out --  get an adjudication here.

24  But I agree with your views, Your Honor,

25  that it seems we could be having a separate trial

1    and you may end up with two trials in this case.

2    So we're prepared to go forward.  We leave it in

3    the Judge's hands.  We agreed with Odyssey we are

4    prepared to go forward.  We even suggested if we

5    had about six months of discovery that would be

6    sufficient for our purposes here in the Bray camp.

7         But if at the end of October we still

8    aren't going to be identifying the vessel, I still

9    think that would be a real problem.

10         In our response we indicated that we did

11   not want to limit our discovery just to an

12   examination of a deposition of Mr. Bray and a

13   deposition of Mr. Stem [phonetic] because part of

14   the problem is here that it's a possibility that,

15   and it's certainly our allegations in the

16   complaint that they used this gentleman's

17   information and they found something there.

18         We believe it's the Merchant Royal, and

19   I believe the earlier indications in the status

20   conferences that it may be -- may well be the

21   Merchant Royal.

22         So our problem is that for Bray provides

23   this information and they come to -- we haven't

24   found anything; we want to buy you out because we

25   haven't found anything.  And then pretty shortly

1    after that they file this lawsuit to arrest that

2    site.  That's the problem.

3            If it's not the Merchant Royal, okay.

4    But if it is the Merchant Royal, we feel like

5    we've got a pretty strong claim.  It's so tied up

6    in identifying the vessel.

7            THE COURT:  All right.  Mr. Goold?

8            MR. GOOLD:  Maybe I should keep my mouth

9    shut, but I'll mention this.  Which probably says

10   I should keep my mouth shut.  But there's a couple

11   scenarios here.

12           One is this particular ship turns out to

13   be or not to be the Merchant Royal.  Going on what

14   I saw on T.V. the other is, okay, Odyssey is

15   looking, and I know they are, all around that area

16   because if this one isn't the Merchant Royal,

17   maybe it's a mile or two off in a different

18   direction or whatever.

19           So it's not --  it's not a complete

20   either/or situation vis-a-vis there's an added

21   dimension to it.  Let me put it that way.

22           THE COURT:  Well, I think given that

23   Odyssey will close this year's investigation by

24   October, and I take it the beginning of October?

25           MS. MACCONNEL:  Unless the weather is

SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER

1    going and we can continue going through October.

2                THE COURT:  I was --  is it wise to

3    schedule another status conference, say,

4    October 26th or should we go into November?

5                MS. MACCONNEL:  If we want to be safe,

6    we could go into the beginning of November.

7                THE COURT:  How about November 9th?

8                MS. MACCONNEL:  Monday, November 9th.

9                THE COURT: Yes.  At 1:30?

10               MS. MACCONNEL:  At 1:30.

11               THE COURT:  And how about we do this,

12   too.  Why doesn't Odyssey issue some brief

13   report --

14               MS. MACCONNEL:  Sure.

15               THE COURT:  -- to the Court as to status

16   of its investigation and I think perhaps some

17   inventory of the items recovered.

18               MS. MACCONNEL:  We'll have that to the

19   Court and to the parties by Friday before the

20   status conference?

21               THE COURT:  That's fine.  That's fine.

22   That would be the 6th.

23               And the --  be prepared to let us know

24   whether you intend to go back.

25               MS. MACCONNEL:  Sure, that's fine, Your

1    Honor.  Thank you.

2            THE COURT:  And I'm going to deny

3    without prejudice the motion to bifurcate at least

4    at this stage finding that given the status of the

5    --  or the lack of any identity of the vessel at

6    this point, bifurcating the case at this stage

7    would be unwise and a waste of judicial resources,

8    I think.

9            Is there anything else that we need to

10   discuss in connection with this matter?  All

11   right.  Thank you very much.

12           MS. MACCONNEL:  Thank you, Your Honor.

13           THE COURT:  Thank you.

14               (Proceedings adjourned.)

15           I CERTIFY that the foregoing is a true

16   and transcription of my stenographic notes.

17   Dated:  06/28/2009.

18

19                 ___s/ Sandra K. Lee_____
                      SANDRA K. LEE, RPR
20                    Official Court Reporter

21

22

23

24

25


SANDRA K. LEE, RPR  OFFICIAL UNITED STATES COURT REPORTER