UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.

    Plaintiff,

v.

THE UNIDENTIFIED SHIPWRECKED
VESSEL, its apparel, tackle, appurtenances
And cargo located within centerpoint
Coordinates: 49° 25' N, 6° 00' W;
Radius: 5 nautical miles,

    Defendant.
    *in rem*

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

KEITH BRAY,

    Intervening Plaintiff/Claimant,
    v.

ODYSSEY MARINE EXPLORATION, INC.,

    Defendant.
_____/

CIVIL ACTION

Case No: 8:06-CV-01685-SDM-MAP

## STATUS REPORT RE UNIDENTIFIED SHIPWRECK

Pursuant to the Clerk's Minutes Docket No. 150, the Plaintiff, Odyssey Marine Exploration, Inc., by and through its undersigned counsel, submits this status report as to the activities at the site that is at issue in this case.

As was stated at the Status Conference held on June 23, 2009, Odyssey Marine Exploration, Inc. returned to the site in late May 2009 (Status Conference transcript, June 23, 2009 at 4:17). At that time, Odyssey was hopeful of recovering further diagnostic artifacts that could assist with the identification of the vessel at the site. Technical issues prevented recovering any cannon at that time however, and tentative plans were made to return to the site once more appropriate equipment was available.

During the May 2009 expedition, Odyssey used new technology to locate additional artifacts, including nine additional cannons, however, none of these artifacts could be dated *in situ* or otherwise diagnosed. These items were carefully examined, measured and photographed *in situ* for further analysis. No artifacts were retrieved during this expedition.

Following careful analysis of the various data gathered during the expedition, it was determined that recovery of a cannon would not provide reliable evidence regarding the identity of a vessel, beyond evidence already obtained through other recovered artifacts. It was determined that the cannon on the site would not have been identifiably unique, they were very poorly preserved, and some of the cannon appeared to have been carried as cargo. Furthermore, the fragility of the cannon demonstrated that at least one of said cannon had been broken *in situ* by apparent fishing activities since Odyssey's previous expedition to the site in 2008.

Attached hereto is Exhibit "A", which is a complete report of everything that has been found at Site 35F. The report demonstrates that the identity and origin of the vessel associated with Site 35F cannot be confirmed at this time.

At this time, it is not known whether Odyssey will return to the site, however, there are no immediate plans to return to said site.

Date: November 6, 2009.

Respectfully submitted,

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Blvd., Suite 1500
Tampa, Florida 33602
(813) 221-1500
Facsimile: (813) 222-3066


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
mmacconnel@shipwreck.net
ODYSSEY MARINE EXPLORATION, INC.
5215 West Laurel Street
Tampa, Florida 33607
(813) 876-1776, ext 2240
Facsimile: (813) 830-6609

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross PA, 220 S. Franklin Street, P.O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain*, and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff*.

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@bankerlopez.com
BANKER LOPEZ GASSLER P.A.
501 East Kennedy Blvd., Suite 1500
Tampa, Florida 33602
(813) 221-1500
Facsimile: (813) 222-3066


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
mmacconnel@shipwreck.net
ODYSSEY MARINE EXPLORATION, INC.
5215 West Laurel Street
Tampa, Florida 33607
(813) 876-1776, ext 2240
Facsimile: (813) 830-6609

Attorneys for Plaintiff