# EXHIBIT A



# Odyssey Marine Exploration's Site 35F:
# An Armed Merchant Vessel in the
# Western Approaches to the English Channel

## 1. Introduction

Since 2005 Odyssey Marine Exploration has been conducting a program of offshore archaeological surveys in the Western Approaches to southwestern England and in the western English Channel using side-scan sonar, magnetometry and Remotely-Operated Vehicle reconnaissance. Up to October 2008, the Atlas Survey Shipwreck Project discovered 267 shipwrecks in depths of up to 190m across an area of 4,725 square nautical miles. The program is the most extensive deep-sea shipwreck survey ever conducted in Europe.

In 2005, shipwreck site T7a35f-5 was identified in about 110m of water in the Western Approaches, beyond the territorial waters and contiguous zones of England, France and Ireland. A side-scan image revealed an anomaly composed of linear, cannon-like features and, disturbingly, parallel-sided furrows running directly through it, evidence of impacts from the offshore fishing industry (Fig. 1). Visual ROV confirmation demonstrated that the site has been profoundly damaged, with hull remains, cannon and cargo severely broken up, scattered and destroyed. Less than an estimated 2% of the lower hull beneath the turn of the bilge survives, largely in areas where structural remains are pinned down by cannon or in a few cases are still inter-connected to the heavily eroded keel. The cargo is almost completely scattered and destroyed.

As a consequence, between 16 August and 11 October 2006 Odyssey initiated a 22-day survey and selective excavation of the wreck from the 76m-long, 1,431 gross-ton research support vessel M/V *Odyssey Explorer* using the Remotely Operated Vehicle (ROV) Zeus. The interlocking objectives of the project included:

A. To produce a site photomosaic (Fig. 8).
B. To generate a site plan (Fig. 9).
C. To characterize the wreck's site formation and cargo composition (Fig. 10).
D. To recover select artifacts for study, leading to site dating and interpretation.
E. To determine the types of impacts and level of risk to which the wreck has been and continues to be subjected.

A selection of 58 diagnostic artifacts from ballast to patches of lead hull sheathing, cannonballs and *manilla* copper bracelets were recovered from the site. This limited assemblage derives almost exclusively from the southern half of the wreck, identified as the bows (see Section 4 below and Fig. 10). The project produced provisional evidence to interpret the site as an armed merchant vessel most probably dating to the 17th century and transporting a rare consignment of elephant tusks – the most Western example of this form of shipwreck discovered to date – and possibly iron cannon stowed as ballast and/or

freight. Both the tusks and *manilla* bracelets, of a form used as primitive currency, suggest a sphere of circulation for the ship's final voyage that included trade with West Africa, or interaction with other ships or merchants engaged in the African trade. The vessel almost certainly would have been transporting a further primary cargo, which is no longer preserved or yet to be discovered. The recovery and study of a wooden folding rule, the best evidence available for the vessel's nationality, favors an English origin.

## 2. Environmental Context

Site 35F lies within the Western Approaches to the English Channel, a 520km-long funnel-shaped seaway aligned west-southwest to east-northeast. At the Approaches this seaway is 160km wide and opens into the North Atlantic Ocean. The Channel floor is a smooth, shallow shelf that gently inclines from a water depth of 30m at Dover Strait towards the continental shelf with a gradient of 0.3-0.5%,[1] reaching 120m deep at the Western Approaches. The Channel displays a maximum tidal range of 6-10m.[2] The tidal stream is generally rotary clockwise at the Western Approaches. At depths of about 100m, close to where site 35F lies, the strength of the tidal stream 1m from the bottom is about half of the surface stream.[3]

The prevailing sedimentological marine environment formed about 20,000 years BP, when the Würm regression was at its maximum and a low, smooth and straight shoreline along the Atlantic margin lay about 130m below the present sea level. Once the Holocene transgression began about 16,000 years BP, advancing gradually towards the northeast, the terrigeneous deposits were reshaped and redistributed. The 100m isobath that marks the entrance to the English Channel at the Western Approaches was reached and submerged around 15,000 BP.[4]

As the sea deepened between about 10,000 and 7000 BP, bottom currents deposited a thin and discontinuous veneer of sandy gravel over solid formations and channel-fill sediments. The deposits of gravel and immobile sediment rarely exceed 0.5m deep, but are locally thicker where they lie on palaeovalley infill sediment. They are generally too coarse to be moved by currents.[5] The sand fraction is generally coarse grained, with a mean grain size varying from medium (0.25-0.55mm) to coarse (0.5-1.00mm).[6] It is classified as poorly or moderately sorted due to the presence of shell debris broken down by strong current action and reduced to sand-fraction size.

---

[1] Gibbard, P.L. and Lautridou, J.P., 'The Quaternary History of the English Channel: an Introduction', *Journal of Quaternary Science* 18 (2003), 195-99.

[2] Grochowski, N.T.L., Collins, M.B., Boxall, S.R. and Salomon, J.C., 'Sediment Transport Predictions for the English Channel, Using Numerical Models', *Journal of the Geological Society* 150 (1993), 683.

[3] Hamblin, R.J.O., Crosby, A., Balson, P.S., Jones, S.M., Chadwick, R.A., Penn, I.E. and Arthur, M.J., *The Geology of the English Channel* (HMSO, London, 1992), 86; Hillis, R.R., Gatliff, R.W., Day, G.A. and Edwards, J.W.F., *The Geology of the Western English Channel and its Western Approaches* (HMSO, London, 1990), 80.

[4] Larsonneur, C., Bouysse, P. and Auffret, J-P., 'The Superficial Sediments of the English Channel and its Western Approaches', *Sedimentology* 29.6 (1982), 860.

[5] Supra note 2: 684.

[6] Supra note 3, Hillis *et al.*, 1990: 79, fig. 49.

**EXHIBIT A**

The seabed magaclasts are dominated by Cretaceous chert flint, including fresh, little-worn examples retaining their white patinas and black hearts, as well as brown worn flints derived from Tertiary gravels. Both varieties may have derived from seabed or cliff erosion during the transgression, by further cliff erosion during the Holocene adding to the deposit nearshore, or by fluvial transport during Pleistocene regressions.[7] These deposits are conspicuous on the surface of many wooden shipwreck sites within the Atlas survey zone, immediately underlying the cultural assemblages.

### 3. Impacts

Site 35F is located within a designated International Council for the Exploration of the Seas sub-square measuring approximately 76 x 55km, which is a densely fished catchment zone. Satellite reconnaissance observed 53,327 fishing vessel sightings across this zone between 2000 and 2008 (Table 1). The sub-square is dominated by beam trawling (63.2%; Fig. 2), followed by scallop dredging (14.2%; Fig. 3), a high statistic that dovetails with the physical evidence of extensive dredge damage visible on side-scan imagery taken at different times (June 2006, July 2006, August 2006, October 2006) and visibly conspicuous on-site. Gill netting is also highly represented (8%), with long line fishing less problematic (3.7%).

Some 131 fishing vessels were documented by satellite during the 2000-2008 timeframe operating within 1km of site 35F: beam trawlers (45%), scallop dredgers (29%), gill netters (5.3%), stern trawlers (1.5%) and 17.5% undefined.

| Vessel Type | Number | Percent of Total |
|---|---|---|
| Beam Trawler | 33,741 | 63.2% |
| Bottom Seiner | 3 | 0% |
| Gill Netter | 4,277 | 8% |
| Freezer Trawler | 75 | 0.1% |
| Lobster/Crab Potter | 247 | 0.4% |
| Long Liner | 1,971 | 3.7% |
| Pair Trawler | 24 | 0% |
| Scallop Dredger | 7,610 | 14.2% |
| Side Trawler | 70 | 0.1% |
| Stern Trawler | 173 | 0.3% |
| Trawler (Unknown) | 8 | 0% |
| Unknown | 5,128 | 9.6% |

Table 1. The different fishing types conducted in the 76 x 55km ICES sub-square in which site T7a35f-5 is located (VMS satellite data 2000-2008). Total sample size: 53,327 sightings.

This data indicate that in addition to still being heavily impacted today, site 35F has also been deeply damaged in the recent past. The wreck may be realistically defined as at extreme high risk from total destruction (other than the iron cannon) within the near future. The frequent passage of trawlers and scallop dredges across the wreck is certain and demonstrated graphically by visual criteria:

---

[7] Supra note 3, Hamblin *et al.*, 1992: 82.

**EXHIBIT A**

A. The hull has been almost completely destroyed other than the heavily abraded keel and approximately 14 frames.

B. Hemp fishing net is snagged on an iron cannon, synthetic net is partly buried on the site, and steel trawler cable is caught on iron cannon and a deposit of elephant tusks to the south of the site (Figs. 4-7).

C. Almost no ceramic wares survive from either the cargo or domestic assemblage. Just five body sherds and two base fragments were recovered during the excavations (Figs. 11-12, 57-59). No rims were identified. The implication is that trawler impacts have smashed the ceramic assemblage so severely that bottom currents have been able to wash them offsite. (This process can be observed unfolding on a recently impacted late 19th-century cargo of ceramic plates in the Atlas Shipwreck Survey Zone.[8])

D. The ivory cargo of tusks have been scattered around the site and, in cases, their bases snapped off.

E. 12 iron cannon have been dragged far off-site (Fig. 13). The fact that six guns are located up to 60m away from site 35F to the north (C44) and 300m to the southwest (C46) suggests that both of these depositional patterns would not likely have been caused by ordnance jettison when the ship was sinking.



Fig. 1. A side-scan image of site 35F graphically depicting parallel-sided furrows made by scallop dredges running directly across the wreck site. Note the cannon dragged off site at left.

F. When initially discovered in 2005 and recorded in 2006, seven iron cannon were recorded lying parallel to one another and longitudinally overlying the keel on the northeast section of the wreck (Fig. 14). During a 2009 monitoring survey, cannon C3

[8] Kingsley, S., *Deep-Sea Fishing Impacts on the Shipwrecks of the English Channel & Western Approaches* (OME Papers 4, 2009), 29; Tolson, H., *The Jacksonville 'Blue China' Shipwreck & the Myth of Deep-Sea Preservation* (OME Papers 3, 2009), fig. 4.

was observed to have been relocated from a position at the easternmost end of this cannon concentration to now overlie the muzzle ends of this assemblage, with its cascabel facing west (Fig. 15 and compare Fig. 9 to Fig. 10). The only explanation of this disturbance is that C3 has been flipped by a trawler/scallop dredge running through the wreck site from the south towards the north. Additional cannon bear evidence of fishing cable abrasion and modern breakage (Figs. 16-17). Odyssey had returned to the site in 2009 with the intent of recovering a cannon which might provide evidence as to the identity of the wreck, but further *in situ* analysis revealed that the cannon would not likely provide such evidence. Considering this, and not wanting to risk damage to the cannon or the site, Odyssey did not recover anything from the site in 2009.

G. Parallel-sided scallop dredge furrow scars are visible on side-scan images running directly through the entire shipwreck site (Fig. 1). These extend in a direction from the east-northeast to west-southwest (70º/250º line bearing) and were caused by scallop fishing vessels towing 18 dredges per side.

H. Scallop dredge head teeth scars are physically visible running across some ballast stones on site and have cut into some cannon surfaces (Fig. 18).

I. On 25 September 2006 a passing trawler warned the *Odyssey Explorer* to move off station so it could trawl the area in which the wreck is located. The trawler captain emphatically stated that he had been trawling the area for years and that no obstruction was present on the sea bottom. This communication demonstrates that the commonly cited argument that fishermen are fully knowledgeable of wreck locations and actively avoid such 'snags' to protect their gear is incorrect. Instead, it suggests that in some cases low-lying wreckage is likely mistaken for natural geology that will not damage fishing equipment (but will and does heavily impact wreck sites).



Fig. 2. Site 35F in relation to beam trawler activities.



Fig. 3. Site 35F in relation to scallop dredge activities.



Fig. 4. Steel fishing gear trapped beneath iron cannon to the south of site 35F.



Fig. 5. Hemp fishing net snagged on cannon C5.



Fig. 6. Synthetic plastic fishing net partly buried on site 35F.



