# EXHIBIT B



## 35-F 2006 Artifact Storage Log

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0001-UN | Unknown | None | Four nested items. They appear to be shallow copper pans with tapering sides, and a pattern on the bottom exhibiting concentric rings. | |
| T7a35f-5-06-0002-OR | Other | Other | Ballast Stone | |
| T7a35f-5-06-0003-CS-FT | Ceramics | Fragment | | |



| | | | 35-F 2006 Artifact Storage Log | |
|---|---|---|---|---|
| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
| T7a35f-5-06-0004-GL-FT | Glass | Fragment | Green glass base from onion bottle. Height of 0.50 cm is thickness of base | |
| T7a35f-5-06-0007-JL<br>T7a35f-5-06-0005-OR<br>T7a35f-5-06-0006-OR<br>T7a35f-5-06-0015-JL<br>T7a35f-5-06-0017-JL<br>T7a35f-5-06-0018-JL<br>T7a35f-5-06-0019-JL<br>T7a35f-5-06-0022-JL<br>T7a35f-5-06-0041-JL | Jewelry | None | Misc. bronze bracelets<br><br>*Photo is representative sample* | |
| T7a35f-5-06-0008-CS-FT | Ceramics | Fragment | Fragment base of an earthenware jar. Interior glazed | |

### 35-F 2006 Artifact Storage Log

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0010-NL | Ruler | Other | Incomplete carpenter's ruler; marked with at least three scales and one table in Arabic numerals. Two brass pins in one edge, and a brass bearing where it was hinged to a second piece | |
| T7a35f-5-06-0011-CN | Concretion | None | Heavily encrusted Iron object, unidentifiable | |
| T7a35f-5-06-0012-UN | Unknown | Other | Appears to be a piece of durable organic material with a length of 28.00 cm and a height of 2.00 cm | |



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| | | | **35-F 2006 Artifact Storage Log** | |
| T7a35f-5-06-0013-EO | Encrusted Object | None | Unidentified object concreted to a small stone | |
| T7a35f-5-06-0016-EO | Encrusted Object | None | Possible piece of standing rigging | |
| T7a35f-5-06-0020-UN | Unknown | None | Concreted Iron cylinder/tube. Most of iron has degraded, leaving mold | |



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0021-CN | Concretion | None | Amorphous Mass | |
| T7a35f-5-06-0023-MY-CB | Military | Cannon ball | Cannon ball, maximum diameter 8.5 cm | |
| T7a35f-5-06-0024-EO | Encrusted Object | None | Iron bar, apparently with square cross section. Metal mostly gone, leaving mold | |

35-F 2006 Artifact Storage Log



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0025-OR | Other | Other | Lead sheet, rectangular, with holes from square nails (3 x 3 mm) | |
| T7a35f-5-06-0026-CN | Other | None | Greenish grainy mass with black specks. Amorphous. Several pieces of 7 to 8 cm diameter stored | |
| T7a35f-5-06-0027-FR | Fiber | None | Fibrous material recovered from plank seams | |

35-F 2006 Artifact Storage Log



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| | | | **35-F 2006 Artifact Storage Log** | |
| T7a35f-5-06-0028-GL-FT | Glass | Fragment | Thick piece of dark green glass | 7a35f-5-06-0028-GL-FT |
| T7a35f-5-06-0029-CP | Clay Pipe | None | Narrow bowl with heel, no stamp, undecorated | T7a35f-5-06-0029-CP |
| T7a35f-5-06-0031-EO | Encrusted Object | None | Mold of iron object which has disintegrated | T7a35f-5-06-0031-EO |

## 35-F 2006 Artifact Storage Log

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0032-GL-FT | Glass | Fragment | Bottom of onion bottle, some encrustation. Height of 0.80 cm is thickness of bottom. | |
| T7a35f-5-06-0033-SF | Ship fitting | Other | Fragment of iron tube, encrusted, with some green corrosion product. | |
| T7a35f-5-06-0034-MY-CB | Military | Cannon ball | Small cannon ball, encrusted in matrix of wood and concretion | |

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0035-TH-AL<br>T7a35f-5-06-0044-TH-AL | Misc. Animal Teeth | Animal | Misc. small pieces | |
| T7a35f-5-06-0036-OR | Other | None | Fragment of lead sheet, function unknown | |
| T7a35f-5-06-0037-SF-LT | Ship fitting | Lead Sheet | Very heavy. No holes visible. Fragment of a square piece | |

### 35-F 2006 Artifact Storage Log



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| | | | **35-F 2006 Artifact Storage Log** | |
| T7a35f-5-06-0038-GL-FT | Glass | Fragment | Glass fragment | |
| T7a35f-5-06-0039-GL-FT | Glass | Fragment | Probable wall fragment from onion bottle. Height of 1.0 cm is thickness | |
| T7a35f-5-06-0042-CS-FT | Ceramics | Fragment | Badly crazed fragment of thin walled vessel, undecorated | |



## 35-F 2006 Artifact Storage Log

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0043-GL-FT | Glass | Fragment | Small fragment, probably from onion bottle | |
| T7a35f-5-06-0045-CS-FT | Ceramics | Fragment | Earthenware pottery sherd, glazed on interior. Concretion attached | |
| T7a35f-5-06-0046-CS-FT | Ceramics | Fragment | Undecorated earthenware body sherd | |

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0047-CS-FT | Ceramics | Fragment | Fragment of thick walled vessel, earthenware, glazed on interior | T7a35f-5-06-0047-CS-FT |
| T7a35f-5-06-0048-CS-FT | Ceramics | Fragment | Unglazed earthenware undecorated | T7a35f-5-06-0048-CS-FT |
| T7a35f-5-06-0049-GL-FT | Glass | Fragment | Bottom of square bottle with pontil mark | T7a35f-5-06-0049-GL-FT |

35-F 2006 Artifact Storage Log



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0050-CN | Concretion | None | Ring-shaped object, with possible spike | |
| T7a35f-5-06-0051-BK | Brick | None | Rectangular fragment, no identifying marks | |
| T7a35f-5-06-0052-OR | Other | None | Mineral sample | |

35-F 2006 Artifact Storage Log



| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0053-CS-FT | Ceramics | Fragment | Body sherd, earthenware, glazed on interior | |
| T7a35f-5-06-0054-CS-FT | Ceramics | Fragment | Undecorated earthenware rim fragment | |
| T7a35f-5-06-0055-CS-FT | Ceramics | Fragment | Undecorated earthenware body sherd | |

35-F 2006 Artifact Storage Log

## 35-F 2006 Artifact Storage Log

| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
|---|---|---|---|---|
| T7a35f-5-06-0056-SF-LT | Ship fitting | Lead Sheet | Trapezoidal strip with hole from square fastener at each end | T7a35f-5-06-0056-SF-LT |
| T7a35f-5-06-0057-MY-CB | Military | Cannon ball | Encrusted degraded cannon ball with modern nylon attached to concretion | T7a35f-5-06-0057-MY-CB |
| T7a35f-5-06-0058-CS-FT | Ceramics | Fragment | Possible brick fragment, no markings | T7a35f-5-06-0058-CS-FT |

**ODYSSEY**
MARINE EXPLORATION

| | | | 35-F 2006 Artifact Storage Log | |
|---|---|---|---|---|
| Artifact Number | Artifact-Type | Sub-Type | Artifact Description | |
| T7a35f-5-06-0059-CS-FT | Ceramics | Fragment | Possible brick fragment, no markings | T7a35f-5-06-0059-CS-FT |