# EXHIBIT C

1



Maritime and Coastguard Agency

Bay 1/07
Spring Place
105 Commercial Road
Southampton
SO15 1EG

United Kingdom

Mr John Oppermann
Odyssey Marine Exploration
5024 Nassau Street
Tampa
FL 33607
USA

Tel: +44 (0)23 8032 9476
Fax: +44 (0)23 8032 9477
E-mail: Alison.Kentuck@mcga.gov.uk

Your ref:
Our ref: TCA 7/9/19

05 February 2008

Dear Mr Oppermann,

**DROIT NO: 229/06-233/06 - UNIDENTIFIED WRECKS**

Further to our recent correspondence on this matter, I am writing to inform you that the Receiver of Wreck is now able to close the droits listed below. Following our investigations, the Receiver of Wreck has, so far, been unable to identify the current legal owners of the wreck material listed below. The statutory period in which an owner must come forward and prove ownership has elapsed, and no claims to ownership have been received. Therefore, in accordance with section 243 of the Merchant Shipping Act 1995, the Receiver of Wreck is able to offer title of the material listed below to Odyssey Marine Exploration, Tampa, Florida, in lieu of a salvage award.

Item(s) as listed and described by you:

**Droit No: 229/06** - 5 x Bracelets (brass). 4 x Encrusted objects. 1 x Nested brass pans. 1 x Fragment of wooden folding ruler. 1 x Ceramic fragment. 1 x Unidentified bone.

**Droit No: 230/06** - 1 x Encrusted object, 18 x 8.5cm. 1 x Encrusted object, 17.5 x 10.5cm. 1 x Bracelet, brass. 1 x Cannonball, dia 8.5cm. 1 x Encrusted object, 24 x 7cm. 1 x Lead sheet, 54.5 x 27cm. 1 x Lump of green mineral. 1 x Fibrous material, poss caulking. 1 x Glass fragment, 3.5 x 3cm. 1 x Clay pipe bowl.

**Droit No: 231/06** - 1 x Encrusted object, 8 x 5cm. 1 x Bottle bottom, 11.5cm dia. 1 x Metal fragment, 21 x 8cm. 1 x Encrusted cannonball, max dia 4.5cm. 4 x Spines, 2cm long. 1 x Lead sheet fragment, 12.5 x 5cm. 1 x Lead sheet fragment, 24 x 14.5cm. 1 x Bottle bottom, 12cm dia. 1 x Glass fragment, 15 x 9cm. 1 x Unidentified object, 28 x 12 x 2cm. 1 x Bracelet, brass. 1 x Ceramic fragment, 7 x 4.5cm.




INVESTOR IN PEOPLE



SUPPORTING
SEA VISION UK

An executive agency of the
Department for
Transport

| Droit No: 232/06 - | 1 x Glass fragment, 4 x 2.5cm. 4 x Spines, 3.5cm long. 1 x Ceramic fragment with attached encrustation. 1 x Ceramic fragment, 13 x 13cm. 1 x Ceramic fragment, 9 x 5cm. |
|---|---|
| Droit No: 233/06 - | 1 x Undecorated earthenware fragment, 15 x 9.7cm. 1 x Square aqua glass bottle bottom, 5 x 5cm. 1 x Concretion, w/ring shaped, 19 x 10 x 7cm. 3 x Brick fragments. 1 x Mineral sample, 8cm dia. 1 x Earthenware body sherd, glazed on interior. 1 x Earthenware rim fragment, 6.5 x 4cm. 1 x Earthenware body sherd, 4.5 x 3cm. 1 x Lead strip, 9+cm long. 1 x Cannonball, 12.5cm dia. 1 x Bone fragment. |

The Receiver of Wreck's responsibility for these items is now discharged and Droit numbers **229/06, 230/06, 231/06, 232/06** and **233/06** are now officially closed. Please look after this piece of Britain's maritime heritage. Please also note that this letter constitutes Odyssey Marine Exploration's proof of ownership for these items and should be kept for your files.

Please note that although on this occasion Odyssey Marine Exploration has been awarded legal title to these items in lieu of a salvage award, this refers to those items listed above only and in no way offers or implies any rights or ownership of the wreck on the seabed or to further items which might be recovered from these sites in the future. You are still required to report any future recoveries from these wrecks (if landed in the UK).

Following my letter to you of 21st January 2008, you requested some clarification with regard to droit numbers **217/05** to **222/05** as these droits apparently did not appear in your records. These droits refer to material recovered during Atlas Project surveys in 2005. They were submitted to the Receiver of Wreck by Mr Neil Cunningham Dobson on Odyssey's behalf. As I understand it, these items were landed in the UK, however, Odyssey did not report them to the Receiver and either intended to or already had taken them out of the country. Failure to report recovered wreck to the Receiver is a criminal offence punishable by a fine of up to £2500 per offence, loss of salvage award, and payment to the owner or person entitled to that material of double its value. If the content of these droits does not match your own records, please let me know.

Mr Dobson assured the Receiver that this was nothing more than a misunderstanding of UK legislation and reported all of the material in question to the Receiver as is required. I include for your information a copy of the Receiver's acknowledgement letter, which was sent both to Mr Dobson and to Odyssey Marine Exploration in November of 2005. Given that Odyssey has since submitted a number of completed Report of Wreck and Salvage forms, I assume that you are now acquainted with the legal obligations of wreck finders. However, if you have any questions regarding wreck and salvage law in the UK, please don't hesitate to contact me and I will be more than happy to discuss it.

As you know, Report of Wreck and Salvage forms can be downloaded from our website at www.mcga.gov.uk/row.

Yours sincerely,

**Alison Kentuck**
**Receiver of Wreck**