UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES - GENERAL
=================================================================================

CASE NO._____8:06-cv-1685-T-23MAP_____          DATE ___11/9/09_____

TITLE _____Odyssey Marine Exploration, Inc. vs. The Unidentified, Shipwrecked Vessel or Vessels
TIME _____1:41 a.m.- 2:13 p.m._____          TAPE__ digital _____

HONORABLE MARK A. PIZZO, U.S. MAGISTRATE JUDGE

Courtroom Deputy:  Allison Goodman Gold_____

Court Reporter: _____Sandra Lee_____

=================================================================================

Attorney(s) for Odyssey Marine Explorations, Inc:  Melinda MacConnel

Attorney(s) for Kingdom of Spain: James Goold

Attorney(s) for Keith Bray: Frank D. Butler

PROCEEDINGS:          Status Conference

* The parties updated the Court on the status of Odyssey's operations and the status of the case generally.

* The parties addressed the issue of how the case should proceed.

* Bray's and Odyssey's counsel are to discuss a new case management plan.