UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ODYSSEY MARINE EXPLORATION, INC.,

    Plaintiff,

v.                                            CASE NO: 8:06-cv-1685-T-23MAP

THE UNIDENTIFIED, SHIPWRECKED
VESSEL, its apparel, tackle,
appurtenances and cargo located within
center point coordinates 49', 25' N, 6',
00' W; Radius: 5 nautical miles,

    Defendant, in rem

and

THE KINGDOM OF SPAIN,

    Claimant.
_____/

KEITH BRAY,

    Intervening Plaintiff/Claimant,

v.

ODYSSEY MARINE EXPLORATION, INC.,

    Defendant.
_____/

## **ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the plaintiff's motion for partial summary judgment (Doc. 156) is **REFERRED** to Magistrate Judge Mark A. Pizzo for a report and recommendation.

ORDERED in Tampa, Florida, on November 12, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge