# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## IN ADMIRALTY

ODYSSEY MARINE EXPLORATION, INC.                  :
                                                  :
                    Plaintiff,                    :     CIVIL ACTION
              v.                                  :
                                                  :     Case No: 8:06-CV-01685-SDM-MAP
                                                  :
THE UNIDENTIFIED SHIPWRECKED VESSEL               :
its apparel, tackle, appurtenances and            :
cargo located within center                       :
point coordinates: 49° 25' N, 6° 00' W;           :
Radius: 5 nautical miles,                          :
                                                  :
                    Defendant.                    :
                    *in rem*                       :
and                                               :
                                                  :
The Kingdom of Spain,                             :
                                                  :
                    Claimant.                     :
_____/         :
                                                  :
KEITH BRAY,                                       :
                                                  :
              Intervening Plaintiff/Claimant,     :
              v.                                   :
                                                  :
ODYSSEY MARINE EXPLORATION, INC.,                 :
                                                  :
                    Defendant.                    :
_____/

## COURT REQUESTED LETTER MEMORANDUM OF LAW

Dockets.Justia.com

Plaintiff Odyssey Marine Exploration, Inc. ("Odyssey"), by and through its undersigned counsel, hereby submits this Memorandum of Law on issues as discussed at during the course of the November 9, 2009, status hearing in this case. During the course of the hearing,The the Court queried as to whether the Court could grant title to an unidentified shipwreck located in international waters. This will serve to supplement Odyssey's response.

## MEMORANDUM OF LAW

Judge Merryday actually granted title to Odyssey in this very case on May 30, 2007, with the order granting Odyssey's Motion for Default Judgment and directing the Clerk to "enter final judgment awarding the plaintiff title to the unidentified shipwrecked vessel, its apparel, tackle, appurtenances, and cargo." (Doc. 23.) Odyssey's motion was based on the Law of Finds as there were no claimants in the case (Doc. 22). *See Hener v. United States*, 525 F. Supp. 350, 356 (S.D.N.Y. 1981) ("The law of finds defines the circumstances under which a party may be said to have acquired title to ownerless property. Its application necessarily assumes that the property involved either was never owned or was abandoned. An owner may rebut that assumption by showing nonabandonment, and the law of finds accommodates this possibility by granting title to the finder against all the world except such an owner.") (Citations omitted.)

"General principles of maritime and international law dictate that an abandonment constitutes a repudiation of ownership, and that a party taking possession under salvage operations may be considered a finder under the doctrine of "animus revertendi," i.e., the owner has no intention of returning. Ownership in the vessel would then vest in the finder by operation of law." *Treasure Salvors, Inc. v. Abandoned Sailing Vessel*, 408 F. Supp. 907,

909 (S.D. Fla. 1976). (Citations omitted.) In *Treasure Salvors*, tThe District Order on Summary Judgment confirmed the previous award of title to *Treasure Salvors, Inc*. "Under the facts of this case, possession and title are rightfully conferred upon the finder of the res derelictae." *Id.* at 911.

On Appeal by the United States, the Fifth Circuit found that "the court below correctly applied the law of finds. Disposition of a wrecked vessel whose very location has been lost for centuries as though its owner were still in existence stretches a fiction to absurd lengths. The law of salvage does not contemplate a different result. Salvage awards may include the entire derelict property." *Treasure Salvors, Inc. v. Unidentified Wrecked & Abandoned Sailing Vessel*, 569 F.2d 330, 337 (5th Cir. Fla. 1978). (Footnotes omitted.) The District order was affirmed with a modification. *Id.* at 335-336 ("To summarize, the district court properly adjudicated title to all those objects within its territorial jurisdiction and to those objects without its territory as between plaintiffs and the United States. In affirming the district court, we do not approve that portion of its order which may be construed as a holding that plaintiffs have exclusive title to, and the right to immediate and sole possession of, the vessel and cargo as to other claimants, if any there be, who are not parties or privies to this litigation.") (Footnote omitted.) This modification is in keeping with the law of finds as described *supra*.

The Middle District has on three previous occasions entered orders awarding Odyssey title to shipwrecked vessels, etc., located in international waters; two of them are still unidentified. *See* 8:03-cv-1449-SDM (unidentified 19th century steamer) (Doc. 20); 8:03-cv-1450-RAL (unidentified 19th century merchant sailing vessel) (Doc. 17); and 8:03-cv-1668-

3

SCB (vessel ultimately identified as S.S. *Republic*) (Doc. 32). In the first two cases, no claimants came forward. In the case of S.S. *Republic*, Odyssey reached an agreement with claimant, Atlantic Mutual Insurance Company, who voluntarily dismissed its claim, and the prospective claimant, United States of America, declined to pursue its claim. Again, there were no claims of ownership right or interest.

At the time the Kingdom of Spain entered this case, Odyssey agreed not to oppose Spain's motion to vacate the Judgment in the interest of identifying and adjudicating any potential claim it may have had. (Doc. 28.) At the recent status hearing, however, Spain conceded that it no longer believes it has a basis to maintain a claim in the case, and presumably that claim will be dismissed.

Claimant Bray's claim is a contractual claim against Odyssey and its rights to the Merchant Royal, when and if Odyssey locates that vessel. (Doc. 74.) Although dependent upon the vessel being identified as the Merchant Royal, Bray's claim is not a claim against the vessel or artifacts themselves. Bray's claim will proceed to trial; but given the absence of any claimants asserting ownership rights to the shipwrecked vessel, its apparel, tackle, appurtenances, or cargo in this case, under the law of finds, the Court may grant Odyssey title.

Odyssey will file the appropriate motions with the Court. In the meantime, Odyssey respectfully provides this information to address the Court's inquiries raised at the status conference.

Date: _Nov. 16, 2009_

Respectfully submitted,

_Allen von Spiegelfeld – FBN 256803_
avonsp@bankerlopez.com
Eric C. Thiel -- FBN 016267
ethiel@@bankerlop.com
BANKER LOPEZ GASSLER P.A.
501 E. KENNEDY BLVD.
SUITE 1500
(813) 221-1500
Facsimile: (813) 222-3066


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16th 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to James A. Goold, Covington & Burling LLP, 1201 Pennsylvania Ave., NW, Washington, DC 20004; and David C. Banker, Bush Ross P.A., 220 S. Franklin Street, P. O. Box 3913, Tampa, FL 33601, *Attorneys for Claimant, Kingdom of Spain,* and Frank D. Butler, Law Offices of Frank D. Butler, P.A., 10550 US Hwy 19 North, Pinellas Park, FL 33782, *Attorneys for Intervenor Plaintiff.*

Allen von Spiegelfeld – FBN 256803
avonsp@bankerlopez.com
Eric C. Thiel – FBN 016267
ethiel@@bankerlop.com
BANKER LOPEZ GASSLER P.A.
501 E. KENNEDY BLVD.
SUITE 1500
(813) 221-1500
Facsimile: (813) 222-3066


s/ Melinda J. MacConnel
Melinda J. MacConnel – FBN 871151
Odyssey Marine Exploration, Inc.
5215 West Laurel Street
Tampa, FL 33607
(813) 876-1776, ext. 2240
Fax: (813) 830-6609
E-mail: mmacconnel@shipwreck.net

Attorneys for Plaintiff