Fig. 7. Fishing net rope snagged on site 35F.

## 4. Site Description, Hull Remains & Ordnance

Site 35F can be characterized as the poorly preserved remains of a heavily disarticulated wooden hull associated with an extensive set of cannon, but a very small part of its

original cargo (Figs. 8-10). The axis of the keel extends from the southwest to the northeast. The most conspicuous element of the wreck is 36 iron cannon (28 present on the photomosaic and site plan produced in 2006, with eight more exposed and identified in 2009). No defined ballast mound or cluster exists, although stones underlying the wooden hull remains, and extending beyond the limits of the surviving hull structure, suggest that the original ballast concentration has been flattened and scattered by trawl drags. The ballast itself consists of rounded, cobble-sized stones 10-20cm in diameter on average (Fig. 7). One recovered example measures 21.5 x 10.0 x 7.9cm.

The seabed matrix consists primarily of well-packed coarse sediment (light brown on the surface and gray within the anaerobic layers immediately beneath the sea bottom/water column interface) overlying a dense concentration of heavily fragmented scallop shells associated with rounded cobblestones and minor gravel deposits. The shell level emerges at 5-10cm below the surface of the sea bottom. Flint nodules with a maximum diameter of 5-10cm are also commonly encountered at this depth. Artifacts are present within the shell and sand matrix: twisted and folded lead sheet was excavated 16cm below the surface, graphitised cannon balls at a depth of 24cm, and an elephant tusk 28cm down. The wreck is heavily colonized by marine life: eels nesting in the bores of cannon and beneath hull structure, crabs sheltering amongst the wreckage, and schools of fish (Figs. 5, 20, 37, 45, 65).

The remaining keel is about 26.1m long and discontinuous between areas G14 and G21, a distance of at least 5m (Fig. 9). It is twisted and distorted, with highly abraded surfaces caused by trawler/scallop dredge impacts (Figs. 9, 19). Frames and strakes are only preserved along the northeastern section of the wreck in the form of up to 14 frames, with preferential preservation on the western flank (Figs. 20-21). No strakes or frames are preserved beyond the turn of bilge. Neither the stem nor the sternpost survives and no mast step assemblage is evident. No keelson is present. Keel scarfs have not been identified. Only wooden treenails, and no iron nails, were observed securing frames and strakes in place (Figs. 20-21).

The wooden strakes are not externally sheathed in copper or lead, but are covered by a thinner exterior layer of protective 'furring' associated with impressions indicative of burlap or coarse-woven fabric caulking (Fig. 21). Animal hair (probably horse) was employed to make seams between planks watertight (Fig. 22). Five sections of lead identified to the northeast and southwest of the hull may be interpreted as tingles, patches used to repair a leaking ship (Figs. 23-25). These patches measure 70 x 15cm, 54.5 x 27.0cm, 49 x 21cm, 55cm and 12cm long, and have square nail attachment holes measuring 0.3 x 0.3cm. Sheet 0036 is 0.8cm thick (Fig. 25).

**EXHIBIT A**



Fig. 8. Photomosaic of shipwreck site 35F (2006).

The construction details observed on site 35F span the late 16th to early 18th centuries. Similar furring was relied on in the *Avondster*, an English ship bought by the Dutch East India Company and wrecked off Sri Lanka in 1659. The external hull planking contained at least three layers of planks, each between 2-6cm thick. The outer two layers may have been added by Dutch carpenters to facilitate the ship's reliability in the tropical waters of Asia. The same wooden sheathing technique is known from the late 16th and early 17th centuries, including the VOC ships *Mauritius* (1609) and the *Batavia* (1629).[9] At the other chronological bookend, the Dutch *fluit* the *Anna Maria,* which foundered in Dalaro harbour, Sweden, in 1709, was again covered with thin planks of outer sheathing to protect the hull from *teredo navalis* shipworms.[10] Animal hair caulking similar to that on 35F has been found wedged in the garboard seam of a merchant vessel of the first half of the 17th century off Poland.[11]

The system of fastening strakes to frames with treenails appears on the English *Sea Venture*, lost off Bermuda in 1609.[12] The planking on a vessel lost off Poland in the first half of the 17th century was connected to the frames with 3-4cm diameter pine treenails, although iron nails were also identified along the garboard strake and elsewhere.[13] Spoke-shaved oak treenails of 3.8cm diameter, the heads of which had been tightened by a

---

[9] Parthesius, R., Millar, K. and Jeffery, B., 'Preliminary Report on the Excavation of the 17th-century Anglo-Dutch East-Indiaman Avondster in Bay of Galle, Sri Lanka', *International Journal of Nautical Archaeology* 34.2 (2005), 227-8.

[10] Petersen, B-M., 'The Dutch Fluitship *Anna Maria,* Foundered in Dalaro Harbour in 1709', *International Journal of Nautical Archaeology* 16.4 (1987), 295.

[11] Bednarz, T., 'The Wreck of a 16th/17[th]-century Sailing Ship near the Hel Peninsula, Poland'. In L. Blue, F. Hocker and A. Englert (eds.), *Connected by the Sea. Proceedings of the Tenth International Symposium on Boat and Ship Archaeology, Roskilde 2003* (Oxford, 2006), 274.

[12] Wingood, A.J., '*Sea Venture.* An Interim Report on an Early 17th Century Shipwreck Lost in 1609', *International Journal of Nautical Archaeology* 11.4 (1982), 335.

[13] Supra Note 11, 274.

triangular or criss-cross saw cut half an inch deep, into which oakum had been rammed, were used on the *Dartmouth*, lost off Scotland in 1690. Like site 35F, the same ship was sheathed externally with 0.13cm fir deals, which sandwiched a layer of hair and tar about 3.2cm thick. These boards were held in place by flat-headed iron nails, arranged in a zig-zag pattern. The *Dartmouth* had also been repaired with lead tingles.[14]

A heavy square section of lead, lacking nail holes and measuring 24.0 x 14.5 x 0.40cm (T7a35f-5-06-0037-SF-LT) possibly originally lined the kitchen galley hearth to insulate the surrounding organic structure (Fig. 28). Six 3.5cm thick red brick fragments are related to this entity (Figs. 26-27). 11 iron concretions were recorded around the site, including probable rigging, such as two ring-shaped objects (T7a35f-5-06-0050-CN: 19 x 10 x 7cm; Fig. 29). One object left *in situ* may be part of the storm shroud gear from along the preventer stays (pers. comm. John Batchelor, June 2009; Fig. 31).

The southwest section of the wreck may be interpreted tentatively as the bows through the presence of two poorly preserved sections of iron anchor concretions. To the southwest an iron anchor shank (potentially on the starboard bow) is broken in at least three places and associated with what appears to be an anchor ring (Fig. 32). Two separate concretions near the crown to the northeast may be flukes and arms, the latter being straight rather than curved. No iron stocks were observed. To the southeast, a second possible anchor ring was recorded, possibly remains of the port bower anchor.

Given this positional data, combined with the hull's preservation and the configuration of 18 cannon clustered on the eastern flank of the keel to the south of the site (C10-C21, C23, C24 and C26-C29), it may be tentatively concluded that the vessel landed on the sea bottom with the bows to the southwest and the stern to the northeast, and settled to port side before the majority of the structural remains and hull on this side collapsed and deteriorated. This would explain why the above cannon are concentrated between grid areas H2-I15 and F6-N12.

---

[14] Martin, C.J.M., 'The *Dartmouth,* a British frigate Wrecked off Mull, 1690. 5. The Ship', *International Journal of Nautical Archaeology* 7.1 (1978), 47-8.



Fig. 9. Plan of site 35F based on the 2006 photomosaic.



Fig. 10. Plan of site 35F based on the 2006
photomosaic and measurements taken in 2009.

| Cannon | Length (m) | Comment |
|---|---|---|
| C1 | 2.33 | |
| C2 | 2.50 | |
| C3 | 2.90 | Muzzle seemingly broken off. Cannon moved by trawlers post photomosaic production. |
| C4 | 3.20 | |
| C5 | 2.20 | |
| C6 | 2.80 | |
| C7 | 2.90 | |
| C8 | 2.60 | |
| C9 | 1.60 | Muzzle seemingly broken off. |
| C0 | 2.90 | |
| C11 | 2.30 | |
| C12 | 2.90 | |
| C13 | 2.80 | |
| C14 | 2.30 | |
| C15 | 2.70 | |
| C16 | 1.40 | Muzzle seemingly broken off. |
| C17 | 1.50 | Partly buried, only cascabel end visible. |
| C18 | 2.00 | |
| C19 | 2.00 | |
| C20 | 1.00 | Muzzle seemingly broken off. |
| C21 | 2.30 | |
| C22 | 2.80 | |
| C23 | 2.80 | |
| C24 | 2.40 | Muzzle seemingly broken off. Cannon moved by trawlers post photomosaic production. |
| C25 | 2.90 | |
| C26 | 2.30 | Partly buried, only cascabel end visible. |
| C27 | 1.70 | Partly buried, only cascabel end visible. |
| C28 | 2.20 | |
| C29 | 1.50 | Muzzle end broken off. |
| C30 | 1.90 | Muzzle end broken off. |
| C30 | 0.80 | Cascabel end broken off. |
| C31 | 1.00 | Partly buried; only muzzle end visible. |
| C32 | 1.00 | Partly buried; only muzzle end visible. |
| C33 | 1.00 | Partly buried; only muzzle end visible. |
| C36 | 2.55 | |
| C37 | 2.99 | |
| C38 | 1.03 | |
| C39 | 2.50 | |
| C40 | 2.88 | |
| C41 | 1.37 | |
| C42 | 2.27 | |
| C43 | 1.91 | |
| C45 | 1.43 | |
| C46 | 3.19 | |

Table 2. Lengths of cannon concretions associated with shipwreck site 35F.

A highly characteristic feature of the wreck is two clusters of iron cannon at each end of the hull, with more scattered around the margins of the site. When discovered, seven cannon towards the northeast (C3-C9) were aligned parallel to the keel line, still in the position where they were stowed in the hull (Figs. 14-15), and thus resembled a commercial consignment of ordnance simultaneously functioning as profitable ballast, rather than the ship's weaponry. This configuration may be supported by the fact that these guns rest directly on ballast and hull structure, indicative of placement in the hold. The fact that all of their cascabels are oriented towards the southwest again favors this interpretation.

The second cluster of 18 cannon is located along the southern half of the wreck, east of the keel (C10-C21, C23, C24 and C26-C29; Figs. 9, 33-36). This concentration displays a roughly preferential east/west orientation, with muzzles in eight examples facing eastwards. Cannon C1 and C2 on the northeastern periphery of the wreck share this pattern. The overall ordnance orientation thus again suggests that the ship struck the sea bottom to portside, forcing the starboard cannon to break their restraints and roll over to portside, either when the vessel foundered or after deposition as the ship's wooden superstructure broke apart.

A high-resolution survey of the site and surrounding area conducted using side-scan sonar in 2005 and 2009 identified an additional six cannon to the north and a further six to the south of site 35F (Fig. 13). In some cases these are associated with trawl scars reflecting the cause of this scattered pattern. If the bows are correctly identified as lying to the southwest, then this implies the ship was sailing from the northeast when she was lost. Cannon C36-C39, C46 and C47, located 55-305m to the south, are thus extremely unlikely to have been lost by jettison. In the case of the guns to the north and northeast, which lie 15-55m from the northern edge of the site, it is also improbable that the crew would have still been preoccupied with jettisoning guns during a ferocious storm so close to the final minutes or seconds of the vessel's demise.

The iron cannon concretions on site 35F display a wide variety of dimensions (Table 2). In terms of overall length (tip of cascabel to end of muzzle), and on the basis of the measurement of 33 guns whose entire length was visible, three measure in the ranges of 1.0-1.5m (9.1% of the total), three between 1.5-2m (9.1%), 11 from 2.0-2.5m (33.3%), while the majority range between 2.5-3.2m (48.5%). The smallest cannon measures 1.03m (C38) and the largest 3.2m (C4). Concretion growths of course mean that these dimensions are no more than rough approximations. All cannon were left *in situ* rather than recovered, so it has not been possible to measure concretion thicknesses. Three different sizes of iron cannonballs were recovered from the site with diameters of 4.5cm, 8.5cm, and 12.5cm. At least three piles of concreted iron cannonballs were identified on the site, presumably reflecting the contents of the shot locker (Figs. 37-40).



Fig. 11. The pottery assemblage on site 35F has been
reduced to a few sherds and base fragments.



Fig. 12. ROV Zeus' limpet suction system recovering
a typically preserved pottery body sherd from site 35F.



Fig. 13. Distribution of 12 cannon dragged off site
by fishing vessels in relation to site 35F.



Fig. 14. Cannon C3-C7 to the north (stern) of
site 35F lying parallel across the keel in 2005 and 2006.



Fig. 15. Cannon C3-C7 in 2009 with C3 clearly relocated
by fishing activities over the muzzles of C4-C7.



Fig. 16. Fishing cable abrasion around the cascabel of a site 35F cannon.



Fig. 17. A recently broken iron cannon on site 35F.



Fig. 18. Scars cut into the side of an iron cannon by a scallop dredge on site 35F.



Fig. 19. Section of site 35F's keel at grid area G14 with part of the garboard attached.



Fig. 20. Detail of the keel, frames and strakes of site 35F. Note wooden treenail at far left.



Fig. 21. Frames and strakes with treenails visible in the center. In the right foreground a strake is covered by a thin exterior layer of protective 'furring' associated with impressions indicative of burlap or coarse-woven fabric caulking.



Fig. 22. Animal hair (possibly horse) used as caulking between planks on site 35F.



Fig. 23. A lead hull tingle patch *in situ* on site 35F.





Figs. 24-25. Lead hull repair patches recovered from site 35F (Th. 0.8cm).





Figs. 26-28. Brick fragments from the galley hearth (top)
and a section of lead (below) possibly used to insulate the hearth area.



Fig. 29. A concreted iron piece of rigging from site 35F.



Fig. 30. Concreted rigging or a keel bolt from site 35F.



Fig. 31. An iron concretion on site 35F may be part of
the storm shroud gear from the preventer stays.



Fig. 32. Concreted iron anchor ring to the south of site 35F.





Figs. 33-34. Iron cannon on the southern half of wreck site 35F.





Figs. 35-36. Iron cannon on the southern half of wreck site 35F.



Fig. 37. Concreted iron cannonballs *in situ*.



Figs. 38-39. Iron cannonballs from site 35F.



Fig. 40. Iron cannonballs from site 35F.

## 5. *Manilla* Copper Bracelets

| Artifact No. | Length (cm) | Width (cm) | Terminal W. (cm) | Th. (at center) (cm) |
|---|---|---|---|---|
| 0041-JL | 8.6 | 7.1 | 2.0 x 1.7 | 0.90 |
| 0019-JL | 8.8 | 6.9 | 2.0 x 1.9 | 0.95 |
| 0018-JL | 8.85 | 6.9 | 1.8 x 1.8 | 0.95 |
| 0015-JL | 9.0 | 7.0 | 1.9 x 1.9 | 0.90 |
| 0007-JL | 8.8 | 6.8 | 1.8 x 1.8 | 0.80 |
| 0017-JL | 8.9 | 7.1 | 1.9 x 1.9 | 0.90 |
| 0022-JL | 8.9 | 6.9 | 1.95 x 1.95 | 1.0 |

Table 3. Measurements of copper *manilla* bracelets from site 35F.

Nine horseshoe-shaped copper artifacts known as *manillas* − a non-monetary form of currency − were recovered from the southern half of site 35F (Figs. 41-44). All are uniform in shape and size from 8.6-9.0cm long, 6.8-7.1cm wide, 0.8-1.0cm thick and feature flared terminals averaging 1.9 x 1.9cm in width (Table 3).

The word *manilla* is of Latin derivation (*manus*, hand, or *monilia*, necklace or neckring) undoubtedly transferred into usage via Portuguese merchants. According to legend, they were originally cast from copper hull-fastening bolts removed from ships wrecked on the

West African coast. These uniquely shaped object remained highly uniform between the 16th and 20th centuries and are thus poor indicators of site 35F's chronology.

*Manillas* were not used uniformly across West Africa, but competed with tribes' localized preferences for cowrie shells shipped from India to Western Europe from the Maldive islands, copper rods and iron bars. Thus, for instance, in Southern Nigeria *c*. 1450-1560 the Portuguese bartered with brass *manillas* on the Slave Coast, brass and copper *manillas* along the Western Delta, and copper *manillas* on the Eastern Delta. But by the late 17th/early 18th century, cowries and iron bars prevailed along the Slave Coast and cowries on the Western Delta, while copper *manillas* and iron bars were only preferred along the Eastern Delta and copper rods at the Cross River.[15]

West African exchange demanded and consumed enormous quantities of this form of currency. As early as 1504-07, just one trading station along the Guinea coast imported 287,813 *manillas* from Portugal.[16] In modern terms of monetary exchange they yielded high dividends. In 1505 a Portuguese merchant reported that at Calabar a large elephant tooth could be exchanged for one *manilla* and a slave purchased for 8-10 copper *manillas*.[17] In his *Esmeraldo de Situ Orbis* of *c*. 1508, Pacheco Pereira described the means of trade conducted in the 'Bight of Biafra' of the eastern Nigerian and Cameroon coasts,[18] stating that peddlers:

> "…come from a hundred leagues or more up this river bringing yams in large quantities; they also bring many slaves, cows, goats and sheep… They sell all this to the natives of the village for salt, and our ships buy these things for copper bracelets, which are here greatly prized – more than those of brass; for eight or ten bracelets you can obtain one slave."

Eighty years later the London merchants Bird and Newton visited Benin in 1589 on the 100-ton *Richard of Arundell* and found that copper *manillas* were exchanged for pepper, ivory, palm oil and local woven cloth.[19] A century afterwards, Dr. O. Dapper's *Description de l'Afrique* asserted that in 1668, the approximate period when site 35F was lost:

> "Along the river of Kalbaria the white races, especially the Hollanders, trade with the inhabitants, and in exchange for slaves offer rough grey copper armlets, which must be oblong with a rounded curve and very well made, since the natives are very particular on these points and frequently will reject two or three hundred out

---

[15] Jones, G.I., 'Native and Trade Currencies in Southern Nigeria during the Eighteenth and Nineteenth Centuries'. In Z.A. Konczacki and J.M. Konckzacki (eds.), *An Economic History of Tropical Africa. Volume One. The Pre-Colonial Period* (London, 1977), 276-8.

[16] Davies, G., *A History of Money. From Ancient Times to the Present Day* (University of Wales Press, Cardiff, 2002), 47.

[17] Einzig, P., *Primitive Money in its Ethnological, Historical and Economic Aspects* (London, 1949), 150-1; Johansson, S-O., *Nigerian Currencies. Manilas, Cowries and Others* (Skolgatan, 1967), 12.

[18] Jones, G.I., 'Native and Trade Currencies in Southern Nigeria during the Eighteenth and Nineteenth Centuries'. In Z.A. Konczacki and J.M. Konckzacki (eds.), *An Economic History of Tropical Africa. Volume One. The Pre-Colonial Period* (London, 1977), 43-4.

[19] Johansson, S-O., *Nigerian Currencies. Manilas, Cowries and Others* (Skolgatan, 1967), 11-12.

of one barrel… the armlets brought there by white men, which they call Bochie, are used solely for money."

The Dutch dominated long-distance commerce along the Rio Real at this time, exchanging one slave for 14-15 unpolished copper bracelets.[20]



Fig. 41. A copper *manilla* bracelet *in situ* on site 35F.



Fig. 42. Copper *manilla* bracelets from site 35F (L. 8.6-9.0cm).

---

[20] Jones, G.I., 'Native and Trade Currencies in Southern Nigeria during the Eighteenth and Nineteenth Centuries'. In Z.A. Konczacki and J.M. Konckzacki (eds.), *An Economic History of Tropical Africa. Volume One. The Pre-Colonial Period* (London, 1977), 44.

The name 'Bochie' for *manillas* also appears in John Barbot's *Description of the Coast of North and South Guinea* (1746: 382), which described the West Coast trade as it existed from 1678-82. In his section on 'Rings for Money', Barbot confirmed that:

> "The principal thing that passes in Calabar, as current money among the natives, is brass rings, for the arms or legs, which they call *Bochie*; and they are so nice in the choice of them, that they will often turn over a whole cask before they find two to please their fancy. The English and Dutch import there a great deal of copper in small bars, round and equal, about three feet long, weighing about a pound and a quarter, which the Blacks of Calabary work with much art… to make what sorts of arm rings they please."

Excavations at Ke along the eastern Niger Delta have exposed a hoard of 800 *manillas* contextualized with terracotta masks, clay molds, fragments of wine jars, imported gin bottles and iron slag dating between 1315 and 1686. A *terminus post quem* of 1450 for the import into and use of these *manillas* in the Delta has been proposed.[21]

The origins of the *manillas*' copper and place of manufacture between the 16th and 17th centuries remain undetermined. However, by the end of the 18th century European merchants were mass-producing the currency predominantly in England, but also in France and the Netherlands.[22] *The Statistical and Economical Review* published in 1949 to examine the problem of pervading *manilla* use in West Africa, when European powers were attempting to enforce a Westernized monetary economy, reported that the earliest imports were made by R. & W. King of Bristol. In the 19th century *manillas* were manufactured in Birmingham.[23]

The *manilla*'s popularity refused to dwindle in the early modern era. As late as 1858, the British consul T.J. Hutchinson was familiar with this unchanged form of currency in Equatorial Guinea, observing that "They are pieces of copper of a horse-shoe form, about four inches in the measurement of the circumference of their circle, and about half an inch in that of their density being terminated by two lozenge shaped ends facing one another".[24] In the 20th century, the Wukai tribe considered a deep bowl filled with corn or a cup-shaped receptacle containing salt each to be equal in value to one large *manilla*.[25]

After the end of the Second World War, the United Africa Company still found it necessary to trade in *manillas*, even thought the Native Currency Proclamation of 1902

---

[21] Anozie, F.N., 'Cultural Prehistory in the Niger Delta'. In Alagoa, E.J., Anozie, F.N. and Nzewunwa, N. (eds.), The Early History of the Niger Delta (University of Port Harcourt & Hamburg, 1988), 158.

[22] MoLAS's discovery and excavation in 2005 of Sir Nicholas Crisp's early 17th century glass bead factory along the riverbank at Hammersmith, England, for the manufacture of wares to be used in the slave trade between Guinea and the West Indies (until 1640), suggests that some goods exchanged in West Africa were produced in Britain in the 17th century.

[23] Grey, R.F.A. and George, S.P., 'Manillas', *The Nigerian Field* 16 (1951), 54, 56.

[24] Johansson, S-O., *Nigerian Currencies. Manilas, Cowries and Others* (Skolgatan, 1967), 11.

[25] Einzig, P., *Primitive Money in its Ethnological, Historical and Economic Aspects* (London, 1949), 151

had prohibited their import, except with a permit from the High Commissioner.[26] When *manillas* were finally forcefully banned from circulation in 1948, 32.5 million were withdrawn during the six months ending on 31 March 1949.[27]

No reliable typologies exist for *manillas*, which were largely considered stylistically identical by Europeans. T.J. Hutchinson's report for the British Consulate of June 1856 confirms their indistinct uniformity to Westerners despite the fact that the tribes of Nigeria differentiated between five different forms:[28]

> "Although the casual observer could scarcely discriminate between them, yet the practiced eye of the natives does it at once and cannot be deceived. The '*Antony Manilla*' is good in all interior markets; the '*Congo Simgolo*' or 'bottle necked' is good only at Opungo market; the '*Onandoo*' is best for the Ibo country between Bony and New Calabar; the '*Finniman Fawfinna*' is passable in Juju Town and Qua market; but it is only half the worth of the '*Antony*'; and the '*Cutta Antony*' is valued by the people at Umballa."

Despite the presumption (not least amongst manipulated West African tribes) that *manillas* were made of pure copper or brass, European merchants heavily degraded the currency with other metals. Chemical analysis of an array of differently shaped and dated *manillas* using energy dispersive x-ray fluorescence has identified unexpectedly high levels of lead, unattested in recorded descriptions. In 11 of the 16 samples, copper did not even register 50% of the total metal. Rather, lead comprised over 50% in five samples and over 40% in two others.[29] The implication is that excessive lead was incorporated into *manillas* produced by Europeans and imported into West Africa for trade in order to maximize company profits. Modern *manillas* of the 20th century similarly contained a mix of 65% copper and 25% lead.[30]

*Manilla* currency is relatively common on shipwrecks dating between the mid-17th and mid-18th centuries across Europe and Africa. A single *manilla* was recovered on the Saint-Quay-Portrieux wreck of 1711/1719 off Brittany, France,[31] in association with over 100 elephant tusks and 40 glass trade beads. The site is considered to have possibly been a slave trading enterprise. A second wreck off France at Pen Azen has again produced *manillas*, but is otherwise uncharacterized.[32] Meanwhile, 100 brass examples have been excavated from a mid-18th century site off Bermuda in association with 10,000 beads and

[26] Davies, G., *A History of Money. From Ancient Times to the Present Day* (University of Wales Press, Cardiff, 2002), 47.

[27] Grey, R.F.A. and George, S.P., 'Manillas', *The Nigerian Field* 16 (1951), 63.

[28] Geary, W.N.M., *Nigeria under British Rule* (London, 1927), 82.

[29] Kuntz, M., Ferguson, J., Iduma, V., Kuzava, R. and Benvenuto, M., 'Chemical Compositions of African Trade Bracelets (Manillas) via Energy Dispersive X-Ray Fluorescence', *American Journal of Undergraduate Research* 1.1 (2002), 31.

[30] Grey, R.F.A. and George, S.P., 'Manillas', *The Nigerian Field* 16 (1951), 54.

[31] Herry, N., 'Report on Finds from the Saint-Quay-Portrieux Wreck, France', *International Journal of Nautical Archaeology* 33 (2004), 97.

[32] Webster, J., 'Slave Ships and Maritime Archaeology: An Overview', *International Journal of Historical Archaeology* 12 (2008), 16.

two-dozen Dutch cannon.[33] This cargo may have been jettisoned by the *Amazon*, a damaged French ship sailing from St. Domingue to Nantes in 1739.

Arqueonautas has recovered *manillas* in the anchorage of Cidade Velha off the Cape Verde islands.[34] Divers have also retrieved large numbers of glass beads and *manilla* bracelets from the wreck of the *Douro*, a Liverpool ship that foundered on Round Rock, Scilly Isles, in 1843. She was allegedly heading to Portugal with a cargo of textiles and ordnance. Dating 36 years after British ships were banned from slaving, the *Douro* may have been involved in illegal trade.[35]



Fig. 43. Copper *manilla* bracelet 0018 (L. 8.85cm).



Fig. 44. Copper *manilla* bracelet 0019 (L. 8.8cm).

---

[33] Karklins, K., 'Beads from the Mid 17th Century Manilla Wreck, Bermuda', *International Journal of Nautical Archaeology* 20 (1991), 40.
[34] http://www.arq.de/english/projects_caboverde_cidadevelha.htm.
[35] http://www.english-heritage.org.uk/server/show/nav.17487.

## 6. Elephant Tusks

Elephant tusks are a dominant characteristic of site 35F's cargo. Nine tusks are visible on the surface of the southern half of the site, perhaps indicative of storage in the bows (Figs. 45-46). Further examples are evidently buried in shallow sediments (Fig. 47): one tusk of 60cm approximate length was excavated by Odyssey in 2009 at a depth of 28cm.

Two tusks were recovered for analysis in 2006. Both displayed heavy iron oxide staining and exhibited surface pitting. One example (T7a35f-5-06-0009-IY-TK; Fig. 50) proved to be 69cm long, 4.8cm wide at its hollow base and 3cm wide at its tip (munsell color code 7.5YR 4/6). A second example (T7a35f-5-06-0030-IY-TK; Fig. 48) is 65cm long with a maximum diameter of 6cm. A third tusk examined in June 2008 was far larger: 1.45m long, 8.0cm wide at its base and weighed 24kg (Fig. 49). Following examination, all three elephant tusks were returned to the shipwreck site.

The procurement of West African elephant (and to a lesser extent hippopotamus) tusks was a highly lucrative commercial pursuit for European traders from the early 16th century onwards – third most profitable after gold and slaves. Ivory from African elephants was considered to be of far finer quality than the Asian elephant because of its superior hardness, pale blonde transparency and ability to be more finely polished. African elephant tusks can measure up to 2m in length, with diameters of 9-11cm and weigh up to 90kg, while tusks of Asian elephants are smaller and lighter. The best African ivory derived from Gaboon, Mozambique and Zanzibar.[36]

The mass exploitation of ivory from Africa dates back to the Roman period, and in the second half of the 13th century Marco Polo remarked while travelling in East Africa that "They have elephants in plenty and drive a brisk trade in tusks." During the period of Portugal's domination of West African commerce in the 16th century, 30,000lbs of ivory passed through the port of Sofala annually.[37] When the region opened up to European trade, between 1634-64 the Dutch imported an average of 40,000lbs of tusks each year through the Geoctroyeerde Westindische Compagnie.[38] More broadly, Dutch and English shipping records reveal that at least 2,500 tons of ivory – over quarter of a million tusks – left West Africa between 1699 and 1725.

The English were the Dutch's greatest competitors in the mid to late 17th century. In 1663 the Portuguese missionary André de Faro watched an English ship sail along the Upper Guinea coast loaded with thousands of tusks, some weighing 4 *arrabas* (128 pounds).[39]

---

[36] Tripati, S. and Godfrey, I., 'Studies on Elephant Tusks and Hippopotamus Teeth Collected from the Early 17th Century Portuguese Shipwreck off Goa, West Coast of India: Evidence of Maritime Trade between Goa, Portugal and African Countries', *Current Science* 92.3 (2007), 334-5.

[37] Beachey, R.W., 'The East African Ivory Trade in the Nineteenth Century'. In Z.A. Konczacki and J.M. Konckzacki (eds.), *An Economic History of Tropical Africa. Volume One. The Pre-Colonial Period* (London, 1977), 216.

[38] Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 241.

[39] Walker, John Frederick, *Ivory's Ghosts. The White Gold of History and the Fate of Elephants* (New York, 2009), 65.

**EXHIBIT A**

English records reveal that 23 tons of ivory were imported into England in 1675 by the Royal Africa Company, which since 1672 had exercised a royal monopoly over trade with West Africa, and 83 tons by 1680, the peak year until 1725. In 1692, 61 tons of ivory were imported into England, after which the trade dropped off to an annual low of 11 tons between 1702 and 1707.[40]



Fig. 45. Sections of four elephant tusks trapped under cannon C21, with modern fishing cable alongside.

The elephant hunting Vili tribe of the coastal kingdom of Loango near the mouth of the Congo river had traded ivory with Europeans since the 1570s, and in 1608 sold 23 tons a year to the Dutch. Not surprisingly elephants became increasingly rare and by the 1660s Vili hunters had to undertake journeys of three months' duration to the middle Congo before locating adequate stocks of ivory.[41]

Elephants hunted for ivory also proliferated in the forest of Ashanti-Brong Ahafo in Ghana, but also across Southern Ghana, including the coast. Tusks were exchanged for a wide range of European commodities, including linen, silk, brocades, guns and ammunition, iron and silver bars, copperware and brassware, and alcoholic drinks. The tribal demand of the Asin, Denkera, Fanti, Akwamu and Ashanti for Western goods always exceeded the supply to Southern Ghana.[42]

---

[40] Johnson, M., *Ivory Trade and the Economic Development of Pre-Colonial West Africa* (London, 1978), 12
[41] Walker, J.F., *Ivory's Ghosts. The White Gold of History and the Fate of Elephants* (New York, 2009), 65-6.
[42] K.B. Dickson, 'Trade Patterns in Ghana at the Beginning of the Eighteenth Century'. In Z.A. Konczacki and J.M. Konckzacki (eds.), *An Economic History of Tropical Africa. Volume One. The Pre-Colonial Period* (London, 1977), 142, 144.





Figs. 46-47. Elephant tusk *in situ* on site 35F.



Fig. 48. Elephant tusk 0030 (L. 65.0cm) recovered for examination (and subsequently returned to the seabed).



Fig. 49. A 1.45m-long elephant tusk recovered for examination (and subsequently returned to the seabed).



Fig. 50. Elephant tusk 0009 (L. 69.0cm) recovered for examination (and subsequently returned to the seabed).

**EXHIBIT A**

The African resources were largely culled from the male and female *Loxodonta Africans*, whose tusks are composed of a dense and complex weave of collagen fibers mineralized by minute, tightly bound calcium hydroxyapatite crystals. This composition makes them resistant to fracture, while the nanometric size of the hydroxyapatite crystals makes ivory highly susceptible to being polished. The density of the crystals easily resists contamination by air pollutants.

Either through direct import from West Africa, or alternatively through an established system of re-export, elephant tusks were thus an ideally exotic, rare and expensive medium for the artistic and functional manufacture of combs, knife handles, sewing articles, keys for clavichords, syringes and myriad decorative objects. Thus, for instance, Nathaniel Bowers & Son of London were amongst the earliest manufacturers who started in business as ivory comb makers in 1685 and whose descendants were still in business in the 1960s.[43]

Ivory carving exploded into life in the Baroque, with specialist carving centers established in Germany and Dieppe in France in the early 1600s. Sculptors created small statuary, medallions and lavish furniture, while the soft, satiny surface of ivory was considered to be perfect for the detail required for portrait busts and relief medallions. Queen Anne, George I, Isaac Newton, Christopher Wren and Samuel Pepys all sat for ivory busts created by David Le Marchand (1674-1726), an expatriate Huguenot who fled France to Edinburgh and then London. Ignaz Elhafen of Germany's ivory masterwork relief, *The Death of Cleopatra* of *c.* 1700, remains a major attraction in London's Victoria & Albert Museum.

In 1637 Marcus Heiden, who served under several Saxon dukes, described his dizzying *chef d'ouevre*, a drinking vessel balanced on an elephant and topped with a ship under full sail. Completed in 1639, the tusk from which it was carved was unusually large and heavy and was allegedly meticulously selected from 300,000 tusks in Amsterdam. In the 1700s, ivory went on to be used more prosaically to create lifelike medical models of the eyeball; a century later elephant tusks would be exploited for prosthetic limbs, false teeth, artificial legs and noses, and even an ivory penis.[44]

Elephant tusks have been recorded on at least nine shipwrecks scattered across the world from Goa to Florida and Brittany and dating between the 16th century and 1768 (Table 4). More than 50 elephant tusks discovered in 2008 during underwater mining operations 130km south of Luderitz, Namibia, on an unpublished 16th-century Portuguese wreck are associated with 13 tons of Augsburg copper ingots, 8 tons of tin, pewter wares and over 2,300 gold coins. Exploration off Sunchi Reef, Goa, yielded eight elephant tusks of different sizes ranging from 32-65cm long (one inscribed with the English letters 'ICM') on an early 17th-century Portuguese shipwreck.[45] Around 300 elephant tusks of up to

---

[43] Brown, W.A.B. and Kelly, K.I.M., *Indian and African Elephant Ivory: Elephas maximus and Loxodonta Africana* (1987), 4-5.

[44] Walker, J.F., *Ivory's Ghosts. The White Gold of History and the Fate of Elephants* (New York, 2009), 75, 78, 79, 91.

[45] Tripati, S., Gaur, A.S., Sundaresh and Vora, K.H., 'Shipwreck Archaeology of Goa: Evidence of Maritime Contacts with Other Countries', *Current Science* 86.9 (2004), 1242; Tripati, S. and Godfrey, I., 'Studies on Elephant Tusks and Hippopotamus Teeth Collected from the Early 17th

1.6m-long were originally present on the Dutch East Indiaman *Vergulde Draeck*, which struck a reef 120km north off Perth, Australia, in 1656; its excavation has produced 7,881 Spanish coins (of 78,600 guilders total attested in historical records of the shipment).[46] The Dutch East Indiaman *fluit Risdam,* lost near Mersing off eastern Malaysia in 1727, also yielded 90 elephant tusks (one 1.3m long) alongside over 125 tin ingots, lead ingots, Dutch bricks and storage jars.[47]

The British merchant vessel *Henrietta Marie*, wrecked in 1701 on New Ground Reef, 22km off Marquesas Keys, Florida, has yielded six elephant tusks, 11,000 Venetian glass beads, and over 300 pewter wares and iron bars.[48] The Saint-Quay-Portrieux site off Brittany in France, dated to 1711 or 1719, has produced over 100 ivory tusks and 40 glass trade beads.[49] The wreck of the Dutch East Indiaman *Zeewijk*, lost on Half Moon Reef in Southern Abrolhos, Australia, in 1727, has yielded an unknown volume of tusks. The ship was also transporting 315,836 guilders in ten chests.[50] The largest assemblage found an any shipwreck are the 822 tusks recorded on the *Princess Louisa*, an English East Indiaman lost off the Cape Verde islands in 1743. The ship was also transporting woolen textiles for Persia, gunpowder, iron guns, sailcloth, cordage, iron, lead for Bombay and 20 chests of Spanish silver coins.[51]

Some 51 small and large elephant tusks and 13 hippopotamus examples were found alongside 300 mahogany planks and dyewood on the wreck of the slave ship *Fredensborg*, which from 1767-68 sailed the triangular trade route from Copenhagen to the Gold Coast in Africa, and then onward to the Danish West Indies with a cargo of slaves, before returning home to Denmark over the North Atlantic.[52] Finally, one elephant tusk has been found on an undated shipwreck at Loup Garou, Martinique.[53]

As well as representing the Westernmost cargo to contain elephant tusks, site 35F has also yielded amongst the largest examples discovered underwater. The 1.45m example compares highly favorably with the length of those carried by Dutch East Indiamen, such

Century Portuguese Shipwreck off Goa, West Coast of India: Evidence of Maritime Trade between Goa, Portugal and African Countries', *Current Science* 92.3 (2007), 332-9.

[46] Green, J.N., 'The Wreck of the Dutch East Indiaman the *Vergulde Draeck,* 1656', *International Journal of Nautical Archaeology* 2.2 (1973), 273, 278, 287; Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 241-2

[47] Green, J.N., 'The Survey of the *VOC fluit Risdam* (1727), Malaysia', *International Journal of Nautical Archaeology* 15.2 (1986), 100, 101.

[48] Moore, D.D. and Malcom, C., 'Seventeenth-Century Vehicle of the Middle Passage: Archaeological and Historical Investigations on the Henrietta Marie Shipwreck Site', *International Journal of Historical Archaeology* 12 (2008), 20-38.

[49] Herry, N., 'Report on Finds from the Saint-Quay-Portrieux Wreck, France', *International Journal of Nautical Archaeology* 33 (2004), 96-105.

[50] http://www.heritage-activities.nl/ancods/voc-zw.html.

[51] http://www.arq.de/english/projects_caboverde_louisa.htm.

[52] Svalesen, L., *The Slave Ship Fredensborg* (Kingston, 2000), 181-2.

[53] Webster, J., 'Slave Ships and Maritime Archaeology: An Overview', *International Journal of Historical Archaeology* 12 (2008), 16.

as the *Vergulde Draeck* examples of up to 1.6m. This implies that the wreck at site 35F contained a high-status cargo.

| Wreck Location | Nationality | Date | Cargo |
|---|---|---|---|
| 130km south of Luderitz, Namibia | Portuguese | 16th | >50 elephant tusks, 13 tons Augsburg copper ingots, 8 tons tin, pewter wares, >2,300 gold coins |
| Sunchi Reef, Goa | Portuguese | Early 17th | Elephant tusks, hippopotamus teeth, Chinese ceramics, cannon |
| Southland, Australia | *Vergulde Draeck*, Dutch East Indiaman | 1656 | Around 300 elephant tusks & 7,881 Spanish coins (of 78,600 guilders total) |
| Mombassa, Kenya | *Santo Antonio de Tanna*, Portuguese | 1697 | Two hippopotamus teeth |
| Island of Arendal, Norway | *Fredensborg*, Danish–Norwegian | 1768 | 927kg of elephant tusks, hippopotamus teeth, slaves, cinnamon, tobacco, cotton |
| New Ground Reef, 22km off Marquesas Keys, Florida | *Henrietta Marie*, British | 1701 | 6 elephant tusks, 11,000 Venetian glass beads, over 300 pewter wares, iron bars |
| Saint-Quay-Portrieux, Brittany, France | ------ | 1711 or 1719 | >100 ivory tusks, 1 *manilla* bracelet, 40 glass trade beads |
| Mersing, eastern Malaysia | *Risdam*, Dutch East Indiaman | 1727 | 90 elephant tusks, 125 tin ingots, lead ingots |
| Half Moon Reef, Southern Abrolhos | *Zeewijk*, Dutch East Indiaman | 1727 | Elephant tusks, 315,836 guilders in ten chests |
| Cape Verde Islands | ------ | ---- | *Manilla* bracelets |
| 9.7km northeast of Bermuda | Dutch West India Company, possibly the *Amazon* | 1720-60 | Large number of copper *manilla* bracelets, 10,000 glass trade beads |
| Cape Verde islands. | *Princess Louisa*, English East Indiaman | 1743 | Woolen textiles for Persia, 822 ivory tusks, gunpowder, iron guns, sailcloth, cordage, iron, lead for Bombay; 20 chests of silver Spanish coins. |
| Approaches to Elmina, Ghana | Dutch (or possibly British) | Early 19th century | European sheet brass 'battery ware' basins, rolls of lead sheathing, brass *manillas*, ceramics, and beads |
| Pen Azen, France | ------ | Undated | *Manilla* bracelets |
| Loup Garou, Martinique | ------ | Undated | 1 elephant tusk |

Table 4. Shipwrecks recorded with cargoes of elephant tusks or *manilla* bracelets and related cargo wares.

## 7. Wooden Folding Rule

One arm of a carpenter's folding wooden rule was recovered intact from the northeastern (stern) end of the site in grid area O19 between two scattered planks (Figs. 51-56). At first sight the 1ft-long artifact seems relatively ordinary, with straight sides, two bronze pins protruding perpendicular out of the interior edge and a wooden hinge with a bronze

(?) pin, which would originally have folded two arms together. Remnants of the pin survive at the hinge's center. This find is in fact extremely rare, with Dr Stephen Johnston, Curator of the Museum of the History of Science at Oxford University, observing that, "this exact form of carpenter's rule has not, so far as I know, been published in a modern study" (pers. comm., 2006). The rule was conserved at the York Archaeological Trust.



Fig. 51. Wooden folding rule *in situ* in grid area O19 to the northeast of the wreck.

Site 35F's folding rule displays five different scales, in addition to a separate table located at the foot of side B (Fig. 52), which functioned as a timber borde. Incised graduation marks from three different scales extend vertically along side A of the rule (Figs. 52, 53). The external, outer master scale consists of 12 inches, marked by lines graphically and numerically, progresses in ascending order from the base upwards towards the hinge. These inches are subdivided through vertical incisions into 1/2, 1/4 and 1/8in. A further 12 inches, marked 13-24, would have continued along the corresponding lost arm, creating a 2ft-long carpenter's rule.

At the foot of the rule's arm on side B, a separate table is laid out in eight columns and four rows (Fig. 56) and functioned as a primitive mathematical 'calculator' to assess the cubic content of timber. Typically, but not in the case of the 35F example, such scales are titled along rules 'Borde measure' and 'Timber measure'.

The ruler's dimensions are:

- L. 30.7cm (excluding circular hinge bracket protrusion).
- Total L. (including hinge bracket): 31.9cm.
- W. 1.7cm.
- Th. 1.1cm.
- Hinge diameter: 2.5cm.
- Hinge Th.: 0.95cm.
- Hinge pin 0.9 x 0.8cm, with circular rivet diam. 0.45cm.

- Preserved brass hinge pin L. 3.0cm; Th: 0.17cm.
- Upper pin L. 1.39cm; Th. 0.15cm; L. of protrusion beyond wood surface: 0.42cm (based on x-ray.)
- Lower pin L. 1.3cm; Th. 0.14cm; L. of protrusion beyond wood surface: 0.45cm (based on x-ray.)

*A. Rule Scale Descriptions*

Side A, Rule 1 (Figs. 52, 53): 12 inches, each inch 2.5-2.55cm, with the exception of the 3 to 4in increment, which measures 2.6cm. This is an inch scale [0]-12, divided to unit, half, quarter, eighth and numbered by 1. This would have continued to 24 on the missing leg.

Side A, Rule 2: letter 'C' at start. Numbered 'I0' to 'I40' at every 10 increment. Each unit measures 1.65cm.

Side A, Rule 3: letter 'D' at start. Numbered 5 to 40 at every 5 increment and extends up to 45. Each unit measures 2.65cm, except unit 35-50, which deviates at 2.85cm. Rules 2 and 3 are a pair of scales labelled C and D, standing for Circumference and Diameter. The two scales share the same format: each begins with a subdivided segment and then a scale of equal parts from [0] to the limit imposed by the length of the rule.

Side B, Rule 1: numbers visible are I2 to 36, labelled I2, I3, I4, I5, I6, I7, I8, I9, 20, 22, 24, 27, 30, 33, ?6. Two arced lines at end of rule. I3-I4: 2.0cm; I4-I5: 1.78cm; I5-I6: 1.5cm; I6-I7: 1.35cm; I7-I8: 1.2cm; I8-I9: 1.0cm; I9-20: 0.98cm; 20-22: 1.65cm; 22-24: 1.45cm; 24-27: 1.65cm; 27-30: 1.39cm; 30-33: 1.15cm; 33-?6: 0.92cm. This is the end of a line of board measure running from 12 (at the hinge) to 36, each unit subdivided to half. The scale ends 4in from the end of the leg (4 x 36 = 144 = 1 square foot).

Side B, Rule 2: numbers visible are 6, I0, II. 6-I0: 10.45cm; I0-II: 7.50cm. The beginning of a line of timber measure from 9 to 12 (at the hinge), each unit subdivided to quarter.

Side C (side edge): numbers visible, 3-4: 3.72cm; 4-5: 2.92cm; 5-6: 2.40cm; 6-7: 2.0cm; 7-8: 1.72cm. Located along the edge, this is a logarithmic line of numbers 1-10. The missing leg would have carried the same scale to make a double radius line 1-100.

Side B Table (Timber Borde; Fig. 69):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| ? | 36 | 16 | 9 | 5 | 1 | 2 | 2 |
| 0 | 0 | 0 | 0 | 9 | 0 | 11 | 3 |
| 0 | 0 | 0 | 0 | 1 | 0 | 2 | 0 |

This is a table of timber undermeasure (Table Dimensions: L. 4.1cm; H. 1.5cm). This is continuous with the timber line and supplies values for 1 to 8 inches, which the rule cannot accommodate on the scale line.



Fig. 52. Drawing of the wooden folding rule (inv. No. 0010)
from site 35F. Left: Side B. Centre: Side A.



Fig. 53. Folding wooden rule from site 35F. Detail of hinge and inch scale on side A.



Fig. 54. Folding wooden rule from site 35F. Detail of hinge and scale on side B.



Fig. 55. Folding wooden rule from site 35F. Detail of side B scale.

**EXHIBIT A**



Fig. 56. Folding wooden rule from site 35F. Detail of table at foot of side B.

## B. Carpenters Tools & Shipwrecks

While navigational equipment and tools are relatively common on shipwrecks of the 16th to 18th centuries, such as the the Dutch East Indiamen the *Lastdrager* (1653), lost off Yell, Scotland, and the *Kennemerland* (1664), off the Shetland Islands, as well as on the Jutholmen wreck in the archipelago of Stockholm, Sweden (*c.* 1700),[54] rules of any form – wood, bronze, brass or ivory – are extremely rare. As Walker has emphasized:[55]

> "When we get back to the 17[th] century, however, the situation starts to become more interesting. The surviving tools… have a rarity value and, what is more intriguing, they lead us straight into the realm of pre-history. We have, as yet, no evidence whatever to tell us where the standardized forms, which had appeared in several countries by the end of the century, had originated, who has first made them or to what designs."

A range of navigational equipment on the Dutch East Indiaman the *Hollandia*, wrecked on the Isles of Scilly in 1743, included bronze dividers, an octant, bronze drawing compass and a small bronze case containing drawing instruments, including a small pair of bronze dividers and two folding rulers, one of bronze, the other of wood.[56] A folding rule on the steamship *Bertrand*, sunk in 1865 along the Missouri River, featured a

---

[54] Ingelman-Sundberg, C., 'Preliminary Report on Finds from the Jutholmen Wreck', *International Journal of Nautical Archaeology* 5.1 (1976), 57-71; Price, R. and Muckelroy, K., 'The Second Season of Work on the *Kennemerland* Site, 1973. An Interim Report', *International Journal of Nautical Archaeology* 3.2 (1974), 257-68; Sténuit, R., 'Early Relics of the VOC Trade from Shetland. The Wreck of the Flute *Lastdrager* Lost off Yell, 1653', *International Journal of Nautical Archaeology* 3.2 (1974), 213-56.

[55] Walker, P., 'Tools of the *Mary Rose*', *Tools and Trades History Society Newsletter* 2 (1983), 20-30.

[56] Marsden, P., 'The Dutch East Indiaman *Hollandia* Wrecked on the Isles of Scilly in 1743. 3. Arch Report, 3. Archaeological Report', *International Journal of Nautical Archaeology* 4.2 (1975), 287.

circular brass hinge and edges protected by strips of brass. As on the site 35F artifact, this rule was incised numerically 1-12 on one arm (and 13-24 on the other). Additional marked units include 1/2-inch and 1/4-inch increments on one side and 1/10[th] and 1/12[th]-inch increments on the other.[57]

A 1ft-long wooden measuring stick was recovered off Western Australia from the Dutch East Indiaman the *Vergulde Draeck*, lost in 1656.[58] It adheres to the Amsterdam foot of 283mm and displays no sign of a hinge or folding capability. A wooden ruler far later than the 35F example has been excavated from the *Maidstone*, a British man-of-war lost in 1747 off Noirmoutier, France.[59] The wreck of Imperial Russia's 32-gun frigate *Nicholas*, lost on 9 July, 1790, in the battle of Svensksund, Finland, was rich in navigational equipment, including a telescope, compass bowl and a sophisticated sector rule with legs of bone and a brass joint incised with lines of sines, tangents, secants and polygons. In conjunction with a pair of dividers, this sophisticated tool was used to solve problems involving nautical triangles in plane or Mercator sailing.[60] Sir John Franklin's final expedition of 1845-48 abandoned a folding wooden carpenter's rule on King William Island with a brass center hinge and steel reinforcements at the ends, its arms held together when shut with two steel pins. However, no other folding wooden rule has been identified on a shipwreck of the 17th century.

## C. Cultural Context

Navigational and nautical equipment witnessed a leap in mathematical and technological sophistication during the late Renaissance, especially the decades 1610-80. In 1614, John Napier discovered the logarithm that made it possible to perform multiplications and divisions by addition and subtraction. The spyglass, later known more familiarly as the telescope, evolved in the early 17th century, followed by the barometer in 1643. Between 1620 and 1630, William Oughtred of Cambridge invented the circular slide rule. In 1671 the first of four volumes of *The English Pilot* appeared, covering Europe, the Far East, and North America. The constellation *Sextans Uraniae* was identified around 1680 by the Polish astronomer Johannes Hevelius, who went on to devise an astronomical map of seven constellations, interpreted using a 6 feet radius brass sextant.[61]

The folding rule represented a pivotal phase in the transformation of surveying practices from direct measurement using rods and lines to more mathematically sophisticated techniques. It stands at the beginning of the precision instrument making trade. When the *Mary Rose* foundered in 1545, she carried the original and elementary form of carpenter's rule, a single piece of straight oak, 2 foot long, incised with inch scales and a timber measure to calculate cubic content of timber. This rule is characterized by an absence of

---

[57] Corbin, A., *The Material Culture of Steamboat Passengers. Archaeological Evidence from the Missouri River* (New York, 2000), 81.

[58] Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 236-7.

[59] de Maisonneuve, B., 'Excavations of the *Maidstone*, a British Man-of-war Lost off Noirmoutier in 1747', *International Journal of Nautical Archaeology* 21.1 (1922), 22.

[60] Ericsson, C.F., 'The Instruments from Her Imperial Majesty's Frigate *Nicholas*', *International Journal of Nautical Archaeology* 4.1 (1975), 67.

[61] R. Bud and D.J. Warner (eds.), *Instruments of Science: an Historical Encyclopedia* (New York, 1998).

numerals; instead, graduations were denoted graphically using circles and arcs.[62] The *Mary Rose*'s rule is astonishingly the only single complete British tool of the 16th century allegedly known.[63]

The invention of the two-armed and hinged folding rule form discovered on site 35F is credited to Humfrey Cole (died 1591), who pioneered an all-brass tool in his workshop located amongst the bookstalls of St Paul's Churchyard. Cole's rare prototype became the standard for later instruments and by the mid-17[th] century a variety of formats were available.[64] Simultaneously, Richard More became concerned by imprecise recording in woodworking, an issue that he addressed through mathematical fine-tuning in his *The Carpenter's Rule* of 1602:

> 'After I had long considered, and that not without some griefe, the great losse that commeth to those of my Company and others, by errors ordinarily committed in measuring of timber… and so to have desired you in all charity to have provided a remedie… And when I did also see, that most men are very ignorant in true measure, though they seeme and professe to know much therein; and did also remember that not only Carpenters in this Citie doe in this sort erre, but also Carpenters elsewhere, as also Shipwrights & others, and that throughout the whole land… The best course that I could thinke upon, was, to publish some booke, wherein not only true measure should be set downe, but also the common errors plainly laid open to the capacitie of the simplest, so that all men might take knowledged thereof.'

Notably, More's guide does not specifically mention folding rules, perhaps indicating that the form was yet to enter mainstream production. Soon after the mid-17[th] century, though, George Atwell's *The Faithful Surveyor* of 1662 emphasized that "I would have the Rule (whether it be of box, or of brass; whether jointed in the middle, or streight out) to be just two foot long." This is the exact form present on the shipwreck site 35F, which was standardized in the 17th century.

### D. Function

On site 35F's wooden folding rule, the side B timber and board measure was used for measuring areas and volumes. This particular format was established during the 17th century as an adaptation of a design first published by Leonard Digges in 1556.[65] The

---

[62] Knight, R., 'A Carpenter's Rule from the Mary Rose', *Tools and Trades* 6 (1990), 43-55.

[63] Walker, P., 'Tools of the *Mary Rose*', *Tools and Trades History Society Newsletter* 2 (1983), 21.

[64] Johnston, S., 'Reading Rules: Artefactual Evidence for Mathematics and Craft in Early-Modern England'. In L. Taub and F. Willmoth, *The Whipple Museum of the History of Science. Instruments and Interpretations, to Celebrate the Sixtieth Anniversary of R.S. Whipple's Gift to the University of Cambridge* (Whipple Museum, 2006), 233-53.

[65] Knight, R., 'The Carpenter's Rule', *Newsletter of the Tools and Trades Society* 20 (1988), 12-19. For the 16th-century development, see also Johnston, S., 'The Carpenter's Rule: Instruments, Practitioners and Artisans in 16th-century England'. In G. Dragoni, A. McConnell, G.L'E. Turner (eds.), *Proceedings of the Eleventh International Scientific Instrument Symposium* (Bologna, 1994), 39-45. For a detailed study of an unusual straight carpenter's rule of 1635, see Johnston, S., 'Reading Rules: Artefactual Evidence for Mathematics and Craft in Early-modern England'.

complete instrument would have had a board line running from 7 to 36, with a table of undermeasure from 1 to 6 inches at the end of the other leg. The timber line would run on to 36 on the other leg, terminating 1 1/3in from the end.[66]

The logarithmic line of numbers was published by Edmund Gunter in the 1620s. In the form found on the site 35F wooden rule, which appeared on a range of instruments in the 17th century, it was used with a pair of dividers or compasses as a general purpose calculator – in effect, a slide rule. The most distinctive scales are those marked C and D. They would have been used with compasses or dividers and are interrelated. If the circumference of a log had been measured with string, the scales provided the diameter without calculation or vice versa. These scales would have been matched by another pair on the missing leg, most likely labelled SE for Square Equal and SW for Square Within. Given any one of these four dimensions, the others would have been determined without arithmetic.

For example, to find the diameter of a log with a circumference of 108in, one foot of a pair of dividers would have been first placed on the 100 mark of C, and the other foot extended to the 8 division on the subdivided segment. Keeping the separation of the dividers, this length would have been transferred to the D scale so that one foot is on a numbered division and the other is in the subdivided segment: the rule would then show about 34½in as the diameter. The C scale is simply the D scale multiplied by $\pi$ (pi), since $C = \pi D$. The approximation used here is not the standard one of 22/7, but a less accurate one of about 3 1/8. (The disparity is easily seen from the scales. When 22/7 is used, the divisions for 100 and 30 coincide since, taking account of the subdivided segments, they actually represent 110 and 35.)

The SE and SW scales were constructed in a similar way. The square equal provided the side of a square whose area equalled the circle defined by the circumference; squaring this value (easily done with the logarithmic line) provided the cross-sectional area of the circular log. The square within (also known as the inscribed square) gave the side of a square, which fitted within the circle, and hence provided an indication of the usable timber that could be extracted from the log.

The presence of these scales furnish the best clue for dating the instrument. They were first referred to in print by the mathematical instrument maker John Brown in 1661, who provided an explanatory diagram. Brown's discussion was introduced without fanfare as simply 'The use of four scales, called Circumfence [sic], Diameter, Square equal, Square inscribed'. This brief account appeared at the end of a chapter titled 'The use of certain lines for the mensuration of superficial and solid bodies, usually inserted on Joynt-Rules for the use of Work-men, of several sorts and kindes', which suggests that the scales were already known.[67]

---

In L. Taub and F. Willmoth (eds.), *The Whipple Museum of the History of Science: Instruments and Interpretations* (Cambridge, 2006), 233-53.

[66] The 'Function' section derives directly from Johnston. S., *A Carpenter's Rule from Odyssey Marine Exploration's Shipwreck Site 35F* (Museum of the History of Science University of Oxford, 2009).

[67] John Brown, *The Description and Use of a Joynt-Rule* (London, 1661), 87, 107-8.

**EXHIBIT A**

There is, however, some evidence from surviving instruments that the scales could have been a relatively recent innovation. The Science Museum in London holds an instrument manufactured to the same design as the site 35F example, which is dated by an inscription on the object to 1659 (inv. No. 1954-292). The four scales are fully labelled as circumference, diameter, square equal and square within. This suggests a degree of unfamiliarity that had evidently been overcome by the time of the abbreviated C and D of the 35F example.

The Science Museum example is the earliest currently known example with all four scales. A unique instrument exists, however, in the National Museums Scotland, Edinburgh, which displays three of the scales (inv. no. 1978-92). This is a 3-foot, three-fold brass carpenter's rule, evidently made in London but inscribed '1655 Robert Trollap of yorke free mason'. Like the 35F example, it is for board and timber measure and also has an inch scale and a double radius logarithmic line of numbers. It has three unlabelled scales for circumference, diameter and square equal.

Prior to their introduction as scales on rules, the problem of the interrelation of these four dimensions had been treated as a topic for the logarithmic line of numbers. When first announcing the logarithmic line in 1623, Edmund Gunter provided problems interrelating the circumference, diameter and square equal.[68] Presumably Gunter was the inspiration for the scales on the 1655 instrument now in Edinburgh. In 1645, Edmund Wingate expanded Gunter's logarithmic problems to include the inscribed square, and he was followed in 1656 by John Brown in a book on a straight, 2-foot carpenter's rule.[69] Brown, therefore, may have been responsible for the instrument pattern that the 35F example follows.

In terms of longevity, the characteristic set of four scales was mentioned as an optional extra for joint rules by John Brown in 1677, and they were still current in 1688 when he added their use to a new impression of his *The Description and Use of the Carpenters-Rule*.[70] The latest dated example of an instrument currently known is 1685.

---

[68] Edmund Gunter, *De sectore & radio. The Description and Vse of the Sector in Three Bookes. The Description and Vse of the Cross-Staffe in other Three Bookes* (London, 1623), 35-6.

[69] Edmund Wingate, *The Use of the Rule of Proportion in Arithmetique and Geometrie* (London, 1645), 65-6, and John Brown, *The Description and Use of the Carpenters-Rule together with the Use of the Line of Numbers (inscribed thereon) in Arithmatick and Geometry* (London, 1656), 53-5.

[70] Brown contributed 'A Supplement, Containing the Description and some Uses, of a convenient Two-foot Joynt-Rule: Upon which are inscribed divers Lines and Scales, sutable to all sort of Artificers occasions' to William Leybourn's *The Line of Proportion, commonly called Gunter's Line, made easie. A Second Part* (London, 1677). The separately paginated supplement relates that "On the spare place is set the scales for Diameter, Circumference and Square equal and inscribed; or a Tide-table of 24 hours, and the Moons age, or any thing else thought convenient" (p. 17). The use of the four scales was added to John Brown, *The Description and Use of the Carpenters-Rule: together with The Use of the Line of Numbers commonly called Gunter-Line* (London, 1688), sig. A3r and at the end of chapter 1.

### E. Preliminary Conclusions

The following comments are based on the underlying acceptance that wooden folding rules are relatively rare on land and underwater due to their medium and that the available comparative database is currently biased by very low levels of preservation. No progressive typology is currently available.

1. Odyssey's site 35F folding wooden tool was used for measuring timber and planking in general shipboard and shipyard situations. It should not be mistaken for a gunner's folding rule designed to measure the inclination of cannon barrels and the distance to the target.

2. The publication of John Brown's *The Description and Use of the Carpenters-Rule…* in 1656, including direct reference to the use of a 2-foot carpenter's rule, serves as a chronological touchstone for the tool's widespread availability.

3. The earliest archaeological comparison manufactured to the same design as the site 35F folding rule is an example in the Science Museum, London, dated to 1659.

4. George Atwell's *The Faithful Surveyor* confirms that the folding ruler was in production by 1662.

5. Typologically, site 35F's folding wooden ruler arm pre-dates the more sophisticated brass and ivory variants recorded on the shipwrecks the *Hollandia* (1743), the *Nicholas* (1790) and the *Bertrand* (1865).

6. The absence of a brass hinge and brass edge protectors favors a pre-18th century date.

7. The research of Dr Stephen Johnston, Curator of the Museum of the History of Science at Oxford University, suggests that the artifact was probably made in the mid to late 17th century.

8. Wooden folding rules are commonly inscribed with the date of production and name of the manufacturer. Regrettably, this key information must have been placed along the missing rule arm. However, each of the 12in on side A measure between 2.5-2.55cm (with the exception of the 3-4in increment, which measures 2.6cm). This coincides with the English inch of 2.54cm length,[71] but not the Prussian inch of 2.46cm or the French *pouce* of 2.71cm.[72] The Dutch inch seems to have varied from region to region: 2.57cm in Amsterdam, 2.61cm in Rijnland

---

[71] de Maisonneuve, B., 'Excavations of the *Maidstone*, a British Man-of-war Lost off Noirmoutier in 1747', *International Journal of Nautical Archaeology* 21.1 (1922), 22; Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 237.
[72] Young, R.A. and Glover, T.J., *Measure for Measure* (Littleton, CO, 1996).

and 2.7cm in Gelderland. The current consensus points towards English manufacture for site 35F's folding rule. Johnston's independent study also defines its design and scales as "characteristically English".

## 8. Other Finds

Site 35F has been heavily stripped of its lower wooden hull, cargo and domestic assemblage. Except for two patches of lead sheathing and copper cauldrons, the bulk of the highly limited surviving artifacts were excavated from the southern half of the site (the bows), where they were clustered amongst the cannon (C11 to the north and C33 to the west), as well as 5m east and 13m south of the visible wreck.

The typically ubiquitous pottery assemblage encountered on the majority of wreck forms is restricted to five body sherds and two base fragments (Figs. 11-12, 57-59). None are sufficiently preserved to be typologically diagnostic. Just six brick fragments (10.0 x 6.5cm maximum and 3.0-6.5cm thick) from the galley hearth were retrieved from the site (Figs. 26-27).



Fig. 57. Pottery base 0008 from site 35F (base diam. 13.1cm; body th. 0.5cm, base th. 0.9cm).



Fig. 58. Potsherd 0046 from site 35F (13 x 13 x 1cm).



Fig. 59. Potsherd 0045 from site 35F (28 x 11 x 2cm).

**EXHIBIT A**

## A. Smoking Pipe



Fig. 60. Tobacco pipe bowl 0029 (H. 4.5cm). (Photographed under ultraviolet light.)

The bowl of a tobacco pipe (T7a35f-5-06-0029-CP) was recovered from between frames and plank seams grid in area S21 (H. 4.5cm, max diam. 1.3cm). The stem is broken at the bottom of the bowl and the spur is further damaged (Fig. 60). Rouletted milling made with a piece of braided twine or fine rope is present near the lip of the bowl (Fig. 61). The pipe's colour ranges from black to dark green/dark grey, which may not be original but the result of heat, discoloration and staining. Marine growth near the bowl lip suggests that the pipe once lay on the wreck's surface before ending up buried beneath sediments.

Without more distinctive decoration or a recognized maker's stamp, this pipe type does not have a tight chronological range. Examples with comparable rouletted milling near the lip of the bowl are known from the wrecks of the *Swan*, lost off Duart Point, Scotland, in 1653, the *De Liefde* of 1711 recorded off the Out Skerries of northern Scotland, and the Dutch East Indiamen the *Adelaar*, which foundered off the Outer Hebrides, Scotland, in 1728.[73] The shape is replicated on an example excavated from the *Vergulde Draeck,* another Dutch East Indiaman that went down off Western Australia in 1656.[74]

Examples reflecting the same date range are common across England. A pipe from a pit at Bankside Power Station is associated with Delft and Metropolitan slipware dating between *c.* 1650 and 1670. Examples from a rubbish pit at Crook Street in Chester display a slightly wider range of *c.* 1660-90. Exactly the same date is provided by pipes excavated in York, while those from Stamford in Lincolnshire continue to 1710. Smoking pipe heads excavated in Farham have been attributed to *c.* 1717-45. The latest dated

---

[73] Bax, A. and Martin, C.J.M., '*De Liefde.* A Dutch East Indiaman Lost on the Out Skerries, Shetland, in 1711', *International Journal of Nautical Archaeology* 3.1 (1974), 85, fig. 6D; Martin, C.J.M., 'The Cromwellian Shipwreck off Duart Point, Mull: an Interim Report', *International Journal of Nautical Archaeology* 24.1 (1995), 23; Martin, C.J.M., 'The *Adelaar*: a Dutch East-Indiaman Wrecked in 1728 off Barra, Outer Hebrides, Scotland', *International Journal of Nautical Archaeology* 34.2 (2005), 204.

[74] Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 157-8.

assemblage containing the site 35F pipe type from Whieldon in Stoke-on-Trent provides parameters of 1740-50.[75]

Thus, a largely southern English distribution and broad chronology of the mid 17th to mid 18th century exists for the form, albeit with a notable concentration between *c.* 1660 and 1690.



Fig. 61. Milling treatment that appears to be a rope pattern on the tobacco pipe bowl.

[75] Davey. P., 1979, *The Archaeology of the Clay Tobacco Pipe. 1. Britain: the Midlands and Eastern England* (BAR British Series 63, Oxford), 69, 207, figs. 1, 3; Davey. P., 1980, *The Archaeology of the Clay Tobacco Pipe. 3. Britain: the North and West* (BAR British Series 78, Oxford), 79, fig. 16; Davey. P., 1981, *The Archaeology of the Clay Tobacco Pipe. 6. Pipes and Kilns in the London Region* (BAR British Series 97, Oxford), 243, fig. 2; Davey. P., 1985, *The Archaeology of the Clay Tobacco Pipe. 9. More Pipes from the Midlands and Southern England* (BAR British Series 146, Oxford), 16, 284, figs. 2 and 16.

**EXHIBIT A**

*B. English Bottle Bases*

Two sherds and three bases (artifact nos. 0004, 0032 and 0038) from free blown, thick-walled green and black glass wine bottles with large disk or glass tipped pontil scars were recovered from the southeastern end of site 35F and 10m south of cannon C29 (Fig. 10). All are heavily corroded:

- Art. no. 0004: base diam. 10.0cm, body th. 0.2cm, base th. 0.9cm (Fig. 60).
- Art. no. 0032: base diam. 7.8cm, body th. 0.6cm, base th. 1.0cm (Fig. 63).
- Art. no. 0038: base diam. 9.5cm, body th. 0.6cm, base th. 1.0cm (Fig. 64).

The form is common on 17th-century shipwrecks, including the *Dartmouth*, lost off Mull, Scotland, in 1690, from which a spectrum analysis of one base revealed traces of the lees of a Bordeaux type red wine. Necks and bases excavated from the fifth-rate Royal Navy frigate *Sapphire* can be dated to 1696 or slightly earlier, while one base (5.0cm diam) was recovered from the Danish frigate *Mynden* lost in 1719 off the island of Rügen in Mecklenburg-Vorpommern, northern Germany.[76]

A 5 x 5cm and 0.3cm thick aqua blue glass sherd (no. 0049) with a faint, blowpipe type pontil scar from site 35F comes from the base of a square case bottle, possibly similar to those excavated from the wrecks of the *Dartmouth* and *Sapphire*.

Round-base English wine bottles such as 0004, 0032 and 0038 emerged onto the mass market between 1630 and 1650. In 1696, John Houghton's *Letters for the Improvement of Commerce and Trade* described the existence 88 glasshouses in England manufacturing flint, green and ordinary glass, 24 of which were in and about London and Southwark. Nine of the latter produced bottles.[77]

Typologies are based exclusively on rim, neck and body shape profiles, diagnostic features that are missing from the 35F assemblage. Within the several comparable typological schemes proposed by well-dated contexts, they may be broadly attributed to McKearin and Wilson's Types 1-3 of *c*. 1630-90. Bases 0032 and 0038 display close affinities with Van den Bosche's Type 2 with its strongly rounded base of 1640-1660, while the slightly wide 0004 with its angular profile and high base kick is closest to Type 3 of 1660-1675. Base 0004 is suggestive of Morgan's Type 3 bottle of *c*. 1670-1680.[78]

---

[76] Auer, J., 'Fregatten Mynden: a 17th-century Danish Frigate Found in Northern Germany', *International Journal of Nautical Archaeology* 33.2 (2004), 275-6; Barber, V.C., 'The *Sapphire*, a British Frigate, Sunk in Action in Bay Bulls, Newfoundland, in 1696', 310; *International Journal of Nautical Archaeology* 6.4 (1977), fig. 5; Holman, R.G., 'The *Dartmouth*, a British Frigate Wrecked off Mull, 1690. 2. Culinary and Related Items', *International Journal of Nautical Archaeology* 4.2 (1975), 258-9.

[77] Morgan, R., *Sealed Bottles. Their History and Evolution (1630-1930)* (Burton-on-Trent, 1980), 14; Tyler, K. and Willmott, H., *John Baker's Late 17th-Century Glasshouse at Vauxhall* (MoLAS Monograph 28, London, 2005), 10-11.

[78] McKearin, H. and Wilson, K.M., *American Bottles and Flasks and their Ancestry* (New York, 1978), 52-3; Morgan, R., *Sealed Bottles. Their History and Evolution (1630-1930)* (Burton-on-Trent, 1980), 24-5; Van den Bosche, W., *Antique Glass Bottles. Their History and Evolution (1500-1850). A Comprehensive, Illustrated Guide with a World-wide Bibliography of Glass Bottles* (Suffolk, 2001), 30.

**EXHIBIT A**

All of the site 35F bases find identical shapes within the corpus of bottles manufactured in John Baker's glasshouse at Vauxhall in London, excavated by the Museum of London Archaeological Service. This assemblage demonstrates that both bases with low and high kicks were manufactured simultaneously and are not typologically variable. With its angular side and high kick, base 0004 is identical to the G21 green glass shaft and globe example (base diam, 6.4cm), dated to *c*. 1650-1680. Narrow base varieties of *c*. 1650-80 with low base kicks include G22-G23 (base diam.5.2-5.8cm). Both site 35F bases 0038 and 0032 resemble the base and globe profile of G29, again dated to *c*. 1650-80 (base diam. 5.0-7.8cm).[79] At 7.8-10.0cm diameter, it must be acknowledged that the wreck's bases are significantly wider.

The site 35F bases can be attributed to the middle period of John Baker's Vauxhall glasshouse's production, before it went into disuse in 1704 and was demolished in 1706. However, the factory only started to operate some time between 1663 and 1681. Earlier styles are thus unavailable with which to compare these later variants. The ship's bottles also appear to be narrower than those used on the Norwegian frigate *Lossen*, lost of Sweden in 1717.[80]



Fig. 62. Base of glass bottle 0004 (diam. 10.0cm).

---

[79] Tyler, K. and Willmott, H., *John Baker's Late 17th-Century Glasshouse at Vauxhall* (MoLAS Monograph 28, London, 2005), 71-72.
[80] Molaug, S., 'The Excavation of the Norwegian Frigate *Lossen*, 1717'. In M. Bound (ed.), *Excavating Ships of War* (Oswestry, 1998), 164-5.



Fig. 63. Base of glass bottle 0032 (diam. 7.8cm).



Fig. 64. Base of glass bottle 0038 (diam. 9.5cm).

### C. Copper Basin Bases



Fig. 65. Nested copper basins *in situ* on the surface of site 35F.

Although heavily damaged, four copper artifacts found stacked inside each other (art. no. 0001), 11m southeast of cannon C28 (Fig. 10), appear to be basins or cauldron/kettle bases whose upper surfaces no longer survive. The vessels' sides taper faintly inwards towards the bases, which exhibit concentric circles:

T7a35f-5-06-0001-UN Dimensions (Fig. 66):
- Total H. of all stacked basins 8.1cm.
- H. of lower basin 5.0cm.
- Diam. 23.4cm.
- Total concerted Th. 4.6cm.
- Th. basin A 1.03cm; Th. basin B 0.89cm; Th. basin C 0.96cm, Th. basin D 1.08cm.

Although ship's cooking cauldrons used in galleys, such as an example from the Danish frigate *Mynden* (50cm diam.), lost in 1719 off the island of Rügen in Mecklenburg-Vorpommern, northern Germany,[81] are typically twice the diameter of the site 35F examples, two typologically comparable cauldrons are associated with the Danish

---

[81] Auer, J., 'Fregatten Mynden: a 17th-century Danish Frigate Found in Northern Germany', *International Journal of Nautical Archaeology* 33.2 (2004), 274.

merchant vessel the *Sainte Dorothea*, lost in 1693 at Villefranche-sur-Mer, near Nice, France. Her cauldrons (diams. 54.5cm and 57cm, H. 61.5cm and 55.5cm) are flat-based with vertical side surmounted by two handles at the top and an everted bead rim. One is inscribed with the date '1655', implying prolonged use at sea over nearly four decades.[82] Another comparable kettle (diam. 40cm, H. 43cm) with heavy rivets along the sides has been excavated from the *Swan* off Duart Point, Scotland,[83] and an identical example (H. 38.8cm, base diam. 35.0cm) is associated with the *Vergulde Draeck*, a VOC merchant vessel lost off Western Australia in 1656.[84] The function and date of the 35F examples remain undetermined.



Fig. 66. Stacked copper basins (with base at top) from site 35F (H. 8.1cm, diam. 23.4cm).

## 9. Conclusion

Odyssey Marine Exploration's site 35F is an interesting shipwreck containing a unique, albeit sparse, assemblage of artifacts. It is the Westernmost example found associated with a cargo of ivory and *manilla* bracelets. Pre-dating the Saint-Quay-Portrieux wreck of 1711 or 1719 off Brittany, it is also currently the earliest known such wreck. The site has also yielded the earliest folding wooden rule discovered on any wreck to date.

[82] L'Hour, M., 'The Wreck of a Danish Merchant Ship, the *Sainte Dorothea* (1693)', *International Journal of Nautical Archaeology* 22.4 (1993), 317.
[83] Martin, C.J.M., 'The Cromwellian Shipwreck off Duart Point, Mull: an Interim Report', *International Journal of Nautical Archaeology* 24.1 (1995), 24, fig. 17; Martin, C., 'A Cromwellian Shipwreck off Duart Point, Mull: an Interim Report'. In M. Bound (ed.), *The Archaeology of Ships of War* (Oswestry, 1995), 42.
[84] Green, J.N., *The Loss of the Verenigde Oostindische Compagnie Jacht Vergulde Draeck, Western Australia in 1656* (BAR Int. Series 36(i), Oxford, 1977), 199.

At this point, an inadequate set of material culture exists with which to pinpoint the date of the ship's loss. Neither the *manilla* bracelets nor the ivory tusks are typologically sensitive. The three most promising dating criteria offer the following chronological parameters:

- The wooden folding rule, which is not inscribed with a date: mid to late 17th century, with a possible focus of manufacture in the 1670s or 1680s.

- A generic form of smoking pipe with no maker's mark: mid 17th to mid 18th century with a notable *floruit* between *c.* 1660 and 1690.

- Three glass bottle bases: 1630-90 with close parallels to products manufactured in Vauxhall in London between the mid to late 17th century.

At present, the meager evidence is suggestive of a date towards the mid to late 17th century for the loss of the shipwreck at site 35F.

In terms of the ship's form, cultural background and trade orbit, the wooden rule, smoking pipe and glass bottle bases all point towards an English nationality. In particular, the English formula used on the folding rule almost certainly reflects the nationality of the carpenter who owned it and thus the lines of the ship that he was employed on to keep in working order. In the same way, the 1-foot rule found on the Dutch East Indiaman the *Vergulde Draeck* (1656) relied on the Amsterdam foot. Cannon marked 'AVOC' towards the first trunnion also reflected the origins of Dutch East Indiamen.

The vessel itself seems to have been an armed merchantman. Some 36 iron cannon characterize the wreck nucleus, while a further 12 guns have been located to the south and north. A total of 48 cannon is an extensive set of ordnance, which is unlikely to have served exclusively to protect the ship during her trading ventures. Between 1602 and 1655, for instance, Dutch East Indiamen were equipped with a great variety of armaments. A large fleet vessel such as the *Anisterdain*, crewed in 1604 with about 170 sailors and 50 soldiers, was armed with 40 cannon.[85]

Similarly, the VOC *De Liefde*, lost on the Out Skerries, Shetland, in 1711, was 166ft long (50m) with a beam of 44ft (13m) and carried a cargo of 250 *lasten* (500 tons). The ship carried an armament of 40 guns, comprised of ten iron 12-pounders, two bronze eight-pounders, 18 iron eight-pounders, and 10 smaller guns.[86] In general, a vague Dutch East Indiaman company rule of 1630 stated that all large outgoing ships should carry 32 guns (24 iron, six brass and two minions), while smaller ships would carry 20 iron guns and four brass guns.[87] Site 35F's cannon quantity also exceeds the 30 examples mounted on

---

[85] Kist, J.B., 'The Dutch East India Company's Ships' Armament in the 17th and 18th Centuries: an Overview', *International Journal of Nautical Archaeology* 17.1 (1988): 101-102.

[86] Bax, A. and Martin, C.J.M., '*De Liefde.* A Dutch East Indiaman Lost on the Out Skerries, Shetland, in 1711', *International Journal of Nautical Archaeology* 3.1 (1974): 82 .

[87] McBride, P. and Whiting, D., 'The Wreck of the Dutch East Indiaman *Campen* on the Needles Rocks, Isle of Wight, 1627-Part 1. Artefacts', *International Journal of Nautical Archaeology* 14.1 (1985): 15.

the 435-ton, 90ft long and 30ft wide English East Indiaman the *Royal Katharine*, launched from Blackwell yard in 1662.[88]

A collection of 48 guns is significant even by Royal Navy standards and especially so for a merchantman. Between the mid to late 17th-century, fourth-rate warships were equipped with 50 guns, fifth-rates 32-50 guns and sixth-rates up to 32 guns.[89] Fourth- to sixth-rates were not used in lines of battle, but as support vessels, yet it would be abnormal for a merchant vessel carrying elephant tusks to be armed with as much ordnance as the 36 guns on the fifth-rate *Dartmouth* (keel length: 24.4m), lost in 1690.[90]

A major problem of distinguishing between what percentage of cannon on site 35F was shipboard weaponry as opposed to cargo is the complexity of determining the vessels length. Its 26.1m-long keel mirrors that of a Baltic trader found in the Wadden Sea, Netherlands, and lost *c.* 1593, whose total ship length has been estimated at just over 30m.[91] However, neither the stem nor the sternpost or associated scarfs in the keel are evident on site 35F, which leaves the issue of the ship's reconstructable length unresolved. Consequently, the remains at the site serve only to provide a minimum length of the ship, and it is possible that a significant piece of the stern section could have been separated from the rest of the hull either at the time of loss or as a result of later impacts.

In the absence of more concrete data, site 35F's length of 26.1m would be indicative of a medium-sized merchant vessel close in size to the 96ft-long *Dragon* wrecked on the Casquets close to Alderney in 1712.[92] In terms of volume, the presence of 48 iron cannon seems to be indicative of at least partial transport as cargo. This view is strongly reinforced by the parallel configuration of cannon C3-C9, which overlie the keel in a regularly stowed fashion towards the northern end (stern) of the wreck.

The commercial structure of site 35F's orbit can be theorized. *Manilla* bracelets were the currency of European trade with West Africa *par excellence*. They comprise one of the signature sets of material culture associated with the triangular trade between Europe, Africa and home via the Caribbean/Americas. The site also contains a second set of artifacts intimately related with such exchange – elephant tusks. It should also be emphasized that copper objects, such as the site's four nested cauldrons, are of a form that did also comprise a form of currency in this era. This theory may explain their odd shape and tight packing.

Despite its enormous fascination and importance, site 35F remains an enigma. It is possible that the site could represent the remains of the *Merchant Royal,* a heavily armed English merchantman lost in 1641 that had engaged in trade with the West Indies and

---

[88] Sutton, J., *Lords of the East. The East India Company and its Ships* London, 1981), 42.

[89] Cates, M. and Chamberlain, D., '*Stirling Castle,* 1703. In M. Bound (ed.), *Excavating Ships of War* (Oswestry, 1998), 127.

[90] Martin, C.J.M., 'The *Dartmouth,* a British frigate Wrecked off Mull, 1690 5. The Ship', *International Journal of Nautical Archaeology* 7.1 (1978): 29-30.

[91] Manders, M.R., 'The Mysteries of a Baltic Trader'. In C. Beltrame (ed., *Boats, Ships and Shipyards. Proceedings of the Ninth International Symposium on Boat and Ship Archaeology, Venice 2000* (Oxford, 2003), 320.

[92] Bound, M. and Gosset, P., '*The Dragon*, 1712'. In M. Bound (ed.), *Excavating Ships of War* (Oswestry, 1998), 150.

recently taken on a commercial cargo of merchandise in Cadiz, Spain. However, while evidence suggests that this is probably a heavily armed English merchantman, artifacts from the site that can be dated tend to suggest a slightly later date and are also suggestive of a ship that may have been engaged in African trade.

Until an artifact that serves to conclusively identify the ship is discovered, or additional artifacts are uncovered that correlate with the identity of a shipwreck lost in the area, the ultimate identity of this site will remain a mystery